IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGNACHIP SEMICONDUCTOR | ) | Case No. 09-12008 (PJW) |
| FINANCE COMPANY, et al.,[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | |

**AFFIDAVIT OF SERVICE**

Monica Molitor, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Debtors in the above-captioned action, and that on the 29th day of June, 2009, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

*Joint Chapter 11 Plan of Liquidation Proposed by MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Creditor Agreement Agent and Priority Lien Collateral Agent*

Monica Molitor

SWORN TO AND SUBSCRIBED
by me on this ___ day of June 2009.

_____
Notary Public
My Commission Expires: July 18, 2011

DEBRA L. YOUNG
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 18, 2011

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**MagnaChip 2002 Service List**
Case No. 09-12008
Doc No. 149478
02 – Interoffice
02 – Hand Delivery
01 – Foreign First Class Mail
21 – First Class Mail


([Proposed] Counsel to Debtors)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Mark M. Billion, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19801

**Interoffice Pouch (LA Office)**
([Proposed] Counsel to Debtors)
Richard Pachulski, Esquire
Pachulski Stang ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

**Interoffice Pouch (SF Office)**
([Proposed] Counsel to Debtors)
David M. Bertenthal, Esquire
Joshua M. Fried, Esquire
Debra Grassgreen, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

**Hand Delivery**
(United States Trustee)
Mark Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801

**Hand Delivery**
(United States Attorney)
Ellen W. Slights, Esq.
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**First Class Mail**
(United States Attorney General)
Eric H. Holder, Jr., Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Secretary of Treasury
15th & Pennsylvania Avenue, N.W.
Washington, DC 20220

**First Class Mail**
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

**First Class Mail**
Attn: Insolvency
Internal Revenue Service
1352 Marrows Road, 2nd Floor
Newark, DE 19711-5445

**First Class Mail**
Mark Schonfeld, Esq.
Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**First Class Mail**
Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

**First Class Mail**
Matthew Berry, Esq.
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

**First Class Mail**
Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

**First Class Mail**
(Counsel to MSK)
DLA Piper LLP
Michael J. Reagan, Esquire
2000 University Avenue
East Palo Alto, California 94303-2214

**First Class Mail**
(Counsel to U.S. Bank National
Association)
Robert Rywkin, Esquire
Thompson Hine LLP
335 Madison Avenue 12th Floor
New York, New York 10017-4611

**First Class Mail**
(Counsel to The Bank of New York Mellon)
Matthew P. D'Amico, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
33rd Floor
New York, NY 10104-3300

**First Class Mail**
(Collateral Trustee)
U.S. Bank National Association
Thomas E. Tabor
Corporate Trust Department
100 Wall Street, Suite 1600
New York, NY 10005

**First Class Mail**
(Counsel to Administrative & Collateral
Agent)
Latham & Watkins LLP
Josef Athanas, Esq.
Donald L. Schwartz, Esq.
David S. Heller, Esq.
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

**First Class Mail**
(Administrative Agent and Priority Lien
Collateral Agent)
UBS AG, Stamford Branch
Attn: John Sirico
Banking Products Services
677 Washington Boulevard
6-South
Stamford, CT 06901

**First Class Mail**
Avenue Capital Group
Randal T. Klein
Senior Vice President
535 Madison Avenue, 14th Floor
New York, NY 10022

**First Class Mail**
(Counsel to 8% Senior Subordinated Notes due 2014)|
Lauren M. McEvoy, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, New York 10017-4611

**First Class Mail**
(Committee of Unsecured Creditors)
Avenue Special Situations Fund V, L.P.,
c/o Avenue Capital Management II, L.P.
Attn: Randal Klein
535 Madison Avenue, 14th Floor
New York, NY 10022

**First Class Mail**
(Committee of Unsecured Creditors)
David M. Kerr
Indenture Trustee
The Bank of New York Mellon
101 Barclay Street
New York, NY 10286

**First Class Mail**
(Committee of Unsecured Creditors)
Law Debenture Corporation
Attn: Robert Bice – Indenture Trustee
400 Madison Avenue, 4th Floor
New York, NY 10017