# Sources and Uses of Funds

**Sources of Funds**

| | |
|---|---|
| Projected Cash On-Hand at Effective Date | $2,000,515 |
| Maximum Payment to MSA from Adjusted Sale Proceeds | 3,905,515 |
| **Total Sources of Funds** | **$5,906,030** |

**Uses of Funds**

| | |
|---|---|
| Estimated Cure Payments | $562,500 |
| Plan Expense Reserve | 300,000 |
| Wind-Down Expenses (Debtor Entities Only) | 100,000 |
| Priority Claim Distribution | 1,000,000 |
| Case Expenses | 1,905,515 |
| Unsecured Creditor Distribution | 1,000,000 |
| **Total Uses of Funds** | **$4,868,015** |
| **Remaining Cash to Buyer Upon Final Decree** | **$1,038,015** |

**Key Assumptions**

* No Case Expenses paid prior to Effective Date.
* Case Expenses oustanding on Effective Date equal budgeted amounts.
* Priority Claims are assumed to be the maximum of $1,000,000
* No Cash is available at the Effective Date for any Debtors other than MSA.