# Flow of Funds per BTA



$80,000,000
*less*
FX adjustment
*equals*
Gross Purchase Price
*less*
Non-Buyer Professional Fees — Estimated at $9,055,000
*equals*
Purchase Price ($ to be paid by KTB) — Estimated at $70,945,000

To Chapter 11 Estates →

**Estates**
- Priority Claim Distributions — Up to $1,000,000
- *plus* Chapter 11 Fees — Up to $1,905,515 plus ($1,000,000 less priority claims)[1]
- *plus* Non-Priority Unsecured Distributions — Up to $1,000,000

To Lenders →

**Lenders**
- Minimum Lender Recovery ($67,000,000)
- Excess paid to the lenders

[1] Assumes no Ch. 11 fees and expenses are paid during Chapter 11