# United States Bankruptcy Court
## District of Delaware

In re    **MagnaChip Semiconductor, Inc.** _____ ,
    Case No. __09-12011 (PJW)_____

                                   Debtor

Chapter_____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 19,460,368.86 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 595,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | 35,675.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 265,995,992.03 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 19,460,368.86 | | |
| Total Liabilities | | | | 861,031,667.03 | |

**Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Statement and Schedules**

MagnaChip Semiconductor Finance Company, MagnaChip Semiconductor LLC, MagnaChip Semiconductor SA Holdings LLC, MagnaChip Semiconductor, Inc., MagnaChip Semiconductor S.A., and MagnaChip Semiconductor B.V. (each individually a "Debtor," and collectively, the "Debtors") submit their respective Statement of Financial Affairs (the "Statements") and Schedules of Assets and Liabilities (the "Schedules"), pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007. The following global notes regarding the Statements and Schedules are fully incorporated into and made part of the Statements and Schedules of each Debtor. These notes comprise an integral part of the Statements and Schedules and should be referred to and considered in connection with any review of the Statements and Schedules. Unless otherwise noted, the financial and other information contained in the Statements and Schedules is derived from the Debtors in accordance with the Debtors' financial reporting and accounting policies and procedures.

The Debtors' voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") were filed on June 12, 2009 (the "Petition Date").

The Debtors reserves all rights to amend their Statements and Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Statements and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Furthermore, nothing contained in the Statements and Schedules shall constitute a waiver of rights by the Debtors involving any present or future causes of action, contested matters or other issues under the provisions of the Bankruptcy Code or other relevant non-bankruptcy laws.

Given the differences between the information to be submitted in the Statements and Schedules and the financial information utilized under Generally Accepted Accounting Principles, the aggregate asset values and claim amounts set forth in the Statements and Schedules may not reflect the values and amounts that would be set forth in a balance sheets for the Debtors prepared in accordance with Generally Accepted Accounting Principles.

It would be costly, unduly burdensome and time-consuming to obtain current market valuations of the Debtors' assets. Accordingly, unless otherwise indicated, net book values rather than current market values are reflected on the Statements and Schedules. Assets that have been fully depreciated or expensed for accounting purposes have no net book value. The current book values may not reflect a comprehensive review of accounting adjustments, including asset impairments and write-downs, which may be required and conducted in relation to the Debtors' bankruptcies. The reader therefore should not place undue reliance upon the book values associated with the assets listed.

1

In reviewing and signing the Schedules and Statements, the Debtors' Chief Financial Officer (the "CFO") has necessarily relied upon the efforts, statements and representations of other personnel and professionals of the Debtors. The CFO has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

## General Notes Regarding the Debtors' Statements and Schedules

### 1. Financial Information.
The information provided for herein, except as otherwise noted, represents the assets and liability data of the Debtors as of the Petition Date unless otherwise noted.

### 2. Unaudited Financial Information.
The Statements and Schedules prepared by the Debtors' management and professionals are unaudited. While the Debtors have tried to ensure that the Statements and Schedules are accurate and complete based upon information that was available at the time of the preparation, the subsequent receipt of information or an audit may result in material changes in financial data contained in the Statements and Schedules.

### 3. Claim Description.
Any failure to designate a claim on the Statements and Schedules as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim is not "contingent," "unliquidated," or "disputed." The Debtors reserve the right to dispute, or to assert offsets or defenses to any claim reflected on its Schedules as to amount, liability, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." The Debtors reserve the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on their Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Further, the claims of individual creditors for, among other things, goods, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all their rights with respect to any such credits and allowances. Moreover, the Debtors reserve the right to amend their Schedules and Statements as necessary and appropriate.

### 4. Accuracy.
While the Debtors have sought to file complete and accurate Statements and Schedules, inadvertent errors and omissions may exist. The Debtors reserve the right to amend their Statements and Schedules as necessary or appropriate.

### 5. Liabilities.
The Debtors have sought to allocate liabilities between the pre-petition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Statements and Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

### 6. Market Value of Property Interests.
Unless otherwise noted, the book value on the Debtors' books as of the Petition Date, rather than current market value of the Debtors' interests in property, is reflected in the Statements and Schedules.

## 7. Specific Notes.

These general notes are in addition to the specific notes set forth in the related Statements and Schedules hereinafter.

### Note to Schedule "B"

As noted on Schedule "B," many of the assets listed are reflected at net book value. The Debtors do not represent that such assets or the other assets listed in Schedule "B" are properly valued at this time. Accounts receivable and royalty receivables in item 16 are listed at gross book value, and the Debtors do not represent that this is the actual value of these assets or represent future collections. The Debtors have not retained an appraiser to obtain market values for such assets.

### Note to Schedule "D"

Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule "D" of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule "D" of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule "D" are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these global notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, parties which may hold security deposits have not been listed on Schedule "D."

