# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGNACHIP SEMICONDUCTOR FINANCE | ) | Case No. 09-12008 (PJW) |
| COMPANY, et al.,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related to Docket No. 7** |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION UNDER SECTION 365(a) OF THE BANKRUPTCY CODE AUTHORIZING THE DEBTORS TO REJECT EXECUTORY CONTRACTS *NUNC PRO TUNC* TO PETITION DATE

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to *Motion for Order Under Section 365(a) of the Bankruptcy Code Authorizing the Debtors to Reject Executory Contracts Nunc Pro Tunc to Petition Date* (the "Motion") [Docket No. 7] filed on June 12, 2009. Pursuant to the Notice of the Motion, objections to the Motion were to be filed and served no later than July 1, 2009 at 4:00 p.m. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

It is hereby respectfully requested that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated: July 6, 2009

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
Richard M. Pachulski (CA Bar No. 90073)
Debra Grassgreen (CA Bar No. 169978)
James E. O'Neill (Bar No. 4042)
Joshua M. Fried (CA Bar No. 181541)
Mark M. Billion (DE Bar No. 5263)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: 302/652-4100
Facsimile: 302/652-4400
    Email: ljones@pszjlaw.com
    rpachulski@pszjlaw.com
    dgrassgreen@pszjlaw.com
    joneill@pszjlaw.com
    jfried@pszjlaw.comm

[Proposed] Counsel for the Debtors and
Debtors in Possession