IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGNACHIP SEMICONDUCTOR FINANCE | ) | Case No. 09-12008 (PJW) |
| COMPANY, et al.,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related to Docket No. 146** |

**AMENDED[2] NOTICE OF AGENDA WITH RESPECT TO MATTERS SCHEDULED FOR JULY 30, 2009 AT 3:00 P.M. BEFORE THE HONORABLE PETER J. WALSH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801[3]**

**UNCONTESTED MATTERS GOING FORWARD:**

1.  Motion for an Order Approving Voting Procedures with Respect to Joint Chapter 11 Plan of Liquidation of MagnaChip Semiconductor Finance Company et al., and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent (Filed 7/10/09) [Docket No. 106].

    Related Document(s):

    A.  Joint Chapter 11 Plan of Liquidation of MagnaChip Semiconductor Finance Company et al., and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent (Filed 6/29/09) [Docket No. 54].

    B.  Supplement to Debtors' Motion for an Order Approving Voting Procedures with Respect to Joint Chapter 11 Plan of Liquidation of MagnaChip Semiconductor Finance Company et al., and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent (Filed 7/23/09) [Docket No. 140].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

[2] **Amended information is noted in bold.**

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

Response Deadline: July 24, 2009, at 4:00 p.m.

Responses Received: None.

Status: The Debtors received informal comments from the United States Trustee, the Official Committee of Unsecured Creditors, and the indenture trustee. The Debtors modified the procedures in light of those comments, and filed a supplement to address those comments. This matter will be going forward.

2. Expedited Motion of the Official Committee of Unsecured Creditors Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, for Authorization to File Under Seal an Unredacted Version of the Declaration Of Dean Vomero in Support of Objection of the Official Committee of Unsecured Creditors to Approval of the Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch as Credit Agreement Agent and Priority Lien Collateral Agent (Filed 7/24/09) [Docket No. 142].

Related Document(s): None.

Response Deadline: July 30, 2009, at 3:00 p.m. (at the hearing).

Responses Received: None to date.

Status: This matter will be going forward.

**CONTESTED MATTER GOING FORWARD:**

3. Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, *et al.* and UBS AG, Stamford Branch as Credit Agreement Agent and Priority Lien Collateral Agent (Filed 6/29/09) [Docket No. 55]

    Related Document(s):

    A. Notice of Hearing on Approval of Disclosure Statement for Plan of Liquidation Under Chapter 11 of the United States Bankruptcy Code (Filed 6/30/09) [Docket No. 71].

    B. Motion for Leave to File Reply to the Objection of the Official Committee of Unsecured Creditors to Approval of the Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch as Credit Agreement Agent and Priority Lien Collateral Agent (Filed 7/28/09) [Docket No. 145].

    **C. Motion for Leave to File the Response of UBS AG, Stamford Branch, as Agent for the First Lien Lenders to the Objection of the Official Committee of Unsecured Creditors to Approval of the Disclosure Statement**

in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch as Credit Agreement Agent and Priority Lien Collateral Agent Filed by UBS AG, Stamford Branch, as Agent (Filed 7/28/09) [Docket No. 149].

<u>Response Deadline</u>: July 24, 2009, at 4:00 p.m.

<u>Responses Received</u>:

A. Objection of the Official Committee of Unsecured Creditors to Approval of the Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch as Credit Agreement Agent and Priority Lien Collateral Agent (Filed 7/24/09) [Docket No. 141].

B. Response of UBS AG, Stamford Branch, as Agent for the First Lien Lenders, to the Objection of the Official Committee of Unsecured Creditors to Approval of the Disclosure Statement In Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch as Credit Agreement Agent and Priority Lien Collateral Agent (Filed 7/28/09) [Docket No. 144].

<u>Status</u>: This matter will be going forward.

Dated: July 29, 2009

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (DE Bar No. 2436)
Richard M. Pachulski (CA Bar No. 90073)
Debra Grassgreen (CA Bar No. 169978)
James E. O'Neill (DE Bar No. 4042)
Joshua M. Fried (CA Bar No. 181541)
Mark M. Billion (DE Bar No. 5263)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: 302/652-4100
Facsimile: 302/652-4400
Email: ljones@pszjlaw.com
rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
joneill@pszjlaw.com
jfried@pszjlaw.com
mbillion@pszjlaw.com

Counsel for the Debtors and Debtors in Possession