# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MagnaChip Semiconductor Finance Company, et al., | | |
| **Case Number:** | 09-12008-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, JULY 30, 2009 03:00 PM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | NICKITA BARKSDALE | | |

## *Matter:*

Omnibus/Disclosure Statement
**R / M #:**   150 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held and Continued.  Status conference scheduled for 8/3/09 @ 2:00 p.m.
Agenda Items:
#1 - Continued
#2 - Order signed
#3 - Approved. No Schedule set.  Order due.
#3C - Order signed.