IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, et al.,[1] | ) Case No. 09-12008 (PJW) |
| Debtor. | ) |
| | ) |
| | ) |

Related Docket Nos. 54, 55, 106, 140, *156*

## ORDER APPROVING DISCLOSURE STATEMENT WITH RESPECT TO JOINT CHAPTER 11 PLAN OF LIQUIDATION OF MAGNACHIP SEMICONDUCTOR FINANCE COMPANY ET AL., AND UBS AG, STAMFORD BRANCH, AS CREDIT AGREEMENT AGENT AND PRIORITY LIEN COLLATERAL AGENT

Upon consideration of the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company et al., and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Disclosure Statement"), and it appearing that notice of the hearing on approval of the Disclosure Statement (the "Hearing") was adequate and sufficient; and the appearances of all interested parties having been duly noted on the record of the Hearing; and the *Objection of the Official Committee of Unsecured Creditors to Approval of the Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch as Credit Agreement Agent and Priority Lien Collateral Agent*, to the proposed Disclosure Statement having been either (a) withdrawn or rendered moot by

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

modifications to the Disclosure Statement, or (b) overruled by the Court; and the Plan Proponents having made any conforming additions, changes, corrections and deletions to the Disclosure Statement necessary, if any, to comport with the record of the Hearing and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Debtors have provided adequate notice of the time fixed for filing objections and the hearing to consider approval of the Disclosure Statement in accordance with Bankruptcy Rules 2002 and 3017; and it is further

**ORDERED**, that the Disclosure Statement complies with all aspects of section 1125 of the Bankruptcy Code and is hereby approved as containing adequate information, as defined by section 1125(a) of the Bankruptcy Code; and it is further

**ORDERED**, that any objections to the adequacy of the information contained in the Disclosure Statement not otherwise resolved are overruled.

Dated: July 31, 2009

The Honorable Peter J. Walsh
United States Bankruptcy Judge