# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**MAGNACHIP SEMICONDUCTOR FINANCE COMPANY**, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12008 (PJW)<br><br>Jointly Administered<br><br>Re: # 141, 144 |

## ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 1121(d) TERMINATING THE DEBTORS' EXCLUSIVE PERIODS

Upon consideration of the objection (the "Objection") of the the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") to the Disclosure Statement (the "Disclosure Statement") in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company *et al.* and UBS AG, Stamford Branch as Credit Agreement Agent and Priority Lien Collateral Agent; and the court having considered the Committee's Objection; and the Court having conducted a hearing to consider approval of the Disclosure Statement on July 30, 2009 (the "Disclosure Statement Hearing"); and for the reasons, findings and concusions stated on the record at the Disclosure Statement Hearing; and for good cause shown;

IT IS ORDERED, ADJUGED AND DECREED as follows:

1. Pursuant to 11 U.S.C. §§ 105(a) and 1121(d), the Debtors' Exclusive Periods in which to file a plan are hereby terminated, as to the Committee only.

2. This Order is effective immediately upon entry.

_____
The Honorable Peter J. Walsh
United States Bankruptcy Judge

---

[1] The Debtors in these cases are: MagnaChip Semiconductor Finance Company; MagnaChip Semiconductor LLC; MagnaChip Semiconductor, Inc.; MagnaChip Semiconductor SA Holdings LLC; MagnaChip Semiconductor S.A.; and MagnaChip Semiconductor B.V.

23235/2
08/03/2009 12161534.1