IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGNACHIP SEMICONDUCTOR FINANCE | ) | Case No. 09-12008 (PJW) |
| COMPANY, et al.,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**CERTIFICATION OF COUNSEL REGARDING THE SCHEDULING ORDER
WITH RESPECT TO THE CONFIRMATION PROCESS**

The under signed hereby certifies that:

1. On June 12, 2009 (the "Petition Date"), the Debtors commenced these cases (the "Chapter 11 Cases") by each filing a voluntary petitions for relief under chapter 11 the Bankruptcy Code. On June 24, 2009, the Office of the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") [Docket No. 44].

2. On June 29, 2009, the Debtors filed their *Joint Chapter 11 Plan of Liquidation Proposed by MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Creditor Agreement Agent and Priority Lien Collateral Agent* [Docket No. 54]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

3. On July 24, 2009 the Committee filed its *Objection of the Official Committee of Unsecured Creditors to Approval of the Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for Magnachip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch as Credit Agreement Agent and Priority Lien Collateral Agent* [Docket No. 141].

4. On July 28 2009, the *Response Of UBS AG, Stamford Branch, As Agent For The First Lien Lenders, To The Objection Of The Official Committee Of Unsecured Creditors To Approval Of The Disclosure Statement In Respect Of Joint Chapter 11 Plan Of Liquidation For Magnachip Semiconductor Finance Company, et al. And UBS AG, Stamford Branch As Credit Agreement Agent And Priority Lien Collateral Agent* was filed [Docket No. 144].

5. On August 3, 2009, the Court entered its *Order Terminating the Debtors' Exclusive Periods* [Docket No. 168].

6. Thereafter, the Debtors and the Committee engaged in negotiations regarding the management of the Plan confirmation process that yielded an agreement that is memorialized in the proposed form of order attached hereto as <u>Exhibit A</u>.

Accordingly, the Debtors request that the proposed order attached hereto as Exhibit A be entered at the Court's earliest convenience.

Dated: August 24, 2009

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
Richard M. Pachulski (CA Bar No. 90073)
Debra Grassgreen (CA Bar No. 169978)
James E. O'Neill (Bar No. 4042)
Joshua M. Fried (CA Bar No. 181541)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: 302/652-4100
Facsimile: 302/652-4400
Email: ljones@pszjlaw.com
rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
joneill@pszjlaw.com
jfried@pszjlaw.com

Counsel for the Debtors and Debtors in Possession