# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGNACHIP SEMICONDUCTOR FINANCE | ) | Case No. 09-12008 (PJW) |
| COMPANY, et al.,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Related Docket No. \_\_** |

## SCHEDULING ORDER WITH RESPECT TO HEARING ON THE COMMITTEE DISCLOSURE STATEMENT AND RELATED MATTERS

The debtors and debtors in possession in the captioned chapter 11 cases (the "Debtors") have filed the Joint Chapter 11 Plan of Liquidation Proposed by MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Creditor Agreement Agent and Priority Lien Collateral Agent (the "Joint Plan") [Docket No. 54] and the Court has approved the Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation Proposed by MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Creditor Agreement Agent and Priority Lien Collateral Agent (the "Joint Disclosure Statement") pursuant to an Order dated July 31, 2009 [Docket No. 157]. At the hearing to consider the Joint Disclosure Statement, and the Official Committee of Unsecured Creditors in these Chapter 11 Cases (the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

"Committee") informed the Court of its intention to file a competing Chapter 11 Plan. The Court has been advised that the Committee and the Debtors have reached an agreement regarding the timing of filing and consideration of the Joint Plan and any Committee Plan; and after due consideration, it is hereby:

ORDERED that the Committee must file any competing plan (the "Committee Plan") and supporting disclosure statement (the "Committee Disclosure Statement") with respect to these Chapter 11 Cases no later than 12:00 p.m. EDT on August 25, 2009; and it is further

ORDERED that the hearing on the Committee Disclosure Statement and the *Debtors' Motion for an Order Approving Voting Procedures with Respect to Joint Chapter 11 Plan of Liquidation of MagnaChip Semiconductor Finance Company et al., and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Voting Procedures Motion") shall occur on at 3:00 p.m. EDT on August 27, 2009 (the "Hearing"); and it is further

ORDERED that all written objections to the Committee Disclosure Statement must be filed by 12:00 p.m. EDT on August 27, 2009; oral objections to the Committee Disclosure Statement may be made at the time of the Hearing; and it is further

ORDERED that, if the Committee Disclosure Statement and Voting Procedures Motion are approved, in addition to the other deadlines that will be established in connection with any order granting the Voting Procedures Motion (the "Voting Procedures Order"), the ballots contemplated by the Voting Procedures Motion (the "Ballots") for voting on both the Joint Plan and the Committee Plan and the

associated solicitation packages shall be postmarked on or before August 31, 2009; and it is further

ORDERED that, all Ballots and/or objections to the Joint Plan and any Committee Plan must be filed and received in accordance with any procedures set forth in Voting Procedures Order no later than 4:00 p.m. EDT on September 21, 2009; and it is further

ORDERED that any responses and/or affirmative briefs in support of the Joint Plan or any Committee Plan must be filed with the Court and received by the Debtors, the Committee, and the United States Trustee by 12:00 p.m. EDT on September 24, 2009; and it is further

ORDERED that the Court will conduct a hearing on the confirmation of the Joint Plan and any Committee Plan at 10:00 a.m. EDT on September 25, 2009; and it is further

ORDERED that the parties shall separately agree upon a discovery schedule in connection with the Joint Plan and the Committee Plan; and it is further

ORDERED that the foregoing deadlines may be extended by agreement of the parties and Order of this Court.

Dated: _____, 2009

                                                                               The Honorable Peter J. Walsh
                                                                               United States Bankruptcy Court Judge