| Class No. | Description | Treatment Under Debtors' Plan | Estimated Recovery Under Debtor's Plan | Treatment Under Committee's Plan | Estimated Recovery Under Committee's Plan |
|---|---|---|---|---|---|
| **MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL. – TREATMENT OF CLAIMS** ||||||
| N/A | **Administrative Expenses**[1] | Each Holder of an Allowed Administrative Expense that has filed a timely request for payment shall receive payment in full in cash on the Effective Date unless otherwise agreed by such Holder and the Debtors. Certain different and additional requirements shall apply to Fee Claims as set forth in Article XIV(B)(2) of the Committee's Plan. | 100% | Each Holder of an Allowed Administrative Expense that has filed a timely request for payment shall receive payment in full in cash on the Effective Date unless otherwise agreed by such Holder and the Debtors. Certain different and additional requirements shall apply to Fee Claims as set forth in Article XIV(B)(2) of the Committee's Plan. | Same |
| N/A | **Superpriority Claims** | No distribution to the First Lien Lender Parties shall be made on account of any Superpriority Claims except as set forth in Article IV(B)(3) of the Committee's Plan. | N/A | No distribution to the First Lien Lender Parties shall be made on account of any Superpriority Claims except as set forth in Article IV(B)(3) of the Committee's Plan. | Same |

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to such terms in the (i) *Joint Chapter 11 Plan of Liquidation Proposed by MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, As Creditor Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan") and (ii) *Chapter 11 Joint Plan of Reorganization Proposed by the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Plan").

| | MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL. – TREATMENT OF CLAIMS | | | | | |
|---|---|---|---|---|---|---|
| Class No. | Description | Treatment Under Debtors' Plan | Estimated Recovery Under Debtor's Plan | Treatment Under Committee's Plan | Estimated Recovery Under Committee's Plan |
| N/A | Tax Claims | Each Holder of an Allowed Tax Claim against any of the Debtors that is due and payable as of the Effective Date shall receive payment in full in Cash on or as soon as practicable after the Effective Date.<br><br>Each Holder of an Allowed Tax Claim (or portion thereof) not yet due and payable as of the Effective Date will be paid by, as the case may be (i) the Buyer (in the case of any such Allowed Tax Claims against MSA or Luxco) or (ii) the Plan Representative (in the case of any such Allowed Tax Claims against any other Debtor) when due and payable under applicable nonbankruptcy law without regard to the commencement of the Chapter 11 Cases.<br><br>Upon request of any of the Debtors, the Bankruptcy Court shall determine the amount of any Disputed Claim for, or issues pertaining to, Tax Claims. | 100% | Each Holder of an Allowed Tax Claim against any of the Debtors that is due and payable as of the Effective Date shall receive, at the sole option of the Debtors or the Reorganized Debtors, (i) on the Effective Date, or as soon thereafter as is practicable, Cash in an amount equal to such Allowed Tax Claim or, (ii) commencing on the Effective Date, or as soon thereafter as is practicable, and continuing over a period not exceeding five (5) years from and after the Petition Date, equal semi-annual Cash payments in an aggregate amount equal to such Allowed Tax Claim, together with interest for the period after the Effective Date at the rate determined under applicable non-bankruptcy law as of the calendar month in which the Plan is confirmed, subject to the sole option of the Debtors or Reorganized Debtors to prepay the entire amount of the Allowed Tax Claim.<br><br>Any Allowed Tax Claim (or portion thereof) not yet due and payable as of the Effective Date will be paid by the Reorganized Debtors in the ordinary course of business as such obligations become due. Any Holder of an Allowed Tax Claim may agree to accept different treatment as to which the Debtors and such Holder have agreed upon in writing.<br><br>Upon request of any of the Debtors, the Bankruptcy Court shall determine the amount of any Disputed Claim for, or issues pertaining to, Tax Claims. | Same |

