IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>MAGNACHIP SEMICONDUCTOR<br>FINANCE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12008 (PJW)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>v.<br><br>UBS SECURITIES, LLC, UBS AG,<br>STAMFORD BRANCH, UBS LOAN<br>FINANCE, LLC and KOREAN<br>EXCHANGE BANK,<br><br>Defendants. | Adversary No. 09-52020 (PJW)<br><br>Related to Docket Nos. 216, 226, and 232 |

**THIRD** AMENDED[2] NOTICE OF AGENDA WITH RESPECT TO
MATTERS SCHEDULED FOR AUGUST 27, 2009 AT 3:00 P.M. BEFORE
THE HONORABLE PETER J. WALSH AT THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE,
LOCATED AT 824 MARKET STREET, 6TH FLOOR,
COURTROOM NO. 2, WILMINGTON, DELAWARE 19801

MATTERS GOING FORWARD:

1. Motion for an Order Approving Voting Procedures with Respect to Joint Chapter 11 Plan of Liquidation of MagnaChip Semiconductor Finance Company et al., and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent (Filed 7/10/09) [Docket No. 106].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

[2] **Amended information is noted in bold.**

Related Document(s):

A. Joint Chapter 11 Plan of Liquidation of MagnaChip Semiconductor Finance Company et al., and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent (Filed 6/29/09) [Docket No. 54].

B. Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation Proposed by MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Creditor Agreement Agent and Priority Lien Collateral Agent (Filed 6/29/09) Docket No. 55].

C. Supplement to Debtors' Motion for an Order Approving Voting Procedures with Respect to Joint Chapter 11 Plan of Liquidation of MagnaChip Semiconductor Finance Company et al., and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent (Filed 7/23/09) [Docket No. 140].

D. Order Approving Disclosure Statement With Respect to Joint Chapter 11 Plan of Liquidation of MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent (Entered 7/31/09) [Docket No. 158].

E. Certification of Counsel Regarding the Scheduling Order With Respect to the Confirmation Process (Filed 8/25/09) [Docket No. 211].

F. Scheduling Order with Respect to Hearing on the Committee Disclosure Statement and Related Matters (Entered 8/25/09) [Docket No. 217].

Response Deadline: July 24, 2009, at 4:00 p.m.

Responses Received: None.

Status: This matter will be going forward.

2. Disclosure Statement in Respect of Chapter 11 Plan of Reorganization Proposed by the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al. (Filed 8/25/09) [Docket No. 213].

Related Document(s):

A. Order Terminating the Debtors' Exclusive Periods (Entered 8/3/09) [Docket No. 168].

B.  Chapter 11 Plan of Reorganization Proposed by the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al. (Filed 8/25/09) [Docket No. 212].

C.  Notice of Hearing on Approval of Disclosure Statement for Chapter 11 Plan of Reorganization Proposed by the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al. (Filed 8/25/09) [Docket No. 214].

Response Deadline: August 27, 2009, at 12:00 Noon

Responses Received:

A.  Debtors' Objection to Disclosure Statement in Respect of Chapter 11 Plan of Reorganization Proposed by the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al. (Filed 8/27/09) [Docket No. 229].

**B.  Objection Of UBS AG, Stamford Branch, as Agent for the First Lien Lenders, to the Disclosure Statement Filed by the Official Committee of Unsecured Creditors (Filed 8/27/09) [Docket No. 235].**

Status: This matter will be going forward.

3.  Creditors' Committee's Motion for an Order (I) Approving Voting Procedures With Respect to Chapter 11 Plan of Reorganization Proposed by the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al. and (II) Approving the Subscription Form for Purposes of the Offering (Filed 8/25/09) [Docket No. 218].

Related Document(s):

A.  Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice with Respect to Disclosure Statement Related Motions Filed by (Filed 8/25/09) [Docket No. 221].

B.  Order Granting Motion to Shorten Notice with respect to Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice with Respect to Disclosure Statement Related Motions (Entered 8/26/09) [Docket No. 225].

Response Deadline: August 27, 2009, at 3:00 p.m.

Responses Received: None as of the date of this agenda.

Status: This matter will be going forward.

4.  [Creditors' Committee's] Motion to Approve (A) the Backstop Commitment Letter and (B) the Reimbursement of Certain Fees and Expenses Incurred in Connection Thereunder (Filed 8/25/09) [Docket No. 219].

    Related Document(s):

    A.  Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice with Respect to Disclosure Statement Related Motions Filed by (Filed 8/25/09) [Docket No. 221].

    B.  Order Granting Motion to Shorten Notice with respect to Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice with Respect to Disclosure Statement Related Motions (Entered 8/26/09) [Docket No. 225].

    Response Deadline: August 27, 2009, at 3:00 p.m.

    Responses Received:

    A.  Debtors' Opposition to Motion for Entry of Order Approving (A) the Backstop Commitment Letter and (B) the Reimbursement of Certain Fees and Expenses Incurred in Connection Thereunder (Filed 8/27/09) [Docket No. 230].

    Status: This matter will be going forward.

