# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | MagnaChip Semiconductor Finance Company, et al., |
| **Case Number:** | 09-12008-PJW  **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, AUGUST 27, 2009 03:00 PM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | PETER J. WALSH |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | NICKITA BARKSDALE |

## *Matters:*

1) Committee's Disclosure Statement and related motions
   **R / M #:**   236 / 0

2) **ADV: 1-09-52020**
   **Scheduling conference**
   **R / M #:**   0 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 & #3 - Combined voting procedure order due to be filed with a Certification of Counsel
#2 - Revised order due to be filed with a Certification of Counsel
#4 - Revised order due to be filed with a Certification of Counsel
#5 -  Moot
#6 - Adv. 09-52020: TRO hearing scheduled for 8/31/09 @ 3:00 p.m.