# EXHIBIT A

**Ballot – Class 1**

**<u>Priority Non-Tax Claims</u>**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MAGNACHIP SEMICONDUCTOR FINANCE<br>COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12008 (PJW) |

**CLASS 1(A) BALLOT (PRIORITY NON-TAX CLAIMS)**
for
Accepting or Rejecting the Following Chapter 11 Plans:

(i) *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan"); and

(ii) *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "Committee's Plan" and, together with the Debtors' Plan, the "Competing Plans")

**Step 1.**    **Amount of Claim.** The amount of your Class 1(A) Claim (Priority Non-Tax Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.**    **Voting.** *You may vote to Accept or Reject either or both of the respective Competing Plans. If you check both boxes for a respective Competing Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted.*

With respect to the Competing Plans, and my Class 1 Claim, the undersigned hereby votes to:

| **Debtors' Plan** | **Committee's Plan** | **Preference** |
|---|---|---|
| ☐ **ACCEPT the Plan** | ☐ **ACCEPT the Plan** | ☐ **Debtors' Plan** |
| ☐ **REJECT the Plan** | ☐ **REJECT the Plan** | ☐ **Committee's Plan** |

**Step 3.**    **Releases (Do not complete if you rejected either or both of the Competing Plans).** Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively. However, if you vote to accept both of the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

☐    **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

Step 4.  **Creditor Information and Signature.** By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").

---
Date Completed

---
Signature

---
Name of Holder of Class 1(A) Claim (Print or Type)

---
Name and Title of Authorized Agent

Step 5  **Submission of Ballot.** You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on <u>September 21, 2009</u> ("Balloting Deadline") to: **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.** A pre-addressed envelope has been provided for your convenience.

**BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

<u>**VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS**</u>

**PLAN CONFIRMATION.** Enclosed are the Competing Plans and the Competing Disclosure Statements. The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on the either of the Competing Plans. Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm a Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.** If you hold a Class 1(A) Claim (Priority Non-Tax Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery. When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

<u>**MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;**</u>

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009</u>. BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise. If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim. Each ballot may be used only for the class of claims indicated on the ballot.

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 1 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12008 (PJW) |

## CLASS 1(B) BALLOT (PRIORITY NON-TAX CLAIMS)
### for
Accepting or Rejecting the Following Chapter 11 Plans:

**(i)** *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent (the "Debtors' Plan"); and*

**(ii)** *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "Committee's Plan" and, together with the Debtors' Plan, the "Competing Plans")

**Step 1.**      **Amount of Claim.** The amount of your Class 1(B) Claim (Priority Non-Tax Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.**      **Voting.** *You may vote to Accept or Reject either or both of the respective Competing Plans. If you check both boxes for a respective Competing Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted.*

            With respect to the Competing Plans, and my Class 1 Claim, the undersigned hereby votes to:

| Debtors' Plan | Committee's Plan | Preference |
|---|---|---|
| ☐ **ACCEPT the Plan** | ☐ **ACCEPT the Plan** | ☐ **Debtors' Plan** |
| ☐ **REJECT the Plan** | ☐ **REJECT the Plan** | ☐ **Committee's Plan** |

**Step 3.**      **Releases (Do not complete if you rejected either or both of the Competing Plans).** Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively. However, if you vote to accept both of the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

            ☐       **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.**   **Creditor Information and Signature.**  By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").

_____        _____

Date Completed                                            Name of Holder of Class 1(B) Claim (Print or Type)

_____        _____

Signature                                                      Name and Title of Authorized Agent

**Step 5**   **Submission of Ballot.**  You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on **September 21, 2009** ("Balloting Deadline") to:  **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.**  A pre-addressed envelope has been provided for your convenience.

**BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

<u>**VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS**</u>

**PLAN CONFIRMATION.**  Enclosed are the Competing Plans and the Competing Disclosure Statements.  The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on the either of the Competing Plans.  Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm a Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation.  **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.**  If you hold a Class 1(B) Claim (Priority Non-Tax Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery.  When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

<u>**MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;**</u>

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009</u>. BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT.  A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise.  If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim.  Each ballot may be used only for the class of claims indicated on the ballot.

2

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 1 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MAGNACHIP SEMICONDUCTOR FINANCE<br>COMPANY, <u>et al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12008 (PJW) |

**CLASS 1(C) BALLOT (PRIORITY NON-TAX CLAIMS)**
for
Accepting or Rejecting the Following Chapter 11 Plans:

(i) *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent* (the "<u>Debtors' Plan</u>"); and

(ii) *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "<u>Committee's Plan</u>" and, together with the Debtors' Plan, the "<u>Competing Plans</u>")

**Step 1.**   **Amount of Claim.**  The amount of your Class 1(C) Claim (Priority Non-Tax Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.**   **Voting.**  *You may vote to Accept or Reject either or both of the respective Competing Plans.  If you check both boxes for a respective Competing Plan, your vote will not be counted.  If you check both boxes for your preference, your preference will not be counted.*

With respect to the Competing Plans, and my Class 1 Claim, the undersigned hereby votes to:

| <u>Debtors' Plan</u> | <u>Committee's Plan</u> | <u>Preference</u> |
|---|---|---|
| ☐ **ACCEPT the Plan** | ☐ **ACCEPT the Plan** | ☐ **Debtors' Plan** |
| ☐ **REJECT the Plan** | ☐ **REJECT the Plan** | ☐ **Committee's Plan** |

**Step 3.**   **Releases (Do not complete if you rejected either or both of the Competing Plans).**  Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.  However, if you vote to accept both of the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

☐        **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.**  **Creditor Information and Signature.**  By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").

| | |
|---|---|
| _____ | _____ |
| Date Completed | Name of Holder of Class 1(C) Claim (Print or Type) |
| _____ | _____ |
| Signature | Name and Title of Authorized Agent |

**Step 5**  **Submission of Ballot.**  You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on **September 21, 2009** ("Balloting Deadline") to:  **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.**  A pre-addressed envelope has been provided for your convenience.

**BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

**<u>VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS</u>**

**PLAN CONFIRMATION.**  Enclosed are the Competing Plans and the Competing Disclosure Statements.  The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on the either of the Competing Plans.  Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm a Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation.  **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.**  If you hold a Class 1(C) Claim (Priority Non-Tax Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery.  When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

**<u>MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;</u>**

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009</u>. BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT.  A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise.  If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim.  Each ballot may be used only for the class of claims indicated on the ballot.

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 1 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12008 (PJW) |

## CLASS 1(D) BALLOT (PRIORITY NON-TAX CLAIMS)
### for
### Accepting or Rejecting the Following Chapter 11 Plans:

**(i)** *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent (the "Debtors' Plan"); and*

**(ii)** *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "Committee's Plan" and, together with the Debtors' Plan, the "Competing Plans")

**Step 1.** **Amount of Claim.** The amount of your Class 1(D) Claim (Priority Non-Tax Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.** **Voting.** *You may vote to Accept or Reject either or both of the respective Competing Plans. If you check both boxes for a respective Competing Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted.*

With respect to the Competing Plans, and my Class 1 Claim, the undersigned hereby votes to:

| **Debtors' Plan** | **Committee's Plan** | **Preference** |
|---|---|---|
| ☐ ACCEPT the Plan | ☐ ACCEPT the Plan | ☐ Debtors' Plan |
| ☐ REJECT the Plan | ☐ REJECT the Plan | ☐ Committee's Plan |

**Step 3.** **Releases (Do not complete if you rejected either or both of the Competing Plans).** Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively. However, if you vote to accept both of the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

☐      **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.**     **Creditor Information and Signature.**  By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").