Holders of secured claims by virtue of holding setoff rights against the Debtors are not included on Schedule "D." Lessors, utility companies and other parties which may hold security deposits have also not been listed on Schedule D.

### Note to Schedule "E"

The listing of any claim on Schedule "E" does not constitute an admission by the Debtors that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtors reserve the right to take the position that any claim listed on Schedule "E" is not entitled to priority.

MagnaChip Semiconductor, Inc., is the only Debtor with employees. As of the Petition Date, MagnaChip Semiconductor, Inc., employed 13 employees. As set forth on Schedule E for MagnaChip Semiconductor, Inc., MagnaChip Semiconductor, Inc., paid its employees' prepetition salary and wages prior to the Petition Date.

## Taxes

Schedule "E" contains the Debtors' best estimates of all of the potential priority claims against the Debtors' estates held by governmental and quasi-governmental entities. The Debtor reserves the right to assert that claims identified on Schedule "E" are not claims of governmental entities and/or that such claims are not entitled to priority.

## Note to Schedule "F"

This value of claims contained in this section are based on a review of pre-petition invoices, and other documentation and financial information that were available up to the time of the filing of these Schedules.

Whether or not noted on this attachment, prepetition claims relating to executory contracts and leases may be contingent by their very nature and are subject to change based on the Debtors' decision to assume, accept, reject or reclassify such contract or lease.

## Note to Schedule "G"

While reasonable efforts have been made to ensure the accuracy of the Schedule "G," the Debtors do not make, and specifically disclaims, any representation or warranty as to the completeness or accuracy of the information set forth herein, or the validity or enforceability of any contracts, agreement, or documents listed herein. The Debtors hereby reserve the right to dispute the validity, status, characterization, recharacterization (whether as a disguised financing or otherwise) or enforceability of any contracts, agreements or leases set forth herein and to amend or supplement Schedule "G."

Certain of the contracts, agreements and leases listed on Schedule "G" may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed herein. The leases listed on Schedule "G" may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule "G." Certain of the Debtors' executory agreements may not have been memorialized and could be subject to dispute. Schedule "G" does not include all purchase orders.

In re   **MagnaChip Semiconductor, Inc.**                                  Case No.   __09-12011 (PJW)__
_____
                                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re __MagnaChip Semiconductor, Inc._____,    Case No. __09-12011 (PJW)__

_____Debtor

# SCHEDULE B - PERSONAL PROPERTY[1]

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Bank Account No.xxx-xxx5785 (USD) - 121 Park Center Plaza, 3rd Floor, San Jose, CA 95113 | - | 1,999,774.85 |
| | | | Wells Fargo Bank Account No.xxx-xxx5348 (USD) - 121 Park Center Plaza, 3rd Floor, San Jose, CA 95113 | - | 0.00 |
| | | | Wells Fargo Bank Account No.xxx-xxx4209 (USD) - 121 Park Center Plaza, 3rd Floor, San Jose, CA 95113 | - | 0.00 |
| | | | Wells Fargo Bank CD Account No. xxxxxx9040 (USD) - 121 Park Center Plaza, 3rd Floor, San Jose, CA 95113 | - | 10,000.00 |
| | | | Hua Nan Bank Account No. xxx-xx-xxx261-6 (NTD) - No.392,Sec 1,Nei Hu Rd. Nei Hu, Taipei, Taiwan, R.O.C. | - | 5.14 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Security Deposit - Facility Rent Carr NP Properties LLC - P.O. Box 642922 Pittsburgh | - | 15,337.00 |
| | | | Security Deposit - HQ Global - 15305 Dallas Parkway Suite 1400 Addison TX | - | 1,060.00 |
| | | | Security Deposit - OR-Kruse Woods, LLC - 5253 Paysphere Circle Chicago IL | - | 41,586.70 |
| | | | Security Deposit - Hamilton Partners Management - 300 Park Boulevard Suite 500 Itasca IL | - | 1,350.00 |
| | | | Security Deposit - Deerfield Realty Corp Trust - 3715 Haven Avenue Suite 210 Menlo Park CA | - | 14,254.75 |
| | | | Security Deposit - Metrocities Mortgage LLC - 15301 Ventura Blvd. Sherman Oaks CA | - | 14,418.72 |

Sub-Total >     2,097,787.16
(Total of this page)

1    Unless otherwise specified herein, all values are book values.

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re   **MagnaChip Semiconductor, Inc.**                                         Case No.   **09-12011 (PJW)**

                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. | Accounts receivable. | | Intercompany Receivable - MagnaChip Semiconductor Ltd. (MSK) | - | 16,520,128.99 |

|  | Sub-Total > | 16,520,128.99 |
|---|---|---|
|  | (Total of this page) | |

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

In re   **MagnaChip Semiconductor, Inc.**                     Case No.   **09-12011 (PJW)**

Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Intercompany Other Receivable - MagnaChip Semiconductor S.A. | - | 5,000.00 |
| | | Yongin Han - 816 S. Bronson Avenue Los Angeles CA - Employee Loan | - | 15,500.00 |
| | | Dongyoung Park - 170E. Walnut St. 303 Pasadena CA - Employee Loan | - | 15,500.00 |
| | | Sunghyun Hwang - 290N Hudson Avenue 415 Pasadena CA - Employee Loan | - | 15,000.00 |
| | | Intercompany Other Receivable - MagnaChip Semiconductor Holding Company Limited (BVI) | - | 167,032.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Tax/VAT Refund | - | 470,784.15 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >      **688,816.15**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re   **MagnaChip Semiconductor, Inc.**                                  ,    Case No.   **09-12011 (PJW)**

Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Leasehold Improvements** | - | 68,379.46 |
| | | **Machinery** | - | 10,631.96 |
| | | **Furniture and Fixtures** | - | 42,056.06 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| *35. Other personal property of any kind not already listed. Itemize. | | **Prepaid Insurance** | - | 32,472.46 |
| | | **Prepaid Tax** | - | 96.62 |

\*  The above-noted entry is listed as an asset on the Debtor's books and records.

|  | | |
|---|---|---|
| | Sub-Total > | 153,636.56 |
| | (Total of this page) | |
| | Total > | 19,460,368.86 |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **MagnaChip Semiconductor, Inc.** Case No. **09-12011 (PJW)**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Guarantor on Bondholder Debt | | | | | |
| The Bank of New York Mellon as Indenture Trustee Corporate Finance Unit 101 Barclay Street 8W New York, NY 10286 | X | - | | | | | | | | |
| | | | | | Value $ 0.00 | | | | 500,000,000.00 | 500,000,000.00 |
| Account No. | | | | | Guarantor on First Lien Debt | | | | | |
| UBS AG Stamford Branch Administrative Agent & Collateral Agent Banking Products Services 677 Washington Blvd 6-South Stamford, CT 06901 | X | - | | | | | | | | |
| | | | | | Value $ Unknown | | | | 95,000,000.00 | Unknown |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 595,000,000.00 | 500,000,000.00 |
| Total (Report on Summary of Schedules) | 595,000,000.00 | 500,000,000.00 |

In re    **MagnaChip Semiconductor, Inc.**                         Case No.   **09-12011 (PJW)**

                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re __MagnaChip Semiconductor, Inc.__            Case No. __09-12011 (PJW)__

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions [1]

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Andrew Brown** <br> 787 N. Mary Avenue <br> Sunnyvale, CA 94085 | | - | **Employee Benefits- paid pursuant to Wage Order entered June 15, 2009 [Dkt No. 24]** | | | | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **Arthur Bauhng** <br> 1790 Nantucket Circle <br> Apt 376 <br> Santa Clara, CA 95054 | | - | **Employee Benefits - paid pursuant to Wage Order entered June 15, 2009 [Dkt No. 24]** | | | | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **Brent A. Rowe** <br> 787 N. Mary Avenue <br> Sunnyvale, CA 94085 | | - | **Employee Benefits - paid pursuant to Wage Order entered June 15, 2009 [Dkt No. 24]** | | | | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **Charles R. Byrd** <br> 4002 Love Bird Ln <br> Austin, TX 78730 | | - | **Employee Benefits - paid pursuant to Wage Order entered June 15, 2009 [Dkt No. 24]** | | | | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> **Deborah Borlase** <br> 1085-578 Tasman Dr. <br> Sunnyvale, CA 94085 | | - | **Employee Benefits - paid pursuant to Wage Order entered June 15, 2009 [Dkt No. 24]** | | | | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |

Sheet __1__ of __4__ continuation sheets attached to           Subtotal      0.00     
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     0.00     0.00

[1] The Debtor paid it's employees' prepetition wages prior to the Petition Date.

In re __MagnaChip Semiconductor, Inc._____,    Case No. __09-12011 (PJW)_____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H/W | J/C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. <br><br> Eric H. Lee <br> 588 36th Ave. <br> San Francisco, CA 94121 | - | | | Employee Benefits - paid pursuant to Wage Order entered June 15, 2009 [Dkt No. 24] | | | | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> Jay J Lai <br> 18728 Grace Ct. <br> Artesia, CA 90701 | - | | | Employee Benefits - paid pursuant to Wage Order entered June 15, 2009 [Dkt No. 24] | | | | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> John G. Gerard <br> 24841 Beargrass Cir <br> Laguna Hills, CA 92653 | - | | | Employee Benefits - paid pursuant to Wage Order entered June 15, 2009 [Dkt No. 24] | | | | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> Jong Ho Park <br> 1038 Kiser Dr. <br> San Jose, CA 95120 | - | | | Employee Benefits - paid pursuant to Wage Order entered June 15, 2009 [Dkt No. 24] | | | | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |
| Account No. <br><br> Kisoo Kim <br> 1294 W. Knickerbocker Drive <br> Sunnyvale, CA 94087 | - | | | Employee Benefits - paid pursuant to Wage Order entered June 15, 2009 [Dkt No. 24] | | | | 0.00 <br><br> 0.00 | 0.00 <br><br> 0.00 |