| Class No. | Description | Treatment Under Debtors' Plan | Estimated Recovery Under Debtor's Plan | Treatment Under Committee's Plan | Estimated Recovery Under Committee's Plan |
|---|---|---|---|---|---|
| | **MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL. – TREATMENT OF CLAIMS** | | | | |
| 1 | **Class 1 (A-F) Priority Non-Tax Claims** | Priority Non-Tax Claims against the Selling Debtors shall be assumed by the Buyer pursuant to the Business Transfer Agreement. Priority Non-Tax Claims against non-Selling Debtors shall be paid in full in cash on or as soon as practicable after the later of the Effective Date or the date upon which the Bankruptcy Court enters a Final Order determining or allowing such Claim. | 100% | The Holder of each Priority Non-Tax Claim shall receive, in full satisfaction, settlement and release of such Priority Non-Tax Claim, a Cash payment equal to the Allowed amount of such Claim on or as soon as practicable after the later of the Effective Date or the date upon which the Bankruptcy Court enters a Final Order determining or allowing such Claim. Any Holder of a Priority Non-Tax Claim may agree to accept different treatment as to which the Debtors and such Holder have agreed upon in writing. | Same |

| Class No. | Description | Treatment Under Debtors' Plan | Estimated Recovery Under Debtor's Plan | Treatment Under Committee's Plan | Estimated Recovery Under Committee's Plan |
|---|---|---|---|---|---|
| | **MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL. – TREATMENT OF CLAIMS** | | | | |
| 2 | **Class 2 (A-F) Other Secured Claims** | If the collateral securing an Other Secured Claim is part of the Purchased Assets, the Buyer will assume the obligation to pay such Other Secured Claim and the Holder of such Claim shall retain its Lien on its collateral unless and until such Claim is paid in full or the collateral is subsequently sold by the Buyer and the proceeds of such sale, less costs and expenses of disposing of such collateral, shall be paid to such Holder in full satisfaction and release of such Allowed Other Secured Claim. If the collateral is not part of the Purchased Assets, the collateral securing the Creditor's Other Secured Claim shall be abandoned to such Creditor, in full satisfaction and release of such Other Secured Claim. | 100% | Except to the extent that a holder of an Allowed Other Secured Claim agrees to a different treatment, at the sole option of the Debtors or the Reorganized Debtors, (i) on the Effective Date or as soon thereafter as is practicable, each Allowed Other Secured Claim shall be reinstated and rendered Unimpaired in accordance with section 1124(2) of the Bankruptcy Code, (ii) each holder of an Allowed Other Secured Claim shall receive Cash in an amount equal to such Allowed Other Secured Claim, including any interest on such Allowed Other Secured Claim required to be paid pursuant to section 506(b) of the Bankruptcy Code, on the later of the Effective Date and the date such Allowed Other Secured Claim becomes an Allowed Other Secured Claim, or as soon thereafter as is practicable or (iii) each holder of an Allowed Other Secured Claim shall receive the Collateral securing its Allowed Other Secured Claim and any interest on such Allowed Other Secured Claim required to be paid pursuant to section 506(b) of the Bankruptcy Code, in full and complete satisfaction of such Allowed Other Secured Claim on the later of the Effective Date and the date such Allowed Other Secured Claim becomes an Allowed Other Secured Claim, or as soon thereafter as is practicable. | Same |

| | MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL. – TREATMENT OF CLAIMS | | | | | |
|---|---|---|---|---|---|---|
| Class No. | Description | Treatment Under Debtors' Plan | Estimated Recovery Under Debtor's Plan | Treatment Under Committee's Plan | Estimated Recovery Under Committee's Plan |
| 3 | Class 3 (A-F) First Lien Lender Claims | The First Lien Lender Parties shall receive, through payments to the Agent, each of the following: (i) the Net Sale Proceeds, (ii) all of the Distributable Cash and Claims of the Debtors other than the Cash of MSA, and (iii) any proceeds of any residual assets, if any, and when any such proceeds are collected by the Liquidating Trust. The Liens on the Purchased Assets and Distributable Assets securing the First Lien Lender Secured Claims will be released and extinguished as of the Effective Date and of no further force or effect; provided, however, that such Liens on the Purchased Assets shall attach to the proceeds thereof with the same priority as they attached to the Purchased Assets and the First Lien Lender Parties shall retain their Liens on all assets of Luxco, Finco and the First Lien Guarantors other than the Purchased Assets and Distributable Assets. | 70.6% | On the Effective Date, each First Lien Lender Party shall receive its Pro Rata share of the New Term Loan in full and complete satisfaction of such First Lien Lender Secured Claim. The New Term Loan shall have a first lien on substantially all of the assets of the Reorganized Debtors and Non-Debtor Affiliates.<br><br>All distributions to the First Lien Lender Parties under the Committee's Plan shall be effectuated through the Agent. In consideration for the distributions the First Lien Lender Parties are to receive hereunder, the Liens securing the First Lien Lender Secured Claims will be released and extinguished as of the Effective Date in accordance with section 5.1(a)(2) of the Intercreditor Agreement and of no further force or effect. The First Lien Lender Secured Claims, together with any Deficiency Claims of the First Lien Lender Parties, are deemed Allowed in the full amount reflected on the Agent's books and records as of the Record Date. | 100% |