5.  Application of the Official Committee of Unsecured Creditors for an Order Appointing Financial Balloting Group LLC as Subscription Agent, *Nunc Pro Tunc* to August 24, 2009 (Filed 8/25/09) [Docket No. 220].

    Related Document(s):

    A.  Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice with Respect to Disclosure Statement Related Motions Filed by (Filed 8/25/09) [Docket No. 221].

    B.  Order Granting Motion to Shorten Notice with respect to Motion of the Official Committee of Unsecured Creditors for an Order Shortening Notice with Respect to Disclosure Statement Related Motions (Entered 8/26/09) [Docket No. 225].

    Response Deadline: August 27, 2009, at 3:00 p.m.

Responses Received:

A. Debtors' Opposition to Application of the Official Committee of Unsecured Creditors for an Order Appointing Financial Balloting Group LLC as Subscription Agent, *Nunc Pro Tunc* to August 24, 2009 (Filed 8/27/09) [Docket No. 228].

**RELATED MATTER NOT YET SET FOR HEARING:**

Adversary Proceeding No. 09-52020 (PJW)

6. Motion for (I) A Preliminary Injunction and Temporary Restraining Order Pursuant to 11 U.S.C. Section 105 and Fed. R. Bankr. P. 7001(7) and 7065 and/or (II) and Order Extending the Automatic Stay Pursuant to 11 U.S.C. Section 362(Filed 8/26/09) [Adversary Docket No. 3].

Related Document(s):

A. Verififed Complaint for Injunctive Relief (Filed 8/25/09) [Docket No. 1].

B. Motion for an Emergency Hearing on Its Motion for (I) A Preliminary Injunction and Temporary Restraining Order Pursuant to 11 U.S.C. Section 105 and Fed. R. Bankr. P. 7001(7) and 7065 and/or (II) an Order Extending the Automatic Stay Pursuant to 11 U.S.C. Section 362 (Filed 8/25/09) [Adversary Docket No. 4].

Response Deadline: To be determined by the Court.

Responses Received:

A. Opposition Of UBS AG, Stamford Branch, as Agent for the First Lien Lenders, to the Motion of the Official Committee of Unsecured Creditors for (I) A Preliminary Injunction and Temporary Restraining Order Pursuant to 11 U.S.C. § 105 and Fed. R. Bank. P. 7001(7) and 7065 and/Or (II) an Order Extending the Automatic Stay Pursuant to 11 U.S.C. § 362 (Filed 8/27/09) [Adversary Docket No. 5].

*[Remainder of page intentionally left blank]*

Responses Received:

A.  Debtors' Opposition to Application of the Official Committee of Unsecured Creditors for an Order Appointing Financial Balloting Group LLC as Subscription Agent, *Nunc Pro Tunc* to August 24, 2009 (Filed 8/27/09) [Docket No. 228].

**RELATED MATTER NOT YET SET FOR HEARING:**

**Adversary Proceeding No. 09-52020 (PJW)**

6.  Motion for (I) A Preliminary Injunction and Temporary Restraining Order Pursuant to 11 U.S.C. Section 105 and Fed. R. Bankr. P. 7001(7) and 7065 and/or (II) and Order Extending the Automatic Stay Pursuant to 11 U.S.C. Section 362(Filed 8/26/09) [Adversary Docket No. 3].

    Related Document(s):

    A.  Motion for an Emergency Hearing on Its Motion for (I) A Preliminary Injunction and Temporary Restraining Order Pursuant to 11 U.S.C. Section 105 and Fed. R. Bankr. P. 7001(7) and 7065 and/or (II) an Order Extending the Automatic Stay Pursuant to 11 U.S.C. Section 362 (Filed 8/25/09) [Adversary Docket No. 4].

    Response Deadline: To be determined by the Court.

    Responses Received:

    A.  Opposition Of UBS AG, Stamford Branch, as Agent for the First Lien Lenders, to the Motion of the Official Committee of Unsecured Creditors for (I) A Preliminary Injunction and Temporary Restraining Order Pursuant to 11 U.S.C. § 105 and Fed. R. Bank. P. 7001(7) and 7065 and/Or (II) an Order Extending the Automatic Stay Pursuant to 11 U.S.C. § 362 (Filed 8/27/09) [Adversary Docket No. 5].

*[Remainder of page intentionally left blank]*

**Status:** This matter will be going forward for status/scheduling.

Dated: August 27, 2009

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (DE Bar No. 2436)
Richard M. Pachulski (CA Bar No. 90073)
Debra Grassgreen (CA Bar No. 169978)
James E. O'Neill (DE Bar No. 4042)
Joshua M. Fried (CA Bar No. 181541)
Mark M. Billion (DE Bar No. 5263)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: 302/652-4100
Facsimile: 302/652-4400
Email: ljones@pszjlaw.com
rpachulski@pszjlaw.com
dgrassgreen@pszjlaw.com
joneill@pszjlaw.com
jfried@pszjlaw.com
mbillion@pszjlaw.com

Counsel for the Debtors and Debtors in Possession