_____                    _____
Date Completed                                     Name of Holder of Class 1(D) Claim (Print or Type)

_____                    _____
Signature                                          Name and Title of Authorized Agent

**Step 5**     **Submission of Ballot.**  You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on <u>September 21, 2009</u> ("Balloting Deadline") to:  **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.**  A pre-addressed envelope has been provided for your convenience.

**BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

**<u>VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS</u>**

**PLAN CONFIRMATION.**  Enclosed are the Competing Plans and the Competing Disclosure Statements.  The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on the either of the Competing Plans.  Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm a Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation.  **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.**  If you hold a Class 1(D) Claim (Priority Non-Tax Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery.  When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

**<u>MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;</u>**

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009</u>. BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT.  A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise.  If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim.  Each ballot may be used only for the class of claims indicated on the ballot.

2

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 1 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

| In re: | Chapter 11 |
|---|---|
| MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, et al.[1] | Case No. 09-12008 (PJW) |
| Debtors. | |

### CLASS 1(E) BALLOT (PRIORITY NON-TAX CLAIMS)
for
Accepting or Rejecting the Following Chapter 11 Plans:

(i) *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan"); and

(ii) *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "Committee's Plan" and, together with the Debtors' Plan, the "Competing Plans")

**Step 1.**    **Amount of Claim.** The amount of your Class 1(E) Claim (Priority Non-Tax Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.**    **Voting.** *You may vote to Accept or Reject either or both of the respective Competing Plans. If you check both boxes for a respective Competing Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted.*

With respect to the Competing Plans, and my Class 1 Claim, the undersigned hereby votes to:

| Debtors' Plan | Committee's Plan | Preference |
|---|---|---|
| ☐ ACCEPT the Plan | ☐ ACCEPT the Plan | ☐ Debtors' Plan |
| ☐ REJECT the Plan | ☐ REJECT the Plan | ☐ Committee's Plan |

**Step 3.**    **Releases (Do not complete if you rejected either or both of the Competing Plans).** Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively. However, if you vote to accept both of the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

☐         **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.** **Creditor Information and Signature.** By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").

_____          _____
Date Completed                                                Name of Holder of Class 1(E) Claim (Print or Type)

_____          _____
Signature                                                         Name and Title of Authorized Agent

**Step 5** **Submission of Ballot.** You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on **September 21, 2009** ("Balloting Deadline") to: **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.** A pre-addressed envelope has been provided for your convenience.

<b>BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.</b>

<b><u>VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS</u></b>

**PLAN CONFIRMATION.** Enclosed are the Competing Plans and the Competing Disclosure Statements. The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on the either of the Competing Plans. Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm a Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.** If you hold a Class 1(E) Claim (Priority Non-Tax Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery. When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

**MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;**

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009</u>. BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise. If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim. Each ballot may be used only for the class of claims indicated on the ballot.

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 1 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | |
|---|---|
| MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, et al.,[1] | Chapter 11<br><br>Case No. 09-12008 (PJW) |
| Debtors. | |

**CLASS 1(F) BALLOT (PRIORITY NON-TAX CLAIMS)**
for
Accepting or Rejecting the Following Chapter 11 Plans:

(i) *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan"); and

(ii) *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "Committee's Plan" and, together with the Debtors' Plan, the "Competing Plans")

**Step 1.** **Amount of Claim.** The amount of your Class 1(F) Claim (Priority Non-Tax Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.** **Voting.** *You may vote to Accept or Reject either or both of the respective Competing Plans. If you check both boxes for a respective Competing Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted.*

With respect to the Competing Plans, and my Class 1 Claim, the undersigned hereby votes to:

| **Debtors' Plan** | **Committee's Plan** | **Preference** |
|---|---|---|
| ☐ **ACCEPT the Plan** | ☐ **ACCEPT the Plan** | ☐ **Debtors' Plan** |
| ☐ **REJECT the Plan** | ☐ **REJECT the Plan** | ☐ **Committee's Plan** |

**Step 3.** **Releases (Do not complete if you rejected either or both of the Competing Plans).** Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively. However, if you vote to accept both of the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

☐ **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.**  **Creditor Information and Signature.**  By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").

_____                        _____
Date Completed                                                        Name of Holder of Class 1(F) Claim (Print or Type)

_____                        _____
Signature                                                                Name and Title of Authorized Agent

**Step 5**  **Submission of Ballot.**  You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on September 21, 2009 ("Balloting Deadline") to:  **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.**  A pre-addressed envelope has been provided for your convenience.

**BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

**<u>VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS</u>**

**PLAN CONFIRMATION.**  Enclosed are the Competing Plans and the Competing Disclosure Statements.  The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on the either of the Competing Plans.  Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm a Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation.  **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.**  If you hold a Class 1(F) Claim (Priority Non-Tax Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery.  When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

**<u>MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;</u>**

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009</u>. BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT.  A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise.  If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim.  Each ballot may be used only for the class of claims indicated on the ballot.

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 1 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**Ballot – Class 2**

**<u>Other Secured Claims</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, <u>et al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12008 (PJW) |

## CLASS 2(A) BALLOT (OTHER SECURED CLAIMS)
### for
### Accepting or Rejecting the Following Chapter 11 Plans:

(i) *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent* (the "<u>Debtors' Plan</u>"); and

(ii) *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "<u>Committee's Plan</u>" and, together with the Debtors' Plan, the "<u>Competing Plans</u>")

**Step 1.** **Amount of Claim.** The amount of your Class 2(A) Claim (Other Secured Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.** **Voting.** *You may vote to Accept or Reject either or both of the respective Competing Plans. If you check both boxes for a respective Competing Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted.*

With respect to the Competing Plans, and my Class 2 Claim, the undersigned hereby votes to:

| <u>Debtors' Plan</u> | <u>Committee's Plan</u> | <u>Preference</u> |
|---|---|---|
| ☐ **ACCEPT the Plan** | ☐ **ACCEPT the Plan** | ☐ **Debtors' Plan** |
| ☐ **REJECT the Plan** | ☐ **REJECT the Plan** | ☐ **Committee's Plan** |

**Step 3.** **Releases (Do not complete if you rejected either or both of the Competing Plans).** Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively. However, if you vote to accept the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

☐      **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.** **Creditor Information and Signature.** By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").

---
Date Completed

---
Name of Holder of Class 2(A) Claim (Print or Type)

---
Signature

---
Name and Title of Authorized Agent

**Step 5** **Submission of Ballot.** You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than **4:00 p.m.** Eastern Time on **September 21, 2009** ("Balloting Deadline") to: **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.** A pre-addressed envelope has been provided for your convenience.

**BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

**<u>VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS</u>**

**PLAN CONFIRMATION.** Enclosed are the Competing Plans and the Competing Disclosure Statements. The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on either or both of the Competing Plans. Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm any Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.** If you hold a Class 2(A) Claim (Other Secured Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery. When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

**MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;**

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009</u>. BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise. If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim. Each ballot may be used only for the class of claims indicated on the ballot.

2

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 2 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAGNACHIP SEMICONDUCTOR FINANCE<br>COMPANY, <u>et al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12008 (PJW) |

## CLASS 2(B) BALLOT (OTHER SECURED CLAIMS)
### for
### Accepting or Rejecting the Following Chapter 11 Plans:

(i) *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent* (the "<u>Debtors' Plan</u>"); and

(ii) *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "<u>Committee's Plan</u>" and, together with the Debtors' Plan, the "<u>Competing Plans</u>")

**Step 1.**   **Amount of Claim.**  The amount of your Class 2(B) Claim (Other Secured Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.**   **Voting.**  *You may vote to Accept or Reject either or both of the respective Competing Plans.  If you check both boxes for a respective Competing Plan, your vote will not be counted.  If you check both boxes for your preference, your preference will not be counted.*

With respect to the Competing Plans, and my Class 2 Claim, the undersigned hereby votes to:

| <u>Debtors' Plan</u> | <u>Committee's Plan</u> | <u>Preference</u> |
|---|---|---|
| ☐ **ACCEPT the Plan** | ☐ **ACCEPT the Plan** | ☐ **Debtors' Plan** |
| ☐ **REJECT the Plan** | ☐ **REJECT the Plan** | ☐ **Committee's Plan** |

**Step 3.**   **Releases (Do not complete if you rejected either or both of the Competing Plans).**  Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.  However, if you vote to accept the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

☐          **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.**    **Creditor Information and Signature.** By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").