Sheet __2__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                    | 0.00 |
(Total of this page)    | 0.00 | 0.00 |

In re   **MagnaChip Semiconductor, Inc.**                                        Case No.   **09-12011 (PJW)**
_____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employee Benefits - paid pursuant to Wage Order entered June 15, 2009 [Dkt No. 24] | | | | | |
| Kiyoung Chung 20181 Civic Park Lane Cupertino, CA 95014 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Employee Benefits - paid pursuant to Wage Order entered June 15, 2009 [Dkt No. 24] | | | | | |
| Robert Krakauer c/o LifeLock 60 E Rio Salado Pkwy Suite 400 Tempe, AZ 85281 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Employee Benefits - paid pursuant to Wage Order entered June 15, 2009 [Dkt No. 24] | | | | | |
| Roger D. Childers 7530 Prestwick Ct. Gilroy, CA 95020 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Employee Benefits - paid pursuant to Wage Order entered June 15, 2009 [Dkt No. 24] | | | | | |
| Yue Chen 4433 Vanderbilt Dr. San Jose, CA 95130 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | Employee Benefits - paid pursuant to Wage Order entered June 15, 2009 [Dkt No. 24] | | | | | |
| Yunsu Lee 5719 Stonecliff Vista Lane Pleasanton, CA 94566 | - | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet **3** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

0.00                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re __MagnaChip Semiconductor, Inc._____,    Case No. __09-12011 (PJW)_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | W J | J C | | | | | | |
| Account No. | | | | | Estimated Corporate Tax | | | | | |
| Franchise Tax Board Attention Bankruptcy PO Box 2952 Sacramento, CA 95812 | - | | | | | X | | | 5,500.00 | Unknown Unknown |
| Account No. | | | | | Estimated Corporate Tax | | | | | |
| Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | - | | | | | X | | | 30,000.00 | Unknown Unknown |
| Account No. | | | | | Estimated Withholding Tax | | | | | |
| State Board of Equalization Attn  Special Procedures Section PO Box 942879 Sacramento, CA 95814 | - | | | | | X | | | 175.00 | Unknown Unknown |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 35,675.00 | 0.00 / 0.00 |
| Total (Report on Summary of Schedules) | 35,675.00 | 0.00 / 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **MagnaChip Semiconductor, Inc.**  Case No.  09-12011 (PJW)

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Trade Debt | | | | |
| Ampco System Parking, Inc. 38 S. Hudson Ave. Pasadena, CA 91101 | - | | | | | | 352.00 |
| Account No. | | | Rent | | | | |
| Carr NP Properties LLC PO Box 642922 Pittsburgh, PA 15264-2922 | - | | | | | | 51,244.82 |
| Account No. | | | Utilities | | | | |
| ComEd Bill Payment Center Chicago, IL 60668-0002 | - | | | | | | 28.28 |
| Account No. | | | Trade Debt | | | | |
| Hamilton Partners Management Company 300 Park Boulevard, Suite 500 Itasca, IL 60143 | - | | | | | | 7,157.82 |
| __2__   continuation sheets attached | | | Subtotal (Total of this page) | | | | 58,782.92 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **MagnaChip Semiconductor, Inc.**                                        , Case No.    **09-12011 (PJW)**

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Royalty | | | | |
| Kilopass Technology, Inc. 3333 Octavius Drive Suite 101 Santa Clara, CA 95054 | X | - | | | | | 562,500.00 |
| Account No. | | | Guarantor on Subordinated Debt | | | | |
| Law Debenture Corporation Successor Indenture Trustee Attn Robert Bice 400 Madison Ave., 4th Flr. New York, NY 10017 | X | - | | | | | 250,000,000.00 |
| Account No. | | | Intercompany Debt | | | | |
| MagnaChip Semiconductor, Ltd. (MSK) 1 Hyangjeong-dong Hungduk-gu Cheonggiu-si Chungbuk, Korea | | - | | | | | 13,249,506.87 |
| Account No. | | | Intercompany Debt | | | | |
| MagnaChip Semiconductor, Ltd. (MSK) 1 Hyangjeong-dong Hungduk-gu Cheonggiu-si Chungbuk, Korea | | - | | | | | 1,986,701.79 |
| Account No. | | | Rent | | | | |
| Metrocities Mortgage LLC 15301 Ventura Blvd., # D300 San Francisco, CA 94103 | | - | | | | | 41,738.40 |
| Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | 265,840,447.06 |