| Class No. | Description | Treatment Under Debtors' Plan | Estimated Recovery Under Debtor's Plan | Treatment Under Committee's Plan | Estimated Recovery Under Committee's Plan |
|---|---|---|---|---|---|
| | **MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL. – TREATMENT OF CLAIMS** | | | | |
| 4 | **Class 4 (A-F) Second Lien Noteholder Claims** | If Classes 4 (A-F) and Classes 5 (A-F) vote to accept the Plan, the Second Lien Noteholders shall receive their proportionate share, together with other unsecured creditors, of the Unsecured Creditor Distribution. The existing Liens securing the Second Lien Noteholder Claims shall be released and extinguished effective as of the Effective Date and of no further force or effect. If each of Classes 4 (A-F) and 5 (A-F) do not vote to accept the Plan, Holders of Class 4 (A-F) Claims will receive no distribution on account of such Claims. | 0.2% | On the Effective Date, in full and complete satisfaction of its Second Lien Noteholder Claim, (i) each Second Lien Noteholder shall receive its Pro Rata share of 5% of the New Common Units, subject to dilution on account of the Long-Term Incentive Plan, and (ii) each Eligible Holder of a Second Lien Noteholder Claim shall be entitled to participate in the Offering pursuant to the terms of the Offering Procedures. However, to the extent that the Offering Participants do not exercise the Subscription Rights by the Subscription Expiration Date, the Backstop Purchaser, subject to the terms and conditions of the Backstop Commitment Agreement, shall subscribe for and purchase all Unsubscribed Units as of the Subscription Expiration Date.[2] | Substantially Higher |

---

[2] Notwithstanding anything contained in the Committee's Plan, as described above, only Accredited Investors that are holders of Second Lien Noteholder Claims will be entitled to participate in the Offering. No payment in lieu of the Subscription Rights will be made to any holder of a Second Lien Noteholder Claim that is not an Accredited Investor and therefore unable to subscribe for New Common Units pursuant to the Offering. Notwithstanding the foregoing, the Reorganized Debtors shall pay, on or as soon as reasonably practicable after the Effective Date, all Indenture Trustee Fees and Expenses arising under the Second Lien Notes Indenture, in full in Cash, without application to or approval of the Bankruptcy Court. All distributions to the Second Lien Noteholders under the Committee's Plan, except in connection with the Offering, shall be effectuated though the Second Lien Noteholder Trustee (*i.e.*, the Reorganized Debtors shall distribute the portion of the New Common Units payable to the Second Lien Noteholders to the Second Lien Noteholder Trustee and the Second Lien Noteholder Trustee shall make proportionate distributions thereof to the Second Lien Noteholders). Pursuant to section 5.1(a)(2) of the Intercreditor Agreement, the existing Liens securing the Second Lien Noteholder Claims shall be released and extinguished effective as of the Effective Date and of no further force or effect. Notwithstanding any subordination or intercreditor agreement applicable under nonbankruptcy law, the Holders of Second Lien Noteholder Claims shall receive the Second Lien Noteholder Distribution as described herein.