_____                _____
Date Completed                                     Name of Holder of Class 2(B) Claim (Print or Type)

_____                _____
Signature                                          Name and Title of Authorized Agent

**Step 5**    **Submission of Ballot.** You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on <u>September 21, 2009</u> ("Balloting Deadline") to: **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.** A pre-addressed envelope has been provided for your convenience.

**BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

**<u>VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS</u>**

**PLAN CONFIRMATION.** Enclosed are the Competing Plans and the Competing Disclosure Statements. The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on either or both of the Competing Plans. Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm any Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.** If you hold a Class 2(B) Claim (Other Secured Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery. When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

<u>**MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;**</u>

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009</u>. BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise. If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim. Each ballot may be used only for the class of claims indicated on the ballot.

2

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 2 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAGNACHIP SEMICONDUCTOR FINANCE<br>COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12008 (PJW) |

## CLASS 2(C) BALLOT (OTHER SECURED CLAIMS)
### for
### Accepting or Rejecting the Following Chapter 11 Plans:

**(i)** *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent* (the "<u>Debtors' Plan</u>"); and

**(ii)** *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "<u>Committee's Plan</u>" and, together with the Debtors' Plan, the "<u>Competing Plans</u>")

**Step 1.**    **Amount of Claim.** The amount of your Class 2(C) Claim (Other Secured Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.**    **Voting.** *You may vote to Accept or Reject either or both of the respective Competing Plans. If you check both boxes for a respective Competing Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted.*

With respect to the Competing Plans, and my Class 2 Claim, the undersigned hereby votes to:

| <u>Debtors' Plan</u> | <u>Committee's Plan</u> | <u>Preference</u> |
|---|---|---|
| ☐ **ACCEPT the Plan** | ☐ **ACCEPT the Plan** | ☐ **Debtors' Plan** |
| ☐ **REJECT the Plan** | ☐ **REJECT the Plan** | ☐ **Committee's Plan** |

**Step 3.**    **Releases (Do not complete if you rejected either or both of the Competing Plans).** Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively. However, if you vote to accept the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

         ☐    **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.** **Creditor Information and Signature.** By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").

---
Date Completed

---
Signature

---
Name of Holder of Class 2(C) Claim (Print or Type)

---
Name and Title of Authorized Agent

**Step 5** **Submission of Ballot.** You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on **September 21, 2009** ("Balloting Deadline") to: **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.** A pre-addressed envelope has been provided for your convenience.

**BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

**<u>VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS</u>**

**PLAN CONFIRMATION.** Enclosed are the Competing Plans and the Competing Disclosure Statements. The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on either or both of the Competing Plans. Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm any Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.** If you hold a Class 2(C) Claim (Other Secured Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery. When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

**MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;**

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009</u>. BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise. If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim. Each ballot may be used only for the class of claims indicated on the ballot.

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 2 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAGNACHIP SEMICONDUCTOR FINANCE<br>COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12008 (PJW) |

## CLASS 2(D) BALLOT (OTHER SECURED CLAIMS)
for
Accepting or Rejecting the Following Chapter 11 Plans:

(i) *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan"); and

(ii) *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "Committee's Plan" and, together with the Debtors' Plan, the "Competing Plans")

**Step 1.** **Amount of Claim.** The amount of your Class 2(D) Claim (Other Secured Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.** **Voting.** *You may vote to Accept or Reject either or both of the respective Competing Plans. If you check both boxes for a respective Competing Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted.*

With respect to the Competing Plans, and my Class 2 Claim, the undersigned hereby votes to:

| **Debtors' Plan** | **Committee's Plan** | **Preference** |
|---|---|---|
| ☐ ACCEPT the Plan | ☐ ACCEPT the Plan | ☐ Debtors' Plan |
| ☐ REJECT the Plan | ☐ REJECT the Plan | ☐ Committee's Plan |

**Step 3.** **Releases (Do not complete if you rejected either or both of the Competing Plans).** Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively. However, if you vote to accept the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

☐ **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.**    **Creditor Information and Signature.**  By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").

<br>

| | |
|---|---|
| _____ | _____ |
| Date Completed | Name of Holder of Class 2(D) Claim (Print or Type) |
| | |
| _____ | _____ |
| Signature | Name and Title of Authorized Agent |

**Step 5**    **Submission of Ballot.**  You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on September 21, 2009 ("Balloting Deadline") to:  **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.**  A pre-addressed envelope has been provided for your convenience.

**BALLOTS SENT VIA FACSIMILE OR EMAIL WILL NOT BE COUNTED.**

**VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS**

**PLAN CONFIRMATION.**  Enclosed are the Competing Plans and the Competing Disclosure Statements.  The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on either or both of the Competing Plans.  Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm any Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation.  **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.**  If you hold a Class 2(D) Claim (Other Secured Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery.  When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

**MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;**

**SO THAT IT IS RECEIVED NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009. BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT.  A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL NOT BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise.  If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim.  Each ballot may be used only for the class of claims indicated on the ballot.

2

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 2 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re:<br><br>MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12008 (PJW) |
|---|---|

### CLASS 2(E) BALLOT (OTHER SECURED CLAIMS)
for
Accepting or Rejecting the Following Chapter 11 Plans:

(i) *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan"); and

(ii) *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "Committee's Plan" and, together with the Debtors' Plan, the "Competing Plans")

**Step 1.**  **Amount of Claim.** The amount of your Class 2(E) Claim (Other Secured Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.**  **Voting.** *You may vote to Accept or Reject either or both of the respective Competing Plans. If you check both boxes for a respective Competing Plan, your vote will not be counted. If you check both boxes for your preference will not be counted.*

With respect to the Competing Plans, and my Class 2 Claim, the undersigned hereby votes to:

| **Debtors' Plan** | **Committee's Plan** | **Preference** |
|---|---|---|
| ☐ ACCEPT the Plan | ☐ ACCEPT the Plan | ☐ Debtors' Plan |
| ☐ REJECT the Plan | ☐ REJECT the Plan | ☐ Committee's Plan |

**Step 3.**  **Releases (Do not complete if you rejected either or both of the Competing Plans).** Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively. However, if you vote to accept the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

☐     **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.**     **Creditor Information and Signature.**  By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").

_____                          _____
Date Completed                                           Name of Holder of Class 2(E) Claim (Print or Type)

_____                          _____
Signature                                                Name and Title of Authorized Agent

**Step 5**     **Submission of Ballot.**  You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on <u>September 21, 2009</u> ("Balloting Deadline") to:  **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.**  A pre-addressed envelope has been provided for your convenience.

**BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

**<u>VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS</u>**

**PLAN CONFIRMATION.**  Enclosed are the Competing Plans and the Competing Disclosure Statements.  The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on either or both of the Competing Plans.  Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm any Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation.  **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.**  If you hold a Class 2(E) Claim (Other Secured Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery.  When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

**<u>MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;</u>**

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009.</u> BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT.  A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise.  If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim.  Each ballot may be used only for the class of claims indicated on the ballot.