In re    **MagnaChip Semiconductor, Inc.**                                              Case No.   **09-12011 (PJW)**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Rent | | | | |
| OR-Kruse Woods, LLC 5253 Paysphere Circle Chicago, IL 60674 | - | | | | | | | | 95,167.05 |
| Account No. | | | | | Service Fee | | | | |
| United States Citizenship and Immigration Services 24000 Avila Road Laguna Niguel, CA 92677 | - | | | | | | | | 1,595.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no.  **2**  of  **2**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **96,762.05**

Total
(Report on Summary of Schedules)         **265,995,992.03**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re **MagnaChip Semiconductor, Inc.**            Case No. __09-12011 (PJW)__

,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Advanced Analogic Technologies Inc**<br>**3230 Scott Blvd.**<br>**Santa Clara, CA 95054** | **Amendment to Semiconductor Manufacturing Agreement** |
| **Andy Brown**<br>**C/O MagnaChip Semiconductor, Ltd.**<br>**1 Hyangjeong-dong**<br>**Hungduk-gu, Chungbuk, Korea** | **Offer Letter** |
| **Apache Design Solutions, Inc.**<br>**2645 Zanker Rd. Suite 200**<br>**San Jose, CA 95134** | **Software License Agreement** |
| **Artie Bauhng**<br>**C/O MagnaChip Semiconductor, Ltd.**<br>**1 Hyangjeong-dong**<br>**Hungduk-gu, Chungbuk, Korea** | **Offer Letter** |
| **Bianchi Joint Venture**<br>**3715 Haven Avenue**<br>**Suite 210**<br>**Menlo Park, CA 94025** | **Real Property Lease** |
| **Brent Rowe**<br>**C/O MagnaChip Semiconductor, Ltd.**<br>**1 Hyangjeong-dong**<br>**Hungduk-gu, Chungbuk, Korea** | **Offer Letter** |
| **Cadence Design Systems, Inc.**<br>**Dept Ch 10585**<br>**Palatine, IL 6005-0585** | **Software License and Maintenance Agreement** |
| **CarrAmerica Techmart, LLC**<br>**1810 Gateway Drive**<br>**Attn: Market Officer**<br>**Suite 150**<br>**San Mateo, CA 94404** | **Consent to Sublease Agreement** |
| **Charles Byrd**<br>**C/O MagnaChip Semiconductor, Ltd.**<br>**1 Hyangjeong-dong**<br>**Hungduk-gu, Chungbuk, Korea** | **Offer Letter** |
| **Chunlin Wang**<br>**C/O MagnaChip Semiconductor, Ltd.**<br>**1 Hyangjeong-dong**<br>**Hungduk-gu, Chungbuk, Korea** | **Consulting Agreement** |

3

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Cirrus Logic, Inc.<br>4210 South Industrial Drive<br>Austin, TX 78744 | First Amendment to Wafer Foundry Agreement |
| Deborah Borlase<br>C/O MagnaChip Semiconductor, Ltd.<br>1 Hyangjeong-dong<br>Hungduk-gu, Chungbuk, Korea | Offer Letter |
| Eric Lee<br>C/O MagnaChip Semiconductor, Ltd.<br>1 Hyangjeong-dong<br>Hungduk-gu, Chungbuk, Korea | Offer Letter |
| Farrokh Marashi<br>5097 Yucantan Way<br>San Jose, CA 95118 | Consulting Agreement |
| Global Crossing Telecommunications Inc.<br>1080 Pittsford Victor Road<br>Pittsford, NY 14534 | Retail Customer Agreement |
| HP Suites LLC<br>2300 North Barrington  Rd.<br>Suite 400<br>Hoffman Estates, IL 60169 | Office Lease Agreement |
| IC Media Technology Corporation<br>C/O MagnaChip Semiconductor, Ltd.<br>1 Hyangjeong-dong<br>Hungduk-gu, Chungbuk, Korea | Agreement to offset UVT Obligation and MSA Obligation and IC Cayman Obligation |
| Iron Mountain<br>29555 Kouhoutek Way<br>Union City, CA 94587 | Customer Agreement |
| Jay Lai<br>C/O MagnaChip Semiconductor, Ltd.<br>1 Hyangjeong-dong<br>Hungduk-gu, Chungbuk, Korea | Offer Letter |
| Kilopass Technology, Inc.<br>3333 Octavius Drive<br>Suite 101<br>Santa Clara, CA 95054 | Hard IP Core License Agreement |
| Kisoo Kim<br>C/O MagnaChip Semiconductor, Ltd.<br>1 Hyangjeong-dong<br>Hungduk-gu, Chungbuk, Korea | Employment Agreement |