| Class No. | Description | Treatment Under Debtors' Plan | Estimated Recovery Under Debtor's Plan | Treatment Under Committee's Plan | Estimated Recovery Under Committee's Plan |
|---|---|---|---|---|---|
| | **MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL. – TREATMENT OF CLAIMS** | | | | |
| 5 | **Class 5 (A-F) General Unsecured Claims** | If each of Classes 4 (A-F) and Classes 5 (A-F) vote to accept the Plan, then each Holder of a Class 5 (A-F) Claim shall receive, in full satisfaction, settlement, and release of such Claim, a proportionate share, together with other unsecured creditors, of the Unsecured Creditor Distribution. In addition, Holders of General Unsecured Claims shall benefit from the Debtors' general release of Avoidance Claims set forth in Article IX(C) of the Plan. The First Lien Lender Parties will also waive any distribution of the Unsecured Creditor Distribution on account of their Deficiency Claims. If Classes 4 (A-F) and 5 (A-F) do not vote to accept the Plan, Holders of Class 5 (A-F) Claims will receive no distribution on account of their Claims. | 0.1% | The Holder of each Class 5 (A-F) Claim shall receive, as a gift from the Holders of Second Lien Noteholder Claims, in full satisfaction, settlement and release of such Class 5 (A-F) Claim, a Cash payment equal to 10% of the Allowed amount of such Claim on or as soon as practicable after the later of the Effective Date or the date upon which the Bankruptcy Court enters a Final Order determining or allowing such Claim; provided, however, that the aggregate Cash payments to Holders of Class 5 (A-F) Claims shall not exceed $324,000. Any Holder of a Class 5 (A-F) Claim may agree to accept different treatment as to which the Debtors and such Holder have agreed upon in writing | 10% |

| | | MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL. – TREATMENT OF CLAIMS | | | | |
|---|---|---|---|---|---|---|
| Class No. | Description | Treatment Under Debtors' Plan | Estimated Recovery Under Debtor's Plan | Treatment Under Committee's Plan | Estimated Recovery Under Committee's Plan |
| 6 | Class 6 (D and F) Subordinated Debt Claims | If each of Classes 4 (A-F) and 5 (A-F) vote to accept the Plan, then each Holder of a Class 6 (A-F) Claim shall receive its proportionate share, together with other unsecured creditors, of the Unsecured Creditor Distribution; provided, however, that in accordance with the subordination provisions in the Subordinated Note Indenture, all distributions to Holders of Class 6 (A-F) Claims shall be paid to the Second Lien Noteholder Trustee for distribution to Second Lien Noteholders. If Classes 4 (A-F) and 5 (A-F) do not vote to accept the Plan, Holders of Class 6 (A-F) Claims will receive no distribution on account of their Claims. | 0% | On the Effective Date, each Subordinated Noteholder shall receive, as a gift from the Second Lien Noteholders, (i) its Pro Rata share of 1% of the New Common Stock and (ii) warrants to purchase 5% of the New Common Stock with a strike price equivalent to a $600 million total enterprise value, in full and complete satisfaction of such Subordinated Noteholder Claim.<br><br>Notwithstanding the foregoing, the Reorganized Debtors shall pay, on or as soon as reasonably practicable after the Effective Date, all Indenture Trustee Fees and Expenses arising under the Subordinated Notes Indenture, in full in Cash, without application to or approval of the Bankruptcy Court. Notwithstanding any subordination or intercreditor agreement applicable under nonbankruptcy law, the Holders of Subordinated Note Claims shall receive the Subordinated Note Distribution as described herein as a gift from the Second Lien Noteholders. | Higher |
| 7 | Class 7 (A-F) Intercompany Claims | Holders of Intercompany Claims against the Debtors shall receive no distributions or recoveries on account of such Claims and such Claims shall be extinguished either on the Effective Date or thereafter in accordance with the Plan. | 0% | Notwithstanding anything to the contrary herein, Intercompany Claims, at the election of the Reorganized Debtors, shall be (i) adjusted, released, waived and/or discharged as of the Effective Date, (ii) contributed to the capital of the obligor, or (iii) reinstated and left Unimpaired. | Same |
| 8 | Class 8 (A-F) Interests in the Debtors | Holders of Interests in the Debtors shall receive no distributions or recoveries on account of such Interests and such Interests shall be extinguished on the Effective Date. | 0% | Holders of Interests in the Debtors shall receive no distributions or recoveries on account of such Interests and such Interests shall be extinguished on the Effective Date. | Same |