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 2 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, et al.,[1] | Case No. 09-12008 (PJW) |
| Debtors. | |

## CLASS 2(F) BALLOT (OTHER SECURED CLAIMS)
for
Accepting or Rejecting the Following Chapter 11 Plans:

(i) *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan"); and

(ii) *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "Committee's Plan" and, together with the Debtors' Plan, the "Competing Plans")

**Step 1.**    **Amount of Claim.** The amount of your Class 2(F) Claim (Other Secured Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.**    **Voting.** *You may vote to Accept or Reject either or both of the respective Competing Plans. If you check both boxes for a respective Competing Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted.*

With respect to the Competing Plans, and my Class 2 Claim, the undersigned hereby votes to:

| Debtors' Plan | Committee's Plan | Preference |
|---|---|---|
| ☐ ACCEPT the Plan | ☐ ACCEPT the Plan | ☐ Debtors' Plan |
| ☐ REJECT the Plan | ☐ REJECT the Plan | ☐ Committee's Plan |

**Step 3.**    **Releases (Do not complete if you rejected either or both of the Competing Plans).** Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively. However, if you vote to accept the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

☐    **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.**   **Creditor Information and Signature.** By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "<u>Debtors'</u> <u>Disclosure Statement</u>") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "<u>Committee's Disclosure Statement</u>" and, together with the Debtors' Disclosure Statement, the "<u>Competing Disclosure Statements</u>").

---
Date Completed

Name of Holder of Class 2(F) Claim (Print or Type)

---
Signature

Name and Title of Authorized Agent

**Step 5**   **Submission of Ballot.** You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on **September 21, 2009** ("Balloting Deadline") to: **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.** A pre-addressed envelope has been provided for your convenience.

**BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

## <u>VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS</u>

**PLAN CONFIRMATION.** Enclosed are the Competing Plans and the Competing Disclosure Statements. The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on either or both of the Competing Plans. Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm any Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.** If you hold a Class 2(F) Claim (Other Secured Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery. When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

<u>MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;</u>

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009</u>. BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise. If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim. Each ballot may be used only for the class of claims indicated on the ballot.

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 2 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**Ballot - Class 3**

**<u>First Lien Lender Secured Claims</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, et al.,[1] | Case No. 09-12008 (PJW) |
| Debtors. | |

## CLASS 3(A) BALLOT (FIRST LIEN LENDER SECURED CLAIMS)
for
Accepting or Rejecting the Following Chapter 11 Plans:

(i) *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan"); and

(ii) *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "Committee's Plan" and, together with the Debtors' Plan, the "Competing Plans")

**Step 1.** **Amount of Claim.** The amount of your Class 3(A) Claim (First Lien Lender Secured Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.** **Voting.** *You may vote to Accept or Reject either or both of the respective Competing Plans. If you check both boxes for a respective Competing Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted.*

With respect to the Competing Plans, and my Class 3 Claim, the undersigned hereby votes to:

| **Debtors' Plan** | **Committee's Plan** | **Preference** |
|---|---|---|
| ☐ **ACCEPT the Plan** | ☐ **ACCEPT the Plan** | ☐ Debtors' Plan |
| ☐ **REJECT the Plan** | ☐ **REJECT the Plan** | ☐ Committee's Plan |

**Step 3.** **Releases (Do not complete if you rejected either or both of the Competing Plans).** Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively. However, if you vote to accept the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

☐ **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.** **Creditor Information and Signature.** By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").

_____          _____
Date Completed                         Name of Holder of Class 3(A) Claim (Print or Type)

_____          _____
Signature                              Name and Title of Authorized Agent

**Step 5** **Submission of Ballot.** You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on September 21, 2009 ("Balloting Deadline") to: **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.** A pre-addressed envelope has been provided for your convenience.

**BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

## <u>VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS</u>

**PLAN CONFIRMATION.** Enclosed are the Competing Plans and the Competing Disclosure Statements. The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on either or both of the Competing Plans. Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm any Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.** If you hold a Class 3(A) Claim (First Lien Lender Secured Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery. When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

**<u>MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;</u>**

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009</u>. BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise. If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim. Each ballot may be used only for the class of claims indicated on the ballot.

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 3 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MAGNACHIP SEMICONDUCTOR FINANCE<br>COMPANY, <u>et al.</u>,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 09-12008 (PJW) |

**CLASS 3(B) BALLOT (FIRST LIEN LENDER SECURED CLAIMS)**
for
Accepting or Rejecting the Following Chapter 11 Plans:

(i) *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent* (the "<u>Debtors' Plan</u>"); and

(ii) *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "<u>Committee's Plan</u>" and, together with the Debtors' Plan, the "<u>Competing Plans</u>")

**Step 1.**     **Amount of Claim.** The amount of your Class 3(B) Claim (First Lien Lender Secured Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.**     **Voting.** *You may vote to Accept or Reject either or both of the respective Competing Plans. If you check both boxes for a respective Competing Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted.*

With respect to the Competing Plans, and my Class 3 Claim, the undersigned hereby votes to:

| **Debtors' Plan** | **Committee's Plan** | **Preference** |
|---|---|---|
| ☐ **ACCEPT the Plan** | ☐ **ACCEPT the Plan** | ☐ **Debtors' Plan** |
| ☐ **REJECT the Plan** | ☐ **REJECT the Plan** | ☐ **Committee's Plan** |

**Step 3.**     **Releases (Do not complete if you rejected either or both of the Competing Plans).** Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively. However, if you vote to accept the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

              ☐       **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.** **Creditor Information and Signature.** By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").

_____           _____
Date Completed                                Name of Holder of Class 3(B) Claim (Print or Type)

_____           _____
Signature                                     Name and Title of Authorized Agent

**Step 5** **Submission of Ballot.** You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on **September 21, 2009** ("Balloting Deadline") to: **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.** A pre-addressed envelope has been provided for your convenience.

**BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

**<u>VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS</u>**

**PLAN CONFIRMATION.** Enclosed are the Competing Plans and the Competing Disclosure Statements. The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on either or both of the Competing Plans. Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm any Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.** If you hold a Class 3(B) Claim (First Lien Lender Secured Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery. When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

**MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;**

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009.</u> BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise. If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim. Each ballot may be used only for the class of claims indicated on the ballot.

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 3 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone **(818) 906-8300.**

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, et al.,[1] | Case No. 09-12008 (PJW) |
| Debtors. | |

## CLASS 3(C) BALLOT (FIRST LIEN LENDER SECURED CLAIMS)
### for
Accepting or Rejecting the Following Chapter 11 Plans:

(i) *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan"); and

(ii) *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "Committee's Plan" and, together with the Debtors' Plan, the "Competing Plans")

**Step 1.**     **Amount of Claim.** The amount of your Class 3(C) Claim (First Lien Lender Secured Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.**     **Voting.** *You may vote to Accept or Reject either or both of the respective Competing Plans. If you check both boxes for a respective Competing Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted.*

With respect to the Competing Plans, and my Class 3 Claim, the undersigned hereby votes to:

| **Debtors' Plan** | **Committee's Plan** | **Preference** |
|---|---|---|
| ☐ **ACCEPT the Plan** | ☐ **ACCEPT the Plan** | ☐ Debtors' Plan |
| ☐ **REJECT the Plan** | ☐ **REJECT the Plan** | ☐ Committee's Plan |

**Step 3.**     **Releases (Do not complete if you rejected either or both of the Competing Plans).** Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively. However, if you vote to accept the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

☐     **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.** **Creditor Information and Signature.** By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "<u>Debtors'</u> <u>Disclosure Statement</u>") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "<u>Committee's Disclosure Statement</u>" and, together with the Debtors' Disclosure Statement, the "<u>Competing Disclosure Statements</u>").

<br>

| | |
|---|---|
| _____ | _____ |
| Date Completed | Name of Holder of Class 3(C) Claim (Print or Type) |
| | |
| _____ | _____ |
| Signature | Name and Title of Authorized Agent |

**Step 5** **Submission of Ballot.** You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on **September 21, 2009** ("Balloting Deadline") to: **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.** A pre-addressed envelope has been provided for your convenience.

**BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

<u>**VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS**</u>

**PLAN CONFIRMATION.** Enclosed are the Competing Plans and the Competing Disclosure Statements. The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on either or both of the Competing Plans. Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm any Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.** If you hold a Class 3(C) Claim (First Lien Lender Secured Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery. When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

<u>**MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;**</u>

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009</u>. BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise. If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim. Each ballot may be used only for the class of claims indicated on the ballot.

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 3 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAGNACHIP SEMICONDUCTOR FINANCE<br>COMPANY, <u>et al.</u>,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12008 (PJW) |

### CLASS 3(D) BALLOT (FIRST LIEN LENDER SECURED CLAIMS)
for
Accepting or Rejecting the Following Chapter 11 Plans:

(i) *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent* (the "<u>Debtors' Plan</u>"); and

(ii) *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "<u>Committee's Plan</u>" and, together with the Debtors' Plan, the "<u>Competing Plans</u>")

**Step 1.**  **Amount of Claim.** The amount of your Class 3(D) Claim (First Lien Lender Secured Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.**  **Voting.** *You may vote to Accept or Reject either or both of the respective Competing Plans. If you check both boxes for a respective Competing Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted.*

With respect to the Competing Plans, and my Class 3 Claim, the undersigned hereby votes to:

| <u>Debtors' Plan</u> | <u>Committee's Plan</u> | <u>Preference</u> |
|---|---|---|
| ☐ **ACCEPT the Plan** | ☐ **ACCEPT the Plan** | ☐ **Debtors' Plan** |
| ☐ **REJECT the Plan** | ☐ **REJECT the Plan** | ☐ **Committee's Plan** |

**Step 3.**  **Releases (Do not complete if you rejected either or both of the Competing Plans).** Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively. However, if you vote to accept the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

☐  **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.**     **Creditor Information and Signature.** By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").

| | |
|---|---|
| Date Completed | Name of Holder of Class 3(D) Claim (Print or Type) |

| | |
|---|---|
| Signature | Name and Title of Authorized Agent |

**Step 5**     **Submission of Ballot.** You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on <u>September 21, 2009</u> ("Balloting Deadline") to: **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.** A pre-addressed envelope has been provided for your convenience.

**BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

**<u>VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS</u>**

**PLAN CONFIRMATION.** Enclosed are the Competing Plans and the Competing Disclosure Statements. The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on either or both of the Competing Plans. Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm any Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.** If you hold a Class 3(D) Claim (First Lien Lender Secured Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery. When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

**<u>MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;</u>**

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009</u>. BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise. If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim. Each ballot may be used only for the class of claims indicated on the ballot.

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 3 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

| | |
|---|---|
| In re: | Chapter 11 |
| MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, et al.,[1] | Case No. 09-12008 (PJW) |
| Debtors. | |

## CLASS 3(E) BALLOT (FIRST LIEN LENDER SECURED CLAIMS)
for
Accepting or Rejecting the Following Chapter 11 Plans:

(i) *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan"); and

(ii) *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "Committee's Plan" and, together with the Debtors' Plan, the "Competing Plans")

**Step 1.** **Amount of Claim.** The amount of your Class 3(E) Claim (First Lien Lender Secured Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.** **Voting.** *You may vote to Accept or Reject either or both of the respective Competing Plans. If you check both boxes for a respective Competing Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted.*

With respect to the Competing Plans, and my Class 3 Claim, the undersigned hereby votes to:

| Debtors' Plan | Committee's Plan | Preference |
|---|---|---|
| ☐ ACCEPT the Plan | ☐ ACCEPT the Plan | ☐ Debtors' Plan |
| ☐ REJECT the Plan | ☐ REJECT the Plan | ☐ Committee's Plan |

**Step 3.** **Releases (Do not complete if you rejected either or both of the Competing Plans).** Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively. However, if you vote to accept the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

☐ **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.**     **Creditor Information and Signature.** By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").

---
Date Completed                                    Name of Holder of Class 3(E) Claim (Print or Type)

---
Signature                                         Name and Title of Authorized Agent

**Step 5**     **Submission of Ballot.** You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on **September 21, 2009** ("Balloting Deadline") to: **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.** A pre-addressed envelope has been provided for your convenience.

**BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

**<u>VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS</u>**

**PLAN CONFIRMATION.** Enclosed are the Competing Plans and the Competing Disclosure Statements. The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on either or both of the Competing Plans. Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm any Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.** If you hold a Class 3(E) Claim (First Lien Lender Secured Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery. When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

**MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;**

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009</u>. BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise. If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim. Each ballot may be used only for the class of claims indicated on the ballot.

2

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 3 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12008 (PJW) |

### CLASS 3(F) BALLOT (FIRST LIEN LENDER SECURED CLAIMS)
for
Accepting or Rejecting the Following Chapter 11 Plans:

(i) *Joint Chapter 11 Plan of Liquidation Proposed By*
*MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch,*
*as Credit Agreement Agent and Priority Lien Collateral Agent* (the "<u>Debtors' Plan</u>"); and

(ii) *Joint Chapter 11 Plan of Reorganization Proposed By*
*the Official Committee of Unsecured Creditors of*
*MagnaChip Semiconductor Finance Company, et al.*
(the "<u>Committee's Plan</u>" and, together with the Debtors' Plan, the "<u>Competing Plans</u>")

**Step 1.**  **Amount of Claim.** The amount of your Class 3(F) Claim (First Lien Lender Secured Claims) against the applicable above-referenced debtors for voting purposes only is set forth on the face of this ballot.

**Step 2.**  **Voting.** *You may vote to Accept or Reject either or both of the respective Competing Plans. If you check both boxes for a respective Competing Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted.*

With respect to the Competing Plans, and my Class 3 Claim, the undersigned hereby votes to:

| <u>Debtors' Plan</u> | <u>Committee's Plan</u> | <u>Preference</u> |
|---|---|---|
| ☐ ACCEPT the Plan | ☐ ACCEPT the Plan | ☐ Debtors' Plan |
| ☐ REJECT the Plan | ☐ REJECT the Plan | ☐ Committee's Plan |

**Step 3.**  **Releases (Do not complete if you rejected either or both of the Competing Plans).** Pursuant to the Competing Plans, if you return a Ballot and vote to ACCEPT either of the Competing Plans, but do not elect to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively, you are automatically deemed to have accepted the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively. However, if you vote to accept the Competing Plans, you may check the box below to opt out of the release provision contained in Article X.E of the Debtors' Plan and the Committee's Plan, respectively.

☐  **Undersigned ELECTS TO OPT OUT of Plan Release**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

**Step 4.** **Creditor Information and Signature.** By signing this ballot, the undersigned acknowledges that it has received copies of both of the Competing Plans, the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization for the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").

_____          _____
Date Completed                                           Name of Holder of Class 3(F) Claim (Print or Type)

_____          _____
Signature                                                   Name and Title of Authorized Agent

**Step 5** **Submission of Ballot.** You must return this ballot to the Ballot Tabulator at the following address so that it is received by no later than 4:00 p.m. Eastern Time on <u>September 21, 2009</u> ("Balloting Deadline") to: **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436.** A pre-addressed envelope has been provided for your convenience.