Sheet   1   of   3   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Kiyoung Chung**<br>**C/O MagnaChip Semiconductor, Ltd.**<br>**1 Hyangjeong-dong**<br>**Hungduk-gu, Chungbuk, Korea** | **Offer Letter** |
| **Magnachip Semiconductor Ltd**<br>**1 Hyangjeong-dong**<br>**Hungduk-gu**<br>**Hungduk-gu, Chungbuk, Korea** | **Intersubsidiary Asset Transfer Agreement** |
| **Metrocities Mortgage, LLC**<br>**15301 Ventura Blvd.**<br>**Suite D300**<br>**Ventura, CA 94103** | **Consent to Sublease Agreement** |
| **NewTower Trust Company Multi-Employer Pr**<br>**NeTower Trust Company**<br>**Patrick O. Mayberry**<br>**Three Bethesda Metro Center, Suite 1600**<br>**Bethesda, MD 20814** | **Lease Memorandum** |
| **ON Semiconductor Trading Ltd**<br>**5005 E. McDowell Road**<br>**Phoenix, AZ 85008** | **Amendment to Semiconductor Manufacturing Agreement** |
| **OR-Kruse Woods LLC**<br>**c/o Equity Office, Attn Property Mgr**<br>**One SW Columbia Street**<br>**Suite 300**<br>**Portland, OR 97258** | **Office Lease Agreement** |
| **Pasadena Towers, L.L.C.**<br>**800 East Colorado Blvd.**<br>**Pasadena, CA 91101** | **Consent to Sublease Agreement** |
| **Perella Weinberg Partners LP**<br>**767 Fifth Avenue**<br>**New York, NY 10153** | **Letter Agreement** |
| **Roger Childers**<br>**C/O MagnaChip Semiconductor, Ltd.**<br>**1 Hyangjeong-dong**<br>**Hungduk-gu, Chungbuk, Korea** | **Offer Letter** |
| **Semiconductor Components Industries LLC**<br>**5005 E. McDowell Road**<br>**Phoenix, AZ 85008** | **Amendment to Semiconductor Manufacturing Agreement** |
| **UBS Securities LLC**<br>**299 Park Avenue**<br>**New York, NY 10171** | **Letter Agreement** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Yue Chen**<br>**C/O MagnaChip Semiconductor, Ltd.**<br>**1 Hyangjeong-dong**<br>**Hungduk-gu, Chungbuk, Korea** | **Offer Letter** |
| **Yunsu Lee**<br>**C/O MagnaChip Semiconductor, Ltd.**<br>**1 Hyangjeong-dong**<br>**Hungduk-gu, Chungbuk, Korea** | **Employment Agreement** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **MagnaChip Semiconductor, Inc.**

Debtor

Case No.  **09-12011 (PJW)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **MagnaChip Semiconductor B.V.**<br>1043 BW Amsterdam<br>Naritaweg 165, the Netherlands | **UBS AG Stamford Branch**<br>Administrative Agent & Collateral Agent<br>Banking Products Services<br>677 Washington Blvd 6-South<br>Stamford, CT 06901 |
| **MagnaChip Semiconductor B.V.**<br>1043 BW Amsterdam<br>Naritaweg 165, the Netherlands | **The Bank of New York Mellon**<br>as Indenture Trustee<br>Corporate Finance Unit<br>101 Barclay Street 8W<br>New York, NY 10286 |
| **MagnaChip Semiconductor B.V.**<br>1043 BW Amsterdam<br>Naritaweg 165, the Netherlands | **Law Debenture Corporation**<br>Successor Indenture Trustee<br>Attn Robert Bice<br>400 Madison Ave., 4th Flr.<br>New York, NY 10017 |
| **MagnaChip Semiconductor Finance Company**<br>787 N. Mary Avenue<br>Sunnyvale, CA 94085 | **UBS AG Stamford Branch**<br>Administrative Agent & Collateral Agent<br>Banking Products Services<br>677 Washington Blvd 6-South<br>Stamford, CT 06901 |
| **MagnaChip Semiconductor Finance Company**<br>787 N. Mary Avenue<br>Sunnyvale, CA 94085 | **The Bank of New York Mellon**<br>as Indenture Trustee<br>Corporate Finance Unit<br>101 Barclay Street 8W<br>New York, NY 10286 |
| **MagnaChip Semiconductor Finance Company**<br>787 N. Mary Avenue<br>Sunnyvale, CA 94085 | **Law Debenture Corporation**<br>Successor Indenture Trustee<br>Attn Robert Bice<br>400 Madison Ave., 4th Flr.<br>New York, NY 10017 |
| **MagnaChip Semiconductor Holding Company Limited (BVI)**<br>Craigmuir Chambers - PO Box 71<br>Road Town, Tortola, BVI | **UBS AG Stamford Branch**<br>Administrative Agent & Collateral Agent<br>Banking Products Services<br>677 Washington Blvd 6-South<br>Stamford, CT 06901 |
| **MagnaChip Semiconductor Holding Company Limited (BVI)**<br>Craigmuir Chambers - PO Box 71<br>Road Town, Tortola, BVI | **The Bank of New York Mellon**<br>as Indenture Trustee<br>Corporate Finance Unit<br>101 Barclay Street 8W<br>New York, NY 10286 |