<b>BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.</b>

<b><u>VOTING INFORMATION AND ADDITIONAL INSTRUCTIONS</u></b>

**PLAN CONFIRMATION.** Enclosed are the Competing Plans and the Competing Disclosure Statements. The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on either or both of the Competing Plans. Even if all classes do not accept either of the Competing Plans, the Bankruptcy Court may confirm any Competing Plan if the treatment afforded the class or classes rejecting any Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

**VOTING PROCEDURE.** If you hold a Class 3(F) Claim (First Lien Lender Secured Claims) under the Competing Plans and wish to vote to accept or reject the Competing Plans, you must complete this ballot and return it to the Ballot Tabulator by first class mail or overnight delivery. When returning your ballot, please carefully follow the instructions set forth in STEP 4 on the reverse side.

**FOR YOUR VOTE TO BE COUNTED AS VOTING FOR OR AGAINST EITHER OR BOTH OF THE COMPETING PLANS, YOU MUST FULLY COMPLETE THE BALLOT, INDICATE EITHER ACCEPTANCE OR REJECTION OF EITHER OR BOTH OF THE COMPETING PLANS IN THE APPROPRIATE SPACE ON THE REVERSE SIDE, AND SIGN AND RETURN THIS BALLOT TO:**

<u>**MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;**</u>

**SO THAT IT IS RECEIVED <u>NO LATER THAN 4:00 P.M. EASTERN TIME ON SEPTEMBER 21, 2009</u>. BALLOTS RECEIVED LATE WILL NOT BE COUNTED, UNLESS OTHERWISE ORDERED BY THE COURT. A PRE-ADDRESSED ENVELOPE HAS BEEN PROVIDED FOR YOUR CONVENIENCE. BALLOTS SENT VIA FACSIMILE OR EMAIL WILL <u>NOT</u> BE COUNTED.**

Except as otherwise set forth in Step 2 on the reverse side, if a ballot is not completed in its entirety so that all the required information and signatures are provided, the ballot will not be counted unless the Bankruptcy Court orders otherwise. If you hold claims in more than one class under the Competing Plans, you should receive a different ballot for each class in which you hold a claim. Each ballot may be used only for the class of claims indicated on the ballot.

**DISCLAIMER.** Before casting your vote, you should review the enclosed Competing Plans and Competing Disclosure Statements, which the Bankruptcy Court has approved for distribution. You may wish to seek legal or other advice concerning the Competing Plans and the classification and treatment of your claim under the Competing Plans. Your claim, if any, has been placed in Class 3 under the Competing Plans. Please refer to the Competing Plans and Competing Disclosure Statements for further information. If you do not have the Competing Plans and Competing Disclosure Statements, you may obtain a copy from MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

**BALLOT DOES NOT CONSTITUTE A CLAIM.** This ballot does not constitute a proof of claim, an amendment to a proof of claim, or a waiver of any bar date or deadline to file a proof of claim.

**NO ENCLOSURES.** Do not enclose any correspondence, securities, instruments, invoices, or other documents with this ballot.

**QUESTIONS.** If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300.

# BALLOT CLASS 4(A) MASTER BALLOT

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGNACHIP SEMICONDUCTOR FINANCE | ) | Case No. 09-12008 (PJW) |
| COMPANY, et al.,[1] | ) | |
| Debtors. | ) | |
| | ) | |

**GENERAL MASTER BALLOT FOR VOTING NOMINEES OF CLASS 4(A) CLAIMS TO ACCEPT OR REJECT EITHER OR BOTH OF THE FOLLOWING CHAPTER 11 PLANS:**

**(I) JOINT CHAPTER 11 PLAN OF LIQUIDATION PROPOSED BY MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL. AND UBS AG, STAMFORD BRANCH, AS CREDIT AGREEMENT AGENT AND PRIORITY LIEN COLLATERAL AGENT; AND**

**(II) JOINT CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL.**

YOUR MASTER BALLOT MUST BE *ACTUALLY RECEIVED* BY THE BALLOTING AGENT ON OR **BEFORE THE BALLOTING DEADLINE OF 4:00 P.M.** (PREVAILING EASTERN TIME) ON SEPTEMBER 21, 2009 OR THE VOTES REPRESENTED BY YOUR BALLOT WILL NOT BE COUNTED.

Enclosed is (i) (a) the Joint Chapter 11 Plan of Liquidation Proposed By MagnaChip Semiconductor Finance Company, et al. and UBS, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent (the "Debtors' Plan"), jointly proposed by the debtors and debtors in possession in the above-captioned chapter 11 case (the "Debtors") and UBS, AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent, and (b) the Joint Chapter 11 Plan of Reorganization Proposed By the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al. (the "Committee's Plan" and, together with the Debtors' Plan, the "Competing Plans") proposed by the Official Committee of Unsecured Creditors (the "Creditors' Committee") and (ii) (a) the Disclosure Statement In Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent (the "Debtors' Disclosure Statement") and (b) the Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization Proposed By the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al. (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Competing Disclosure Statements").

On July 31, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order approving the Debtors' Disclosure Statement (the "Debtors' Disclosure Statement Order"). On _____, the Bankruptcy Court entered an order approving the Committee's Disclosure Statement (the "Committee's Disclosure Statement Order" and, together with the Debtors' Disclosure Statement Order, the "Disclosure Statement Orders"). The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on such Competing Plan. Even if all classes do not accept a Competing Plan, the Bankruptcy Court may confirm such Competing Plan if the treatment afforded the class or classes rejecting such Competing Plan

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms a Competing Plan, it will be binding on you.**

Class 4(A) is comprised of the holders of approximately $500 million in aggregate principal amount of junior secured noteholders pursuant to that certain Indenture, dated as of December 23, 2004 (as amended, restated, supplemented or otherwise modified from time to time), for the issuance of *Floating Rate Second Priority Senior Secured Notes due 2011 and 6 7/8% Second Priority Senior Secured Notes due 2011* (together, the "Second Lien Notes"). This Master Ballot is to be used by you as a broker, bank, dealer or other agent or nominee (each a "Voting Nominee") to transmit the votes of holders ("Beneficial Holders") of the Second Lien Notes. Before you transmit such votes, please carefully review the (i) Competing Disclosure Statements and (ii) Disclosure Statement Orders.

This Master Ballot is not a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Competing Plans.

**READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY. COMPLETE, SIGN, AND DATE THIS MASTER BALLOT, AND RETURN IT SO THAT IT IS ACTUALLY RECEIVED BY THE BALLOTING AGENT, BEFORE THE BALLOTING DEADLINE OF 4:00 P.M. (PREVAILING EASTERN TIME), ON SEPTEMBER 21 2009. IF THIS MASTER BALLOT IS NOT COMPLETED, SIGNED, AND RECEIVED ON OR BEFORE THE BALLOTING DEADLINE AND THE BALLOTING DEADLINE IS NOT EXTENDED, THE VOTES TRANSMITTED BY THIS MASTER BALLOT WILL NOT BE COUNTED.**

You should review the Competing Disclosure Statements, the Competing Plans, and the Disclosure Statement Orders before you transmit votes with this Master Ballot. You or the Beneficial Holders for whom you are the Voting Nominee may wish to seek legal advice concerning the Competing Plans and the classification and treatment of the Second Lien Notes under the Competing Plans. Holders of claims in more than one class will receive a ballot for each class (or account) in which such holders are entitled to vote.

If either of the Competing Plans is confirmed by the Bankruptcy Court, it will be binding on you and the Beneficial Holders for whom you are the Voting Nominee, whether or not such holders vote and whether or not any votes are transmitted by this Master Ballot.

COMPLETE THE FOLLOWING:

Item 1.  Certification of Authority to Vote. The undersigned certifies that as of July 29, 2009 (the Voting Record Date under the Debtors' Plan), the undersigned (please check the applicable box):

☐  Is a broker, bank or other nominee for the beneficial holders of the principal amount of the Second Lien Notes listed in Item 2 below, and is the registered holder thereof, or

☐  Is acting under a power of attorney and/or agency (a copy of which will be provided upon request) granted by a broker, bank or other nominee that is the registered holder of the principal amount of Second Lien Notes listed in Item 2 below, or

☐  Has been granted a proxy (an original of which is attached hereto) from a broker, bank or other nominee, or a beneficial holder, that is the registered holder of the principal amount of the Second Lien Notes listed in Item 2 below,

and, accordingly, has full power and authority to vote to accept or reject the Competing Plans, on behalf of the Beneficial Holders of the Second Lien Notes described in Items 2, 3 and 4.