**3**

_____ continuation sheets attached to Schedule of Codebtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **MagnaChip Semiconductor Inc. (Japan)**<br>**Shin-Osaka MT-2 Bldg 3F. 3-5-36**<br>**Miyahara, Yodogawa-Ku**<br>**Oasaka 532-003 Japan** | **UBS AG Stamford Branch**<br>**Administrative Agent & Collateral Agent**<br>**Banking Products Services**<br>**677 Washington Blvd 6-South**<br>**Stamford, CT 06901** |
| **MagnaChip Semiconductor Inc. (Japan)**<br>**Shin-Osaka MT-2 Bldg 3F. 3-5-36**<br>**Miyahara, Yodogawa-Ku**<br>**Oasaka 532-003 Japan** | **The Bank of New York Mellon**<br>**as Indenture Trustee**<br>**Corporate Finance Unit**<br>**101 Barclay Street 8W**<br>**New York, NY 10286** |
| **MagnaChip Semiconductor Inc. (Japan)**<br>**Shin-Osaka MT-2 Bldg 3F. 3-5-36**<br>**Miyahara, Yodogawa-Ku**<br>**Oasaka 532-003 Japan** | **Law Debenture Corporation**<br>**Successor Indenture Trustee**<br>**Attn Robert Bice**<br>**400 Madison Ave., 4th Flr.**<br>**New York, NY 10017** |
| **MagnaChip Semiconductor Limited  (HK)**<br>**Rm 4203, 42F Convention Plaza Tower**<br>**1 Harbour Rd**<br>**Wan Chai, Hong Kong** | **UBS AG Stamford Branch**<br>**Administrative Agent & Collateral Agent**<br>**Banking Products Services**<br>**677 Washington Blvd 6-South**<br>**Stamford, CT 06901** |
| **MagnaChip Semiconductor Limited  (HK)**<br>**Rm 4203, 42F Convention Plaza Tower**<br>**1 Harbour Rd**<br>**Wan Chai, Hong Kong** | **The Bank of New York Mellon**<br>**as Indenture Trustee**<br>**Corporate Finance Unit**<br>**101 Barclay Street 8W**<br>**New York, NY 10286** |
| **MagnaChip Semiconductor Limited  (HK)**<br>**Rm 4203, 42F Convention Plaza Tower**<br>**1 Harbour Rd**<br>**Wan Chai, Hong Kong** | **Law Debenture Corporation**<br>**Successor Indenture Trustee**<br>**Attn Robert Bice**<br>**400 Madison Ave., 4th Flr.**<br>**New York, NY 10017** |
| **MagnaChip Semiconductor Limited (Taiwan)**<br>**2F, No. 61, Chowtze St.**<br>**Nei Hu, Paipei**<br>**114 Taiwan, ROC** | **UBS AG Stamford Branch**<br>**Administrative Agent & Collateral Agent**<br>**Banking Products Services**<br>**677 Washington Blvd 6-South**<br>**Stamford, CT 06901** |
| **MagnaChip Semiconductor Limited (Taiwan)**<br>**2F, No. 61, Chowtze St.**<br>**Nei Hu, Paipei**<br>**114 Taiwan, ROC** | **The Bank of New York Mellon**<br>**as Indenture Trustee**<br>**Corporate Finance Unit**<br>**101 Barclay Street 8W**<br>**New York, NY 10286** |
| **MagnaChip Semiconductor Limited (Taiwan)**<br>**2F, No. 61, Chowtze St.**<br>**Nei Hu, Paipei**<br>**114 Taiwan, ROC** | **Law Debenture Corporation**<br>**Successor Indenture Trustee**<br>**Attn Robert Bice**<br>**400 Madison Ave., 4th Flr.**<br>**New York, NY 10017** |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **MagnaChip Semiconductor Limited (UK)**<br>**Knyvett House, The Causeway**<br>**Staines**<br>**Middlesex, TW18 3BA** | **UBS AG Stamford Branch**<br>**Administrative Agent & Collateral Agent**<br>**Banking Products Services**<br>**677 Washington Blvd 6-South**<br>**Stamford, CT 06901** |
| **MagnaChip Semiconductor Limited (UK)**<br>**Knyvett House, The Causeway**<br>**Staines**<br>**Middlesex, TW18 3BA** | **The Bank of New York Mellon**<br>**as Indenture Trustee**<br>**Corporate Finance Unit**<br>**101 Barclay Street 8W**<br>**New York, NY 10286** |
| **MagnaChip Semiconductor Limited (UK)**<br>**Knyvett House, The Causeway**<br>**Staines**<br>**Middlesex, TW18 3BA** | **Law Debenture Corporation**<br>**Successor Indenture Trustee**<br>**Attn Robert Bice**<br>**400 Madison Ave., 4th Flr.**<br>**New York, NY 10017** |
| **MagnaChip Semiconductor LLC**<br>**787 N. Mary Avenue**<br>**Sunnyvale, CA 94085** | **The Bank of New York Mellon**<br>**as Indenture Trustee**<br>**Corporate Finance Unit**<br>**101 Barclay Street 8W**<br>**New York, NY 10286** |
| **MagnaChip Semiconductor LLC**<br>**787 N. Mary Avenue**<br>**Sunnyvale, CA 94085** | **Law Debenture Corporation**<br>**Successor Indenture Trustee**<br>**Attn Robert Bice**<br>**400 Madison Ave., 4th Flr.**<br>**New York, NY 10017** |
| **MagnaChip Semiconductor LLC**<br>**787 N. Mary Avenue**<br>**Sunnyvale, CA 94085** | **UBS AG Stamford Branch**<br>**Administrative Agent & Collateral Agent**<br>**Banking Products Services**<br>**677 Washington Blvd 6-South**<br>**Stamford, CT 06901** |
| **MagnaChip Semiconductor LLC**<br>**787 N. Mary Avenue**<br>**Sunnyvale, CA 94085** | **Kilopass Technology, Inc.**<br>**3333 Octavius Drive**<br>**Suite 101**<br>**Santa Clara, CA 95054** |
| **MagnaChip Semiconductor S.A.**<br>**74 Rue de Merl, B.P. 709**<br>**L-2017 Luxembourg** | **UBS AG Stamford Branch**<br>**Administrative Agent & Collateral Agent**<br>**Banking Products Services**<br>**677 Washington Blvd 6-South**<br>**Stamford, CT 06901** |
| **MagnaChip Semiconductor S.A.**<br>**74 Rue de Merl, B.P. 709**<br>**L-2017 Luxembourg** | **The Bank of New York Mellon**<br>**as Indenture Trustee**<br>**Corporate Finance Unit**<br>**101 Barclay Street 8W**<br>**New York, NY 10286** |