Items 2, 3 and 4.  Vote and Indication of Whether Beneficial Holder is a U.S. Citizen.[2] The undersigned transmits the following for the Beneficial Holders for which the undersigned is the Voting Nominee: (1) votes to accept or reject the Competing Plans, (2) indications by any Beneficial Holders that such Beneficial Holders are "Citizens of the United States" within the meaning of section 40102 of title 49 of the United States Code and (3) whether such Beneficial Holders elect to opt out of the Plan Release. The undersigned certifies that the Beneficial Holders identified by their respective customer account numbers set forth below are Beneficial Holders of the Second Lien Notes as of the July 29, 2009 record

---

[2] The term "Citizen of the United States," as defined in section 40102 of title 49 of the United States Code, means "(A) an individual who is a citizen of the United States; (B) a partnership each of whose partners is an individual who is a citizen of the United States; or (C) a corporation or association organized under the laws of the United States or a State, the District of Columbia, or a territory or possession of the United States, of which the president and at least two-thirds of the board of directors and other managing officers are citizens of the United States, and in which at least 75 percent of the voting interest is owned or controlled by persons that are citizens of the United States." In addition, the U.S. Department of Transportation has interpreted subsection (B) to permit any entity other than an individual to be a partner so long as the entity is a citizen of the United States.

date and have delivered to the undersigned, as Voting Nominee, properly executed beneficial ballots ("Beneficial Ballots") casting such votes on the Competing Plans and indications by any Beneficial Holders that such Beneficial Holders are U.S. Citizens as the undersigned has set forth below.

Please indicate the requested information in the appropriate column. For purposes of this Master Ballot, accrued or unmatured interest should not be included in the principal amount voted for each account. Please note that each Beneficial Holder must vote all of his, her, or its claim relating to the Second Lien Notes either to accept or reject each Competing Plan, and may not split such vote. If there is insufficient space, please attach the requested information to this Master Ballot in the form of the table below.

| YOUR Customer Account Number for Each Beneficial Holder | Principal Amount in this Account | Item 2. **Vote on the Competing Plans:** Check to indicate how beneficial holder voted. | | | Item 3. Check Column if Beneficial Holder opted out of Plan Release | Item 4. Check column if Beneficial Holder had indicated it is a U.S. Citizen |
|---|---|---|---|---|---|---|
| | | Debtors' Plan | Committee's Plan | Preference | | |
| 1. | $ | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ Debtors' Plan  ☐ Committee's Plan | | |
| 2. | $ | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ Debtors' Plan  ☐ Committee's Plan | | |
| 3. | $ | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ Debtors' Plan  ☐ Committee's Plan | | |
| 4. | $ | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ Debtors' Plan  ☐ Committee's Plan | | |
| 5. | $ | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ Debtors' Plan  ☐ Committee's Plan | | |
| 6. | $ | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ Debtors' Plan  ☐ Committee's Plan | | |
| 7. | $ | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ Debtors' Plan  ☐ Committee's Plan | | |
| 8. | $ | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ Debtors' Plan  ☐ Committee's Plan | | |
| 9. | $ | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ Debtors' Plan  ☐ Committee's Plan | | |
| 10. | $ | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ ACCEPT the Plan  ☐ REJECT the Plan | ☐ Debtors' Plan  ☐ Committee's Plan | | |

Item 5                Transcription. The undersigned certifies that the undersigned has transcribed in the following table the information, if any, provided by Beneficial Holders in Item 4 of the Beneficial Holders' Beneficial Ballots, identifying any Notes for which such Beneficial Holders have submitted other ballots other than to the undersigned:

| YOUR customer account number and/or Customer Name for each Beneficial Holder who completed Item 4 of the Beneficial Ballot. | Transcribe from Item 4 of the Beneficial Holder Ballot | | | |
|---|---|---|---|---|
| | Account Number | Name of Registered Holder of Nominee | CUSIP Number of each Second Lien Note Voted | Principal Amount of Second Lien Notes |
| 1. | | | | $ |
| 2. | | | | $ |
| 3. | | | | $ |
| 4. | | | | $ |
| 5. | | | | $ |
| 6. | | | | $ |
| 7. | | | | $ |
| 8. | | | | $ |
| 9. | | | | $ |
| 10. | | | | $ |

Item 5.               Certification. By signing this Master Ballot, the undersigned (i) certifies that each Beneficial Holder listed in Item 2, 3 and 4, above, has been provided with a copy of the Competing Plans, Competing Disclosure Statements, Disclosure Statement Orders, and a Beneficial Ballot), (ii) acknowledges that the solicitation of votes for the Competing Plans is subject to all the terms and conditions set forth in the Disclosure Statement Orders and the Competing Disclosure Statements, (iii) certifies that the undersigned has received a properly completed and signed Beneficial Ballot from each Beneficial Holder listed above, (iv) certifies that the undersigned has accurately transcribed all applicable information from the Beneficial Ballots received from each Beneficial Holder, and (v) certifies that under penalty of perjury, its election in Item 4 with respect to U.S. citizenship is truthful and correct.

Name of Broker, Bank or Other Nominee:

_____

(Print or Type)

Participant Number: _____

Name of Proxy Holder or Agent for Broker, Bank or Other Nominee (if applicable):

_____

(Print or Type)

Social Security or Federal Tax I.D. No.:

_____

Signature:          _____

Print Name: _____

By: _____
(If Appropriate)

Title: _____
(If Appropriate)

Street Address: _____
_____

City, State, Zip Code: _____
_____

Telephone Number: ( )_____
(Including Area Code)

Date Completed: _____

THIS MASTER BALLOT MUST BE ACTUALLY RECEIVED BY THE BALLOTING AGENT, **MAGNACHIP SEMICONDUCTOR, c/o Omni Management Group, LLC, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, BEFORE 4:00 P.M. (PREVAILING EASTERN TIME), ON SEPTEMBER 21, 2009, OR THE VOTES TRANSMITTED HEREBY WILL NOT BE COUNTED.**

PLEASE NOTE: THE BALLOTING AGENT WILL NOT ACCEPT BALLOTS OR MASTER BALLOTS BY FACSIMILE TRANSMISSION.

IF YOU HAVE ANY QUESTIONS REGARDING THIS MASTER BALLOT OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE COMPETING DISCLOSURE STATEMENTS OR OTHER ENCLOSED MATERIALS, PLEASE CALL OMNI MANAGEMENT GROUP, LLC, ATTN: BRIAN OSBOURNE, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436, TELEPHONE (818) 906-8300.

## VOTING INSTRUCTIONS

1.      The Master Ballot is to be used by Voting Nominees to transmit on behalf of holders of public securities of the Debtors: (1) votes cast by Beneficial Holders to accept or reject the Competing Plans referred to in the Competing Disclosure Statements; (2) indications by any Beneficial Holders if such Beneficial Holders are U.S. Citizens; and (3) whether such Beneficial Holders elect to opt out of the Plan Release. The Competing Disclosure Statements, Competing Plans, and other related documents are available by contacting the Debtors' Balloting Agent, Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300. All capitalized terms used in this Master Ballot or in these instructions but not otherwise defined herein have the meaning ascribed to them in the Competing Disclosure Statements, the Competing Plans or the Disclosure Statement Orders, as the case may be.