Sheet   **2**   of   **3**   continuation sheets attached to the Schedule of Codebtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **MagnaChip Semiconductor S.A.**<br>**74 Rue de Merl, B.P. 709**<br>**L-2017 Luxembourg** | **Law Debenture Corporation**<br>**Successor Indenture Trustee**<br>**Attn Robert Bice**<br>**400 Madison Ave., 4th Flr.**<br>**New York, NY 10017** |
| **MagnaChip Semiconductor S.A.**<br>**74 Rue de Merl, B.P. 709**<br>**L-2017 Luxembourg** | **Kilopass Technology, Inc.**<br>**3333 Octavius Drive**<br>**Suite 101**<br>**Santa Clara, CA 95054** |
| **MagnaChip Semiconductor SA Holdings LLC**<br>**787 N. Mary Avenue**<br>**Sunnyvale, CA 94085** | **UBS AG Stamford Branch**<br>**Administrative Agent & Collateral Agent**<br>**Banking Products Services**<br>**677 Washington Blvd 6-South**<br>**Stamford, CT 06901** |
| **MagnaChip Semiconductor SA Holdings LLC**<br>**787 N. Mary Avenue**<br>**Sunnyvale, CA 94085** | **The Bank of New York Mellon**<br>**as Indenture Trustee**<br>**Corporate Finance Unit**<br>**101 Barclay Street 8W**<br>**New York, NY 10286** |
| **MagnaChip Semiconductor SA Holdings LLC**<br>**787 N. Mary Avenue**<br>**Sunnyvale, CA 94085** | **Law Debenture Corporation**<br>**Successor Indenture Trustee**<br>**Attn Robert Bice**<br>**400 Madison Ave., 4th Flr.**<br>**New York, NY 10017** |
| **MagnaChip Semiconductor SA Holdings LLC**<br>**787 N. Mary Avenue**<br>**Sunnyvale, CA 94085** | **Kilopass Technology, Inc.**<br>**3333 Octavius Drive**<br>**Suite 101**<br>**Santa Clara, CA 95054** |
| **MagnaChip Semiconductor, Ltd. (MSK)**<br>**1 Hyangjeong-dong Hungduk-gu**<br>**Cheonggiu-si**<br>**Chungbuk, Korea** | **UBS AG Stamford Branch**<br>**Administrative Agent & Collateral Agent**<br>**Banking Products Services**<br>**677 Washington Blvd 6-South**<br>**Stamford, CT 06901** |
| **MagnaChip Semiconductor, Ltd. (MSK)**<br>**1 Hyangjeong-dong Hungduk-gu**<br>**Cheonggiu-si**<br>**Chungbuk, Korea** | **The Bank of New York Mellon**<br>**as Indenture Trustee**<br>**Corporate Finance Unit**<br>**101 Barclay Street 8W**<br>**New York, NY 10286** |

Sheet __3__ of __3__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Delaware

In re  **MagnaChip Semiconductor, Inc.**                 Case No.   __09-12011 (PJW)__

                              Debtor(s)           Chapter    __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __24__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   _JUNE 29, 2009_        Signature   _____

                                         **Margaret Sakai**
                                         **Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.