2.      If you are transmitting the vote of any Beneficial Holder other than yourself, you may *either*:

    a.      Complete and execute the Beneficial Holder Ballots (other than Items 2, 3, 4 and 5), including the Voting Nominee's name and Beneficial Holder account number, and deliver to the Beneficial Holder such "prevalidated" Beneficial Holder Ballots, along with a copy of the Competing Plans, Competing Disclosure Statements, and Disclosure Statement Orders and other materials requested to be forwarded. The Beneficial Holder should complete Items 2, 3, 4 and 5 of its pre-validated Beneficial Ballot and return the completed Beneficial Ballot to the Balloting Agent so as to be received before the Balloting Deadline.

*OR*

b.    For Beneficial Holder Ballot you do not "pre-validate":

Deliver the Beneficial Holder Ballot to the Beneficial Holder, along with the Competing Disclosure Statements and Competing Plans and other materials requested to be forwarded, and take the necessary actions to enable such Beneficial Holder to (i) complete and execute such Beneficial Ballot voting to accept or reject the Competing Plans and completing the other items as appropriate; and (ii) return the completed, executed Beneficial Ballot to you in sufficient time to enable you to complete the Master Ballot and deliver it to the Balloting Agent so as to be received before the Balloting Deadline of 4:00 P.M. (Prevailing Eastern Time), on September 21, 2009 at the following address:

> MAGNACHIP SEMICONDUCTOR
> C/O OMNI MANAGEMENT GROUP, LLC
> 16161 VENTURA BLVD., STE C
> PMB 448
> ENCINO, CA 91436

With respect to all Beneficial Holder Ballots returned to you, please properly complete the Master Ballot as follows:

i.    Provide appropriate information for each of the items on the Master Ballot. Please note that Items, 2, 3, 4 and 5 request information for each individual Beneficial Holder for whom you hold general beneficial holder claims in your name. To identify such Beneficial Holders, please use the customer name and/or account number assigned by you to each such Beneficial Holder.

ii.    If additional space is required to respond to any item on the Master Ballot, please use additional sheets of paper clearly marked to indicate the applicable item of the Master Ballot to which you are responding.

iii.    Sign and Date your Master Ballot.

iv.    If you are completing the Master Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing.

v.    Provide your name and other requested information.

vi.    Deliver the Master Ballot to the Balloting Agent so as to be actually received before the Balloting Deadline of 4:00 P.M. (prevailing Eastern Time), on September 21, 2009.

vii.    If you are both the registered holder and the Beneficial Holder of any Second Lien Notes and you wish to vote such Second Lien Notes, you may return either a Beneficial Ballot or a Master Ballot to the Balloting Agent before the Balloting Deadline.

3.    **Pursuant to the Disclosure Statement Orders, all original Beneficial Ballots received from Beneficial Holders must be kept by you until at least one year after the Balloting Deadline (or such other date as is set by subsequent Bankruptcy Court order). You may be ordered to produce the original Beneficial Ballots to the Debtors or the Bankruptcy Court.**

4.    If a Master Ballot is actually received after the Balloting Deadline it will not be counted. The method of delivery of a Master Ballot to the Balloting Agent is at the election and risk of each entity. Instead of effecting delivery by mail, it is recommended, though not required, that you use an overnight or personal delivery service. In all cases, sufficient time should be allowed to assure timely delivery.

5.    **Master Ballots should only be sent to the Balloting Agent.** They should not be sent to the Debtors, the Creditors' Committee any other agent, or the Debtors' or Creditors' Committee's financial or legal advisors.

6.      The Master Ballot is *not* a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Competing Plans. Beneficial Holders should not surrender their Second Lien Notes at this time. The Balloting Agent will not accept delivery of any Second Lien Notes transmitted with a Master Ballot.

7.      If multiple Master Ballots, Beneficial Ballots or any other ballots are received from or on behalf of the same creditor with respect to the same claims prior to the Balloting Deadline, the latest dated Master Ballot, Beneficial Ballot or any other ballot timely received will supersede and revoke any earlier received Master Ballot, Beneficial Ballot or any other ballot.

8.      No Master Ballot, Beneficial Ballot or any other ballot shall constitute or be deemed to be a proof of claim or an assertion or admission of a claim.

9.      The following rules shall apply to Master Ballots: (i) Votes cast by Beneficial Holders through a Voting Nominee will be applied against the positions held by such entities in the securities as of the Voting Record Date, as evidenced by the record and depository listings; (ii) Votes submitted by a Voting Nominee, whether pursuant to a Master Ballot or prevalidated Ballots, will not be counted in excess of the Record Amount of such securities held by such Voting Nominee; (iii) to the extent that conflicting votes or "overvotes" are submitted by a Voting Nominee, whether pursuant to a Master Ballot or prevalidated Ballots, the Balloting Agent will attempt to reconcile discrepancies with the Voting Nominees; (iv) to the extent that overvotes on a Master Ballot or prevalidated Ballots are not reconcilable prior to the preparation of the vote certification, the Balloting Agent will apply the votes to accept and to reject the Competing Plan in the same proportion as the votes to accept and reject the Plan submitted on the Master Ballot or prevalidated Ballots that contained the overvote, but only to the extent of the Voting Nominee's position in the security; and (v) for purposes of tabulating votes, each Voting Nominee or Beneficial Holder will be deemed to have voted the principal amount relating to such security, although the Balloting Agent may be asked to adjust such principal amount to reflect the claim amount, including prepetition interest.

10.     A creditor must vote all of its claims within a particular Plan class either to accept or reject each respective Competing Plan and may not split its vote. Accordingly, a Master Ballot, Beneficial Ballot or any other ballot on behalf of a creditor's claims within the same Competing Plan class purporting to partially reject and partially accept such Competing Plan will be deemed an acceptance of such Competing Plan.

11.     Unless otherwise directed by the Bankruptcy Court, delivery of a defective or irregular Master Ballot will not be deemed to have been made until such defect or irregularity has been cured or waived by the Debtors. Any waiver by the Debtors of defects or irregularities in any Ballot will be detailed in the Voting Report filed with the Bankruptcy Court by the Balloting Agent. Neither the Debtors, nor any other person or entity, will be under any duty to provide notification of defects or irregularities with respect to delivered Master Ballots other than as provided in the Voting Report, nor will any of them incur any liability for failure to provide such notification.

12.     If you believe you have received the wrong Beneficial Ballot(s) or Master Ballot, please contact the Balloting Agent immediately.

13.     We will, upon request, reimburse you for reasonable customary mailing and handling expenses incurred by you in forwarding the Beneficial Ballots and other enclosed materials to the Beneficial Holders for whom you are the Voting Nominee. No fees or commissions or other remuneration will be payable to any broker, dealer or other person for soliciting Beneficial Ballots with respect to the Plan.

PLEASE DELIVER YOUR MASTER BALLOT PROMPTLY.

**NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL RENDER YOU OR ANY OTHER PERSON THE AGENT OF THE DEBTORS OR THE BALLOTING AGENT, OR AUTHORIZE YOU OR ANY OTHER PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE COMPETING PLANS, EXCEPT FOR THE STATEMENTS CONTAINED IN THE ENCLOSED DOCUMENTS.**

**IF YOU HAVE ANY QUESTIONS REGARDING THIS MASTER BALLOT OR THE VOTING**

PROCEDURES OR IF YOU NEED ADDITIONAL COPIES OF THE MASTER BALLOT, BENEFICIAL BALLOTS, COMPETING DISCLOSURE STATEMENTS, OR OTHER RELATED MATERIALS, PLEASE CALL THE DEBTORS' BALLOTING AGENT, OMNI MANAGEMENT GROUP, LLC, ATTN: BRIAN OSBOURNE, TELEPHONE (818) 906-8300