With respect to all Beneficial Holder Ballots returned to you, please properly complete the Master Ballot as follows:

> Provide appropriate information for each of the items on the Master Ballot. Please note that Items, 2, 3, 4 and 5 request information for each individual Beneficial Holder for whom you hold general beneficial holder claims in your name. To identify such Beneficial Holders, please use the customer name and/or account number assigned by you to each such Beneficial Holder.

> If additional space is required to respond to any item on the Master Ballot, please use additional sheets of paper clearly marked to indicate the applicable item of the Master Ballot to which you are responding.

> Sign and Date your Master Ballot.

> If you are completing the Master Ballot on behalf of an entity, indicate your relationship with such entity and the capacity in which you are signing.

> Provide your name and other requested information.

> Deliver the Master Ballot to the Balloting Agent so as to be actually received before the Balloting Deadline of 4:00 P.M. (prevailing Eastern Time), on September 21, 2009.

> If you are both the registered holder and the Beneficial Holder of any Subordinated Notes and you wish to vote such Subordinated Notes, you may return either a Beneficial Ballot or a Master Ballot to the Balloting Agent before the Balloting Deadline.

**Pursuant to the Disclosure Statement Orders, all original Beneficial Ballots received from Beneficial Holders must be kept by you until at least one year after the Balloting Deadline (or such other date as is set by subsequent Bankruptcy Court order). You may be ordered to produce the original Beneficial Ballots to the Debtors or the Bankruptcy Court.**

If a Master Ballot is actually received after the Balloting Deadline it will not be counted. The method of delivery of a Master Ballot to the Balloting Agent is at the election and risk of each entity. Instead of effecting delivery by mail, it is recommended, though not required, that you use an overnight or personal delivery service. In all cases, sufficient time should be allowed to assure timely delivery.

**Master Ballots should only be sent to the Balloting Agent.** They should not be sent to the Debtors, the Creditors' Committee any other agent, or the Debtors' or Creditors' Committee's financial or legal advisors.

The Master Ballot is *not* a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Committee's Plan. Beneficial Holders should not surrender their Subordinated Notes at this time. The Balloting Agent will not accept delivery of any Subordinated Notes transmitted with a Master Ballot.

If multiple Master Ballots, Beneficial Ballots or any other ballots are received from or on behalf of the same creditor with respect to the same claims prior to the Balloting Deadline, the latest dated Master Ballot, Beneficial Ballot or any other ballot timely received will supersede and revoke any earlier received Master Ballot, Beneficial Ballot or any other ballot.

No Master Ballot, Beneficial Ballot or any other ballot shall constitute or be deemed to be a proof of claim or an assertion or admission of a claim.

The following rules shall apply to Master Ballots: (i) Votes cast by Beneficial Holders through a Voting Nominee will be applied against the positions held by such entities in the securities as of the Voting Record Date, as evidenced by the record and depository listings; (ii) Votes submitted by a Voting Nominee, whether pursuant to a Master Ballot or prevalidated Ballots, will not be counted in excess of the Record Amount of such securities held by such Voting Nominee; (iii) to the extent that conflicting votes or "overvotes" are submitted by a Voting Nominee, whether pursuant to a Master Ballot or prevalidated Ballots, the Balloting Agent will attempt to reconcile discrepancies with the Voting Nominees; (iv) to the extent that overvotes on a Master Ballot or prevalidated Ballots are not reconcilable prior to the preparation of the vote certification, the Balloting Agent will apply the votes to accept and to reject the Committee's Plan in the same proportion as the votes to accept and reject the Plan submitted on the Master Ballot or prevalidated Ballots that contained the overvote, but only to the extent of the Voting Nominee's position in the security; and (v) for purposes of tabulating votes, each Voting Nominee or Beneficial Holder will be deemed to have voted the principal amount relating to such security, although the Balloting Agent may be asked to adjust such principal amount to reflect the claim amount, including prepetition interest.

A creditor must vote all of its claims within a particular Plan class either to accept or reject the Committee's Plan and may not split its vote. Accordingly, a Master Ballot, Beneficial Ballot or any other ballot on behalf of a creditor's claims within the same class purporting to partially reject and partially accept the Committee's Plan will be deemed an acceptance of the Committee's Plan.

Unless otherwise directed by the Bankruptcy Court, delivery of a defective or irregular Master Ballot will not be deemed to have been made until such defect or irregularity has been cured or waived by the Debtors. Any waiver by the Debtors of defects or irregularities in any Ballot will be detailed in the Voting Report filed with the Bankruptcy Court by the Balloting Agent. Neither the Debtors, nor any other person or entity, will be under any duty to provide notification of defects or irregularities with respect to delivered Master Ballots other than as provided in the Voting Report, nor will any of them incur any liability for failure to provide such notification.

If you believe you have received the wrong Beneficial Ballot(s) or Master Ballot, please contact the Balloting Agent immediately.

We will, upon request, reimburse you for reasonable customary mailing and handling expenses incurred by you in forwarding the Beneficial Ballots and other enclosed materials to the Beneficial Holders for whom you are the Voting Nominee. No fees or commissions or other remuneration will be payable to any broker, dealer or other person for soliciting Beneficial Ballots with respect to the Plan.

PLEASE DELIVER YOUR MASTER BALLOT PROMPTLY.

NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL RENDER YOU OR ANY OTHER PERSON THE AGENT OF THE DEBTORS OR THE BALLOTING AGENT, OR AUTHORIZE YOU OR ANY OTHER PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE COMMITTEE'S PLAN, EXCEPT FOR THE STATEMENTS CONTAINED IN THE ENCLOSED DOCUMENTS.

IF YOU HAVE ANY QUESTIONS REGARDING THIS MASTER BALLOT OR THE VOTING PROCEDURES OR IF YOU NEED ADDITIONAL COPIES OF THE MASTER BALLOT, BENEFICIAL BALLOTS, COMMITTEE'S DISCLOSURE STATEMENT, COMMITTEE'S PLAN OR OTHER RELATED MATERIALS, PLEASE CALL THE DEBTORS' BALLOTING AGENT, OMNI MANAGEMENT GROUP, LLC, ATTN: BRIAN OSBOURNE, TELEPHONE (818) 906-8300

# BALLOT CLASS 6 GENERAL BENEFICIAL HOLDERS

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MAGNACHIP SEMICONDUCTOR FINANCE | ) Case No. 09-12008 (PJW) |
| COMPANY, et al.,[1] | ) |
| Debtors. | ) |
| | ) |
| | ) |

## GENERAL BENEFICIAL HOLDER BALLOT FOR CLASS 6(A) CLAIMS TO ACCEPT OR REJECT *CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL.*

The above-captioned debtors and debtors in possession, (collectively, the "Debtors"), have filed the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan"), and the Official Committee of Unsecured Creditors (the "Creditors' Committee") has filed the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization Proposed By the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement") and the *Joint Chapter 11 Plan of Reorganization Proposed By the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Plan"). The Committee's Disclosure Statement and Committee's Plan are included with this beneficial ballot ("Beneficial Ballot"). On July 31, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order pursuant to section 1125 of the Bankruptcy Code approving the Debtors' Disclosure Statement (the "Debtors' Disclosure Statement Order"). On August 28, 2009, the Bankruptcy Court entered an order pursuant to section 1125 of the Bankruptcy Code approving the Committee's Disclosure Statement (the "Committee's Disclosure Statement Order").

Class 6(A) is comprised of the holders of approximately $250 million in aggregate principal amount of subordinated notes pursuant to that certain Indenture dated as of December 23, 2004, providing for the issuance of *8% Senior Subordinated Notes due 2014,* by and among Luxco and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

Finco, as issuers; the Subordinated Note Trustee; and the Subordinated Note Guarantors (together, the "Subordinated Notes"). If you are, as of, 2009, a beneficial holder of Subordinated Notes, whether held directly or through a broker, bank, dealer or other agent or nominee (each a "Voting Nominee"), please use this Beneficial Ballot to cast your vote to accept or reject the Committee's Plan. The Committee's Disclosure Statement provides information to assist you in deciding how to vote on the Committee's Plan. The Bankruptcy Court's approval of the Committee's Disclosure Statement does not indicate approval of the Committee's Plan. If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300 (the "Balloting Agent").

**Under the Debtors' Plan, holders of claims in Class 6(A) are not entitled to receive or retain any property on account of such claims and interests in the Debtors and, therefore (i) are deemed to have rejected the Debtors' Plan and (ii) are not entitled to vote on the Debtors' Plan. As such, holders of claims in Class 6(A) are not receiving a ballot with respect to the Debtors' Plan.**

The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on such Competing Plan. Even if all classes do not accept a Competing Plan, the Bankruptcy Court may confirm such Competing Plan if the treatment afforded the class or classes rejecting such Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms either of the Competing Plans, it will be binding on you.**

**You should review the Committee's Disclosure Statement and the Committee's Plan before you vote. You may wish to seek legal advice concerning the Committee's Plan and the classification and treatment of your claim or claims under the Committee's Plan. If you hold claims in more than one class or in multiple accounts, you will receive a ballot for each class or account in which you are entitled to vote.**

**BALLOTING DEADLINE: 4:00 P.M. (PREVAILING EASTERN TIME) ON SEPTEMBER 21, 2009.**

Upon completion, this Beneficial Ballot should be returned, as indicated to you by your Voting Nominee either to your Voting Nominee or to the Debtors' Balloting Agent, **MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;**. If you are directed to return the Beneficial Ballot to your Voting Nominee, your Voting Nominee will transmit your vote to the Balloting Agent on a master ballot (a "Master Ballot"). If your Beneficial Ballot or the Master Ballot cast on your behalf by your Voting Nominee is not received by the Balloting Agent on or before the Balloting Deadline and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Committee's Plan.

**Ballots will not be accepted by facsimile transmission. If the Committee's Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

This Beneficial Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan.

## HOW TO VOTE

1.  COMPLETE STEP 1 (UNLESS YOUR BENEFICIAL BALLOT HAS BEEN PRE-VALIDATED BY YOUR VOTING NOMINEE).

2.  COMPLETE STEP 2.

3.  COMPLETE STEP 3.

4.  COMPLETE STEP 4 IF YOU HAVE VOTED TO ACCEPT THE COMMITTEE'S PLAN.

5.  COMPLETE STEP 5, IF APPLICABLE.

6.  REVIEW THE CERTIFICATIONS CONTAINED IN STEP 6.

7.  SIGN AND DATE THE BENEFICIAL BALLOT. (UNLESS YOUR BENEFICIAL BALLOT HAS ALREADY BEEN SIGNED OR PREVALIDATED BY YOUR VOTING NOMINEE).

8.  RETURN THE BENEFICIAL BALLOT IN THE PRE-ADDRESSED POSTAGE-PAID ENVELOPE SO THAT IT IS RECEIVED BEFORE THE BALLOTING DEADLINE. IF YOU ARE DIRECTED TO RETURN YOUR BENEFICIAL BALLOT TO YOUR VOTING NOMINEE, PLEASE ENSURE THAT YOUR VOTING NOMINEE RECEIVES IT WITH SUFFICIENT TIME TO TRANSMIT YOUR VOTE ON A MASTER BALLOT TO THE BALLOTING AGENT BY THE BALLOTING DEADLINE.

9.  YOU MUST VOTE THE FULL AMOUNT OF ALL YOUR SUBORDINATED NOTES, AS WELL AS OTHER CLASS 6(A) CLAIMS, EITHER TO ACCEPT OR TO REJECT THE COMMITTEE'S PLAN AND MAY NOT SPLIT YOUR VOTE.

**Step 1.** **Amount of Subordinated Notes Voted.** The undersigned certifies that as of July 29 2009, the undersigned held Subordinated Notes in the following principal amount (insert amount in the box below):

$$\boxed{\$\rule{3cm}{0.4pt}}$$

**Step 2.** **Vote.** Holders of Claims in Class 6 will not receive any recovery under the Debtors' Plan, and therefore are deemed to reject the Debtors' Plan. Your vote will not be counted with respect to the Committee's Plan if you do not check a box for the Committee's Plan. If you check both boxes for the Committee's Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted. The holder of the Subordinated Notes identified in Step 1 votes as follows:

### Committee's Plan

☐ **ACCEPT the Plan**

☐ **REJECT the Plan**

**Step 3.** **Releases (Do not complete if you rejected the Plan).** Pursuant to the Committee's Plan, if you return a Ballot and vote to ACCEPT the Committee's Plan, but do not elect to opt out of the release provision contained in Article X.E of the Committee's Plan, you are automatically deemed to have accepted the release provision contained in Article X.E of the Committee's Plan. However, if you vote to accept the Committee's Plan, you may check the box below to opt out of the release provision contained in Article X.E of the Committee's Plan.

☐ **Undersigned ELECTS TO OPT OUT of Plan Release**

**Step 4.** **U.S. Citizen.** The holder of the Subordinated Notes identified in Step 1 must check the box below to indicate whether he/she/it is a citizen of the United States of America as defined in section 40 102(15) of title 49 of the United States Code, in accordance with applicable precedent of the U.S. Department of Transportation.

☐ Yes, I am a U.S. Citizen.       OR       ☐ No, I am not a U.S. Citizen.

The term "Citizen of the United States," as defined in section 40102 of title 49 of the United States Code, means "(A) an individual who is a citizen of the United States; (B) a partnership each of whose partners is an individual who is a citizen of the United States; or (C) a corporation or association organized under the laws of the United States or a State, the District of Columbia, or a territory or possession of the United States, of which the president and at least two-thirds of the board of directors and other managing officers are citizens of the United States, and in which at least 75 percent of the voting interest is owned or controlled by persons that are citizens of the United States." In addition, the U.S. Department of Transportation has interpreted subsection (B) to permit any entity other than an individual to be a partner so long as the entity is a citizen of the United States.

Step 5.        By returning this Beneficial Ballot, the holder of the Subordinated Notes identified in Step 1 certifies that (a) this Beneficial Ballot is the only ballot submitted for Class 6 Notes owned by such holder, except for any other Subordinated Notes identified in the following table, and (b) all ballots for any other Subordinated Notes submitted by the holder indicate the same vote to accept or reject the Committee's Plan that the holder has indicated in Step 2 of this Beneficial Ballot (please use additional sheets of paper if necessary):

### ONLY COMPLETE THIS TABLE IF YOU HAVE VOTED <u>OTHER</u> CLASS 6(A) BALLOTS

| Account Number | Name or Registered Holder or Nominee | CUSIP Number of other Class 6(A) Notes Voted | Principal Amount of other Class 6(A) Notes Claims |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

Step 6.        **Certification**. By returning this Beneficial Ballot, the holder of the Subordinated Notes identified in Step 1 certifies that (a) it has full power and authority to vote to accept or reject the Committee's Plan with respect to the Subordinated Notes listed in Step 1, (b) it was the holder of the Subordinated Notes described in Step 1 as of July 29, 2009, (c) all ballots to vote Claims against the Debtors placed in Class 6(A) submitted by the holder indicate the same vote to accept or reject the Committee's Plan that the holder has indicated on this Beneficial Ballot, (d) it has received a copy of the Committee's Disclosure Statement (including the exhibits thereto) and understands that the solicitation of votes for the Committee's Plan is subject to all the terms and conditions set forth in the Committee's Disclosure Statement and the Committee's Plan, and (e) under penalty of perjury, its election in Step 4 is truthful and correct.

YOUR RECEIPT OF THIS BENEFICIAL BALLOT DOES NOT SIGNIFY THAT YOUR CLAIM HAS BEEN OR WILL BE ALLOWED.

Name of Creditor (Print or Type): _____

Social Security or Federal Tax ID No.: _____

Signature: _____

Print Name: _____

Title (If Appropriate): _____

Street Address: _____

City, Street, Zip Code: _____

Telephone Number: _____

Date Completed: _____

5

This Beneficial Ballot shall not constitute or be deemed a proof of claim, an assertion of a claim, or the allowance of a claim.

UPON COMPLETION, THIS BENEFICIAL BALLOT SHOULD BE RETURNED, AS INDICATED TO BY YOUR VOTING NOMINEE, EITHER TO YOUR VOTING NOMINEE OR TO THE DEBTORS' BALLOTING AGENT, MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436. IF YOU ARE DIRECTED TO RETURN THE BENEFICIAL BALLOT TO YOUR VOTING NOMINEE, YOUR VOTING NOMINEE WILL TRANSMIT YOUR VOTE TO THE BALLOTING AGENT ON A MASTER BALLOT. IF YOUR BENEFICIAL BALLOT OR THE MASTER BALLOT CAST ON YOUR BEHALF BY YOUR VOTING NOMINEE IS NOT RECEIVED BY THE BALLOTING AGENT ON OR BEFORE THE BALLOTING DEADLINE AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN.

IF YOUR BALLOT IS DAMAGED, IF YOU NEED ADDITIONAL BALLOTS, OR IF YOU HAVE ANY QUESTIONS ABOUT VOTING PROCEDURES, YOU SHOULD CONTACT OMNI MANAGEMENT GROUP, LLC, ATTN: BRIAN OSBOURNE, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436, TELEPHONE (818) 906-8300.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGNACHIP SEMICONDUCTOR FINANCE | ) | Case No. 09-12008 (PJW) |
| COMPANY, et al.,[2] | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

## GENERAL BENEFICIAL HOLDER BALLOT FOR CLASS 6(B) CLAIMS TO ACCEPT OR REJECT *CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL.*

The above-captioned debtors and debtors in possession, (collectively, the "Debtors"), have filed the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan"), and the Official Committee of Unsecured Creditors (the "Creditors' Committee") has filed the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization Proposed By the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement") and the *Joint Chapter 11 Plan of Reorganization Proposed By the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Plan"). The Committee's Disclosure Statement and Committee's Plan are included with this beneficial ballot ("Beneficial Ballot"). On July 31, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order pursuant to section 1125 of the Bankruptcy Code approving the Debtors' Disclosure Statement (the "Debtors' Disclosure Statement Order"). On August 28, 2009, the Bankruptcy Court entered an order pursuant to section 1125 of the Bankruptcy Code approving the Committee's Disclosure Statement (the "Committee's Disclosure Statement Order").

Class 6(B) is comprised of the holders of approximately $250 million in aggregate principal amount of subordinated notes pursuant to that certain Indenture dated as of December 23, 2004, providing for the issuance of *8% Senior Subordinated Notes due 2014*, by and among Luxco and

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

Finco, as issuers; the Subordinated Note Trustee; and the Subordinated Note Guarantors (together, the "Subordinated Notes"). If you are, as of, 2009, a beneficial holder of Subordinated Notes, whether held directly or through a broker, bank, dealer or other agent or nominee (each a "Voting Nominee"), please use this Beneficial Ballot to cast your vote to accept or reject the Committee's Plan. The Committee's Disclosure Statement provides information to assist you in deciding how to vote on the Committee's Plan. The Bankruptcy Court's approval of the Committee's Disclosure Statement does not indicate approval of the Committee's Plan. If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300 (the "Balloting Agent").

**Under the Debtors' Plan, holders of claims in Class 6(B) are not entitled to receive or retain any property on account of such claims and interests in the Debtors and, therefore (i) are deemed to have rejected the Debtors' Plan and (ii) are not entitled to vote on the Debtors' Plan. As such, holders of claims in Class 6(B) are not receiving a ballot with respect to the Debtors' Plan.**

The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on such Competing Plan. Even if all classes do not accept a Competing Plan, the Bankruptcy Court may confirm such Competing Plan if the treatment afforded the class or classes rejecting such Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms either of the Competing Plans, it will be binding on you.**

**You should review the Committee's Disclosure Statement and the Committee's Plan before you vote. You may wish to seek legal advice concerning the Committee's Plan and the classification and treatment of your claim or claims under the Committee's Plan. If you hold claims in more than one class or in multiple accounts, you will receive a ballot for each class or account in which you are entitled to vote.**

**BALLOTING DEADLINE: 4:00 P.M. (PREVAILING EASTERN TIME) ON SEPTEMBER 21, 2009.**

Upon completion, this Beneficial Ballot should be returned, as indicated to you by your Voting Nominee either to your Voting Nominee or to the Debtors' Balloting Agent, **MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;**. If you are directed to return the Beneficial Ballot to your Voting Nominee, your Voting Nominee will transmit your vote to the Balloting Agent on a master ballot (a "Master Ballot"). If your Beneficial Ballot or the Master Ballot cast on your behalf by your Voting Nominee is not received by the Balloting Agent on or before the Balloting Deadline and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Committee's Plan.

**Ballots will not be accepted by facsimile transmission. If the Committee's Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

This Beneficial Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan.

## HOW TO VOTE

10. COMPLETE STEP 1 (UNLESS YOUR BENEFICIAL BALLOT HAS BEEN PRE-VALIDATED BY YOUR VOTING NOMINEE).

11. COMPLETE STEP 2.

12. COMPLETE STEP 3.

13. COMPLETE STEP 4 IF YOU HAVE VOTED TO ACCEPT THE COMMITTEE'S PLAN.

14. COMPLETE STEP 5, IF APPLICABLE.

15. REVIEW THE CERTIFICATIONS CONTAINED IN STEP 6.

16. SIGN AND DATE THE BENEFICIAL BALLOT. (UNLESS YOUR BENEFICIAL BALLOT HAS ALREADY BEEN SIGNED OR PREVALIDATED BY YOUR VOTING NOMINEE).

17. RETURN THE BENEFICIAL BALLOT IN THE PRE-ADDRESSED POSTAGE-PAID ENVELOPE SO THAT IT IS RECEIVED BEFORE THE BALLOTING DEADLINE. IF YOU ARE DIRECTED TO RETURN YOUR BENEFICIAL BALLOT TO YOUR VOTING NOMINEE, PLEASE ENSURE THAT YOUR VOTING NOMINEE RECEIVES IT WITH SUFFICIENT TIME TO TRANSMIT YOUR VOTE ON A MASTER BALLOT TO THE BALLOTING AGENT BY THE BALLOTING DEADLINE.

18. YOU MUST VOTE THE FULL AMOUNT OF ALL YOUR SUBORDINATED NOTES, AS WELL AS OTHER CLASS 6(B) CLAIMS, EITHER TO ACCEPT OR TO REJECT THE COMMITTEE'S PLAN AND MAY NOT SPLIT YOUR VOTE.

**Step 1.** **Amount of Subordinated Notes Voted.** The undersigned certifies that as of July 29 2009, the undersigned held Subordinated Notes in the following principal amount (insert amount in the box below):

$$\boxed{\$\underline{\hspace{2cm}}}$$

**Step 2.** **Vote.** Holders of Claims in Class 6 will not receive any recovery under the Debtors' Plan, and therefore are deemed to reject the Debtors' Plan. Your vote will not be counted with respect to the Committee's Plan if you do not check a box for the Committee's Plan. If you check both boxes for the Committee's Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted. The holder of the Subordinated Notes identified in Step 1 votes as follows:

## Committee's Plan

☐ **ACCEPT the Plan**

☐ **REJECT the Plan**

**Step 3.** **Releases (Do not complete if you rejected the Plan).** Pursuant to the Committee's Plan, if you return a Ballot and vote to ACCEPT the Committee's Plan, but do not elect to opt out of the release provision contained in Article X.E of the Committee's Plan, you are automatically deemed to have accepted the release provision contained in Article X.E of the Committee's Plan. However, if you vote to accept the Committee's Plan, you may check the box below to opt out of the release provision contained in Article X.E of the Committee's Plan.

☐ **Undersigned ELECTS TO OPT OUT of Plan Release**

**Step 4.** **U.S. Citizen.** The holder of the Subordinated Notes identified in Step 1 must check the box below to indicate whether he/she/it is a citizen of the United States of America as defined in section 40 102(15) of title 49 of the United States Code, in accordance with applicable precedent of the U.S. Department of Transportation.

☐ Yes, I am a U.S. Citizen.          OR          ☐ No, I am not a U.S. Citizen.

The term "Citizen of the United States," as defined in section 40102 of title 49 of the United States Code, means "(A) an individual who is a citizen of the United States; (B) a partnership each of whose partners is an individual who is a citizen of the United States; or (C) a corporation or association organized under the laws of the United States or a State, the District of Columbia, or a territory or possession of the United States, of which the president and at least two-thirds of the board of directors and other managing officers are citizens of the United States, and in which at least 75 percent of the voting interest is owned or controlled by persons that are citizens of the United States." In addition, the U.S. Department of Transportation has interpreted subsection (B) to permit any entity other than an individual to be a partner so long as the entity is a citizen of the United States.

Step 5.        By returning this Beneficial Ballot, the holder of the Subordinated Notes identified in Step 1 certifies that (a) this Beneficial Ballot is the only ballot submitted for Class 6 Notes owned by such holder, except for any other Subordinated Notes identified in the following table, and (b) all ballots for any other Subordinated Notes submitted by the holder indicate the same vote to accept or reject the Committee's Plan that the holder has indicated in Step 2 of this Beneficial Ballot (please use additional sheets of paper if necessary):

### ONLY COMPLETE THIS TABLE IF YOU HAVE VOTED <u>OTHER</u> CLASS 6(B) BALLOTS

| Account Number | Name or Registered Holder or Nominee | CUSIP Number of other Class 6(B) Notes Voted | Principal Amount of other Class 6(B) Notes Claims |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

Step 6.        **Certification.** By returning this Beneficial Ballot, the holder of the Subordinated Notes identified in Step 1 certifies that (a) it has full power and authority to vote to accept or reject the Committee's Plan with respect to the Subordinated Notes listed in Step 1, (b) it was the holder of the Subordinated Notes described in Step 1 as of July 29, 2009, (c) all ballots to vote Claims against the Debtors placed in Class 6(B) submitted by the holder indicate the same vote to accept or reject the Committee's Plan that the holder has indicated on this Beneficial Ballot, (d) it has received a copy of the Committee's Disclosure Statement (including the exhibits thereto) and understands that the solicitation of votes for the Committee's Plan is subject to all the terms and conditions set forth in the Committee's Disclosure Statement and the Committee's Plan, and (e) under penalty of perjury, its election in Step 4 is truthful and correct.

YOUR RECEIPT OF THIS BENEFICIAL BALLOT DOES NOT SIGNIFY THAT YOUR CLAIM HAS BEEN OR WILL BE ALLOWED.

Name of Creditor (Print or Type): _____

Social Security or Federal Tax ID No.: _____

Signature: _____

Print Name: _____

Title (If Appropriate): _____

Street Address: _____

City, Street, Zip Code: _____

Telephone Number: _____

Date Completed: _____

This Beneficial Ballot shall not constitute or be deemed a proof of claim, an assertion of a claim, or the allowance of a claim.

UPON COMPLETION, THIS BENEFICIAL BALLOT SHOULD BE RETURNED, AS INDICATED TO BY YOUR VOTING NOMINEE, EITHER TO YOUR VOTING NOMINEE OR TO THE DEBTORS' BALLOTING AGENT, MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436. IF YOU ARE DIRECTED TO RETURN THE BENEFICIAL BALLOT TO YOUR VOTING NOMINEE, YOUR VOTING NOMINEE WILL TRANSMIT YOUR VOTE TO THE BALLOTING AGENT ON A MASTER BALLOT. IF YOUR BENEFICIAL BALLOT OR THE MASTER BALLOT CAST ON YOUR BEHALF BY YOUR VOTING NOMINEE IS NOT RECEIVED BY THE BALLOTING AGENT ON OR BEFORE THE BALLOTING DEADLINE AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN.

IF YOUR BALLOT IS DAMAGED, IF YOU NEED ADDITIONAL BALLOTS, OR IF YOU HAVE ANY QUESTIONS ABOUT VOTING PROCEDURES, YOU SHOULD CONTACT OMNI MANAGEMENT GROUP, LLC, ATTN: BRIAN OSBOURNE, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436, TELEPHONE (818) 906-8300.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MAGNACHIP SEMICONDUCTOR FINANCE | ) Case No. 09-12008 (PJW) |
| COMPANY, et al.,[3] | ) |
| Debtors. | ) |
| | ) |

## GENERAL BENEFICIAL HOLDER BALLOT FOR CLASS 6(C) CLAIMS TO ACCEPT OR REJECT *CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL.*

The above-captioned debtors and debtors in possession, (collectively, the "Debtors"), have filed the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan"), and the Official Committee of Unsecured Creditors (the "Creditors' Committee") has filed the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization Proposed By the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement") and the *Joint Chapter 11 Plan of Reorganization Proposed By the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Plan"). The Committee's Disclosure Statement and Committee's Plan are included with this beneficial ballot ("Beneficial Ballot"). On July 31, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order pursuant to section 1125 of the Bankruptcy Code approving the Debtors' Disclosure Statement (the "Debtors' Disclosure Statement Order"). On August 28, 2009, the Bankruptcy Court entered an order pursuant to section 1125 of the Bankruptcy Code approving the Committee's Disclosure Statement (the "Committee's Disclosure Statement Order").

Class 6(C) is comprised of the holders of approximately $250 million in aggregate principal amount of subordinated notes pursuant to that certain Indenture dated as of December 23, 2004, providing for the issuance of *8% Senior Subordinated Notes due 2014*, by and among Luxco and

---

[3] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

Finco, as issuers; the Subordinated Note Trustee; and the Subordinated Note Guarantors (together, the "Subordinated Notes"). If you are, as of, 2009, a beneficial holder of Subordinated Notes, whether held directly or through a broker, bank, dealer or other agent or nominee (each a "Voting Nominee"), please use this Beneficial Ballot to cast your vote to accept or reject the Committee's Plan. The Committee's Disclosure Statement provides information to assist you in deciding how to vote on the Committee's Plan. The Bankruptcy Court's approval of the Committee's Disclosure Statement does not indicate approval of the Committee's Plan. If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300 (the "Balloting Agent").

**Under the Debtors' Plan, holders of claims in Class 6(C) are not entitled to receive or retain any property on account of such claims and interests in the Debtors and, therefore (i) are deemed to have rejected the Debtors' Plan and (ii) are not entitled to vote on the Debtors' Plan. As such, holders of claims in Class 6(C) are not receiving a ballot with respect to the Debtors' Plan.**

The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on such Competing Plan. Even if all classes do not accept a Competing Plan, the Bankruptcy Court may confirm such Competing Plan if the treatment afforded the class or classes rejecting such Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms either of the Competing Plans, it will be binding on you.**

**You should review the Committee's Disclosure Statement and the Committee's Plan before you vote. You may wish to seek legal advice concerning the Committee's Plan and the classification and treatment of your claim or claims under the Committee's Plan. If you hold claims in more than one class or in multiple accounts, you will receive a ballot for each class or account in which you are entitled to vote.**

**BALLOTING DEADLINE: 4:00 P.M. (PREVAILING EASTERN TIME) ON SEPTEMBER 21, 2009.**

Upon completion, this Beneficial Ballot should be returned, as indicated to you by your Voting Nominee either to your Voting Nominee or to the Debtors' Balloting Agent, **MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;**. If you are directed to return the Beneficial Ballot to your Voting Nominee, your Voting Nominee will transmit your vote to the Balloting Agent on a master ballot (a "Master Ballot"). If your Beneficial Ballot or the Master Ballot cast on your behalf by your Voting Nominee is not received by the Balloting Agent on or before the Balloting Deadline and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Committee's Plan.

**Ballots will not be accepted by facsimile transmission. If the Committee's Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

This Beneficial Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan.

## HOW TO VOTE

19. COMPLETE STEP 1 (UNLESS YOUR BENEFICIAL BALLOT HAS BEEN PRE-VALIDATED BY YOUR VOTING NOMINEE).

20. COMPLETE STEP 2.

21. COMPLETE STEP 3.

22. COMPLETE STEP 4 IF YOU HAVE VOTED TO ACCEPT THE COMMITTEE'S PLAN.

23. COMPLETE STEP 5, IF APPLICABLE.

24. REVIEW THE CERTIFICATIONS CONTAINED IN STEP 6.

25. SIGN AND DATE THE BENEFICIAL BALLOT. (UNLESS YOUR BENEFICIAL BALLOT HAS ALREADY BEEN SIGNED OR PREVALIDATED BY YOUR VOTING NOMINEE).

26. RETURN THE BENEFICIAL BALLOT IN THE PRE-ADDRESSED POSTAGE-PAID ENVELOPE SO THAT IT IS RECEIVED BEFORE THE BALLOTING DEADLINE. IF YOU ARE DIRECTED TO RETURN YOUR BENEFICIAL BALLOT TO YOUR VOTING NOMINEE, PLEASE ENSURE THAT YOUR VOTING NOMINEE RECEIVES IT WITH SUFFICIENT TIME TO TRANSMIT YOUR VOTE ON A MASTER BALLOT TO THE BALLOTING AGENT BY THE BALLOTING DEADLINE.

27. YOU MUST VOTE THE FULL AMOUNT OF ALL YOUR SUBORDINATED NOTES, AS WELL AS OTHER CLASS 6(C) CLAIMS, EITHER TO ACCEPT OR TO REJECT THE COMMITTEE'S PLAN AND MAY NOT SPLIT YOUR VOTE.

**Step 1.**     **Amount of Subordinated Notes Voted.** The undersigned certifies that as of July 29 2009, the undersigned held Subordinated Notes in the following principal amount (insert amount in the box below):

$\boxed{\$\underline{\hspace{3cm}}}$

**Step 2.**     **Vote.** Holders of Claims in Class 6 will not receive any recovery under the Debtors' Plan, and therefore are deemed to reject the Debtors' Plan. Your vote will not be counted with respect to the Committee's Plan if you do not check a box for the Committee's Plan. If you check both boxes for the Committee's Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted. The holder of the Subordinated Notes identified in Step 1 votes as follows:

## Committee's Plan

☐ **ACCEPT the Plan**

☐ **REJECT the Plan**

**Step 3.**     **Releases (Do not complete if you rejected the Plan).** Pursuant to the Committee's Plan, if you return a Ballot and vote to ACCEPT the Committee's Plan, but do not elect to opt out of the release provision contained in Article X.E of the Committee's Plan, you are automatically deemed to have accepted the release provision contained in Article X.E of the Committee's Plan. However, if you vote to accept the Committee's Plan, you may check the box below to opt out of the release provision contained in Article X.E of the Committee's Plan.

☐     **Undersigned ELECTS TO OPT OUT of Plan Release**

**Step 4.**     **U.S. Citizen.** The holder of the Subordinated Notes identified in Step 1 must check the box below to indicate whether he/she/it is a citizen of the United States of America as defined in section 40 102(15) of title 49 of the United States Code, in accordance with applicable precedent of the U.S. Department of Transportation.

☐ Yes, I am a U.S. Citizen.         OR         ☐ No, I am not a U.S. Citizen.

The term "Citizen of the United States," as defined in section 40102 of title 49 of the United States Code, means "(A) an individual who is a citizen of the United States; (B) a partnership each of whose partners is an individual who is a citizen of the United States; or (C) a corporation or association organized under the laws of the United States or a State, the District of Columbia, or a territory or possession of the United States, of which the president and at least two-thirds of the board of directors and other managing officers are citizens of the United States, and in which at least 75 percent of the voting interest is owned or controlled by persons that are citizens of the United States." In addition, the U.S. Department of Transportation has interpreted subsection (B) to permit any entity other than an individual to be a partner so long as the entity is a citizen of the United States.

4

Step 5.        By returning this Beneficial Ballot, the holder of the Subordinated Notes identified in Step 1 certifies that (a) this Beneficial Ballot is the only ballot submitted for Class 6 Notes owned by such holder, except for any other Subordinated Notes identified in the following table, and (b) all ballots for any other Subordinated Notes submitted by the holder indicate the same vote to accept or reject the Committee's Plan that the holder has indicated in Step 2 of this Beneficial Ballot (please use additional sheets of paper if necessary):

## ONLY COMPLETE THIS TABLE IF YOU HAVE VOTED <u>OTHER</u> CLASS 6(C) BALLOTS

| Account Number | Name or Registered Holder or Nominee | CUSIP Number of other Class 6(C) Notes Voted | Principal Amount of other Class 6(C) Notes Claims |
|---|---|---|---|
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |

Step 6.        **Certification.** By returning this Beneficial Ballot, the holder of the Subordinated Notes identified in Step 1 certifies that (a) it has full power and authority to vote to accept or reject the Committee's Plan with respect to the Subordinated Notes listed in Step 1, (b) it was the holder of the Subordinated Notes described in Step 1 as of July 29, 2009, (c) all ballots to vote Claims against the Debtors placed in Class 6(C) submitted by the holder indicate the same vote to accept or reject the Committee's Plan that the holder has indicated on this Beneficial Ballot, (d) it has received a copy of the Committee's Disclosure Statement (including the exhibits thereto) and understands that the solicitation of votes for the Committee's Plan is subject to all the terms and conditions set forth in the Committee's Disclosure Statement and the Committee's Plan, and (e) under penalty of perjury, its election in Step 4 is truthful and correct.

YOUR RECEIPT OF THIS BENEFICIAL BALLOT DOES NOT SIGNIFY THAT YOUR CLAIM HAS BEEN OR WILL BE ALLOWED.

Name of Creditor (Print or Type): _____

Social Security or Federal Tax ID No.: _____

Signature: _____

Print Name: _____

Title (If Appropriate): _____

Street Address: _____

City, Street, Zip Code: _____

Telephone Number: _____

Date Completed: _____

This Beneficial Ballot shall not constitute or be deemed a proof of claim, an assertion of a claim, or the allowance of a claim.

UPON COMPLETION, THIS BENEFICIAL BALLOT SHOULD BE RETURNED, AS INDICATED TO BY YOUR VOTING NOMINEE, EITHER TO YOUR VOTING NOMINEE OR TO THE DEBTORS' BALLOTING AGENT, MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436. IF YOU ARE DIRECTED TO RETURN THE BENEFICIAL BALLOT TO YOUR VOTING NOMINEE, YOUR VOTING NOMINEE WILL TRANSMIT YOUR VOTE TO THE BALLOTING AGENT ON A MASTER BALLOT. IF YOUR BENEFICIAL BALLOT OR THE MASTER BALLOT CAST ON YOUR BEHALF BY YOUR VOTING NOMINEE IS NOT RECEIVED BY THE BALLOTING AGENT ON OR BEFORE THE BALLOTING DEADLINE AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN.

IF YOUR BALLOT IS DAMAGED, IF YOU NEED ADDITIONAL BALLOTS, OR IF YOU HAVE ANY QUESTIONS ABOUT VOTING PROCEDURES, YOU SHOULD CONTACT OMNI MANAGEMENT GROUP, LLC, ATTN: BRIAN OSBOURNE, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436, TELEPHONE (818) 906-8300.

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGNACHIP SEMICONDUCTOR FINANCE | ) | Case No. 09-12008 (PJW) |
| COMPANY, et al.,[4] | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

### GENERAL BENEFICIAL HOLDER BALLOT FOR CLASS 6(D) CLAIMS TO ACCEPT OR REJECT *CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL.*

The above-captioned debtors and debtors in possession, (collectively, the "Debtors"), have filed the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan"), and the Official Committee of Unsecured Creditors (the "Creditors' Committee") has filed the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization Proposed By the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement") and the *Joint Chapter 11 Plan of Reorganization Proposed By the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Plan"). The Committee's Disclosure Statement and Committee's Plan are included with this beneficial ballot ("Beneficial Ballot"). On July 31, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order pursuant to section 1125 of the Bankruptcy Code approving the Debtors' Disclosure Statement (the "Debtors' Disclosure Statement Order"). On August 28, 2009, the Bankruptcy Court entered an order pursuant to section 1125 of the Bankruptcy Code approving the Committee's Disclosure Statement (the "Committee's Disclosure Statement Order").

Class 6(D) is comprised of the holders of approximately $250 million in aggregate principal amount of subordinated notes pursuant to that certain Indenture dated as of December 23, 2004, providing for the issuance of *8% Senior Subordinated Notes due 2014,* by and among Luxco and

---

[4] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

Finco, as issuers; the Subordinated Note Trustee; and the Subordinated Note Guarantors (together, the "Subordinated Notes"). If you are, as of, 2009, a beneficial holder of Subordinated Notes, whether held directly or through a broker, bank, dealer or other agent or nominee (each a "Voting Nominee"), please use this Beneficial Ballot to cast your vote to accept or reject the Committee's Plan. The Committee's Disclosure Statement provides information to assist you in deciding how to vote on the Committee's Plan. The Bankruptcy Court's approval of the Committee's Disclosure Statement does not indicate approval of the Committee's Plan. If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300 (the "Balloting Agent").

**Under the Debtors' Plan, holders of claims in Class 6(D) are not entitled to receive or retain any property on account of such claims and interests in the Debtors and, therefore (i) are deemed to have rejected the Debtors' Plan and (ii) are not entitled to vote on the Debtors' Plan. As such, holders of claims in Class 6(D) are not receiving a ballot with respect to the Debtors' Plan.**

The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on such Competing Plan. Even if all classes do not accept a Competing Plan, the Bankruptcy Court may confirm such Competing Plan if the treatment afforded the class or classes rejecting such Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms either of the Competing Plans, it will be binding on you.**

**You should review the Committee's Disclosure Statement and the Committee's Plan before you vote. You may wish to seek legal advice concerning the Committee's Plan and the classification and treatment of your claim or claims under the Committee's Plan. If you hold claims in more than one class or in multiple accounts, you will receive a ballot for each class or account in which you are entitled to vote.**

**BALLOTING DEADLINE: 4:00 P.M. (PREVAILING EASTERN TIME) ON SEPTEMBER 21, 2009.**

Upon completion, this Beneficial Ballot should be returned, as indicated to you by your Voting Nominee either to your Voting Nominee or to the Debtors' Balloting Agent, **MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;.** If you are directed to return the Beneficial Ballot to your Voting Nominee, your Voting Nominee will transmit your vote to the Balloting Agent on a master ballot (a "Master Ballot"). If your Beneficial Ballot or the Master Ballot cast on your behalf by your Voting Nominee is not received by the Balloting Agent on or before the Balloting Deadline and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Committee's Plan.

**Ballots will not be accepted by facsimile transmission. If the Committee's Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

This Beneficial Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan.

## HOW TO VOTE

28. COMPLETE STEP 1 (UNLESS YOUR BENEFICIAL BALLOT HAS BEEN PRE-VALIDATED BY YOUR VOTING NOMINEE).

29. COMPLETE STEP 2.

30. COMPLETE STEP 3.

31. COMPLETE STEP 4 IF YOU HAVE VOTED TO ACCEPT THE COMMITTEE'S PLAN.

32. COMPLETE STEP 5, IF APPLICABLE.

33. REVIEW THE CERTIFICATIONS CONTAINED IN STEP 6.

34. SIGN AND DATE THE BENEFICIAL BALLOT. (UNLESS YOUR BENEFICIAL BALLOT HAS ALREADY BEEN SIGNED OR PREVALIDATED BY YOUR VOTING NOMINEE).

35. RETURN THE BENEFICIAL BALLOT IN THE PRE-ADDRESSED POSTAGE-PAID ENVELOPE SO THAT IT IS RECEIVED BEFORE THE BALLOTING DEADLINE. IF YOU ARE DIRECTED TO RETURN YOUR BENEFICIAL BALLOT TO YOUR VOTING NOMINEE, PLEASE ENSURE THAT YOUR VOTING NOMINEE RECEIVES IT WITH SUFFICIENT TIME TO TRANSMIT YOUR VOTE ON A MASTER BALLOT TO THE BALLOTING AGENT BY THE BALLOTING DEADLINE.

36. YOU MUST VOTE THE FULL AMOUNT OF ALL YOUR SUBORDINATED NOTES, AS WELL AS OTHER CLASS 6(D) CLAIMS, EITHER TO ACCEPT OR TO REJECT THE COMMITTEE'S PLAN AND MAY NOT SPLIT YOUR VOTE.

**Step 1.**  **Amount of Subordinated Notes Voted.** The undersigned certifies that as of July 29 2009, the undersigned held Subordinated Notes in the following principal amount (insert amount in the box below):

$$\boxed{\$\underline{\hspace{4cm}}}$$

**Step 2.**  **Vote.** Holders of Claims in Class 6 will not receive any recovery under the Debtors' Plan, and therefore are deemed to reject the Debtors' Plan. Your vote will not be counted with respect to the Committee's Plan if you do not check a box for the Committee's Plan. If you check both boxes for the Committee's Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted. The holder of the Subordinated Notes identified in Step 1 votes as follows:

### Committee's Plan

☐ **ACCEPT the Plan**

☐ **REJECT the Plan**

**Step 3.**  **Releases (Do not complete if you rejected the Plan).** Pursuant to the Committee's Plan, if you return a Ballot and vote to ACCEPT the Committee's Plan, but do not elect to opt out of the release provision contained in Article X.E of the Committee's Plan, you are automatically deemed to have accepted the release provision contained in Article X.E of the Committee's Plan. However, if you vote to accept the Committee's Plan, you may check the box below to opt out of the release provision contained in Article X.E of the Committee's Plan.

☐    **Undersigned ELECTS TO OPT OUT of Plan Release**

**Step 4.**  **U.S. Citizen.** The holder of the Subordinated Notes identified in Step 1 must check the box below to indicate whether he/she/it is a citizen of the United States of America as defined in section 40 102(15) of title 49 of the United States Code, in accordance with applicable precedent of the U.S. Department of Transportation.

☐ Yes, I am a U.S. Citizen.          OR          ☐ No, I am not a U.S. Citizen.

The term "Citizen of the United States," as defined in section 40102 of title 49 of the United States Code, means "(A) an individual who is a citizen of the United States; (B) a partnership each of whose partners is an individual who is a citizen of the United States; or (C) a corporation or association organized under the laws of the United States or a State, the District of Columbia, or a territory or possession of the United States, of which the president and at least two-thirds of the board of directors and other managing officers are citizens of the United States, and in which at least 75 percent of the voting interest is owned or controlled by persons that are citizens of the United States." In addition, the U.S. Department of Transportation has interpreted subsection (B) to permit any entity other than an individual to be a partner so long as the entity is a citizen of the United States.

Step 5.        By returning this Beneficial Ballot, the holder of the Subordinated Notes identified in Step 1 certifies that (a) this Beneficial Ballot is the only ballot submitted for Class 6 Notes owned by such holder, except for any other Subordinated Notes identified in the following table, and (b) all ballots for any other Subordinated Notes submitted by the holder indicate the same vote to accept or reject the Committee's Plan that the holder has indicated in Step 2 of this Beneficial Ballot (please use additional sheets of paper if necessary):

## ONLY COMPLETE THIS TABLE IF YOU HAVE VOTED <u>OTHER</u> CLASS 6(D) BALLOTS

| Account Number | Name or Registered Holder or Nominee | CUSIP Number of other Class 6(D) Notes Voted | Principal Amount of other Class 6(D) Notes Claims |
|---|---|---|---|
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |

Step 6.        **Certification.** By returning this Beneficial Ballot, the holder of the Subordinated Notes identified in Step 1 certifies that (a) it has full power and authority to vote to accept or reject the Committee's Plan with respect to the Subordinated Notes listed in Step 1, (b) it was the holder of the Subordinated Notes described in Step 1 as of July 29, 2009, (c) all ballots to vote Claims against the Debtors placed in Class 6(D) submitted by the holder indicate the same vote to accept or reject the Committee's Plan that the holder has indicated on this Beneficial Ballot, (d) it has received a copy of the Committee's Disclosure Statement (including the exhibits thereto) and understands that the solicitation of votes for the Committee's Plan is subject to all the terms and conditions set forth in the Committee's Disclosure Statement and the Committee's Plan, and (e) under penalty of perjury, its election in Step 4 is truthful and correct.

YOUR RECEIPT OF THIS BENEFICIAL BALLOT DOES NOT SIGNIFY THAT YOUR CLAIM HAS BEEN OR WILL BE ALLOWED.

Name of Creditor (Print or Type): _____

Social Security or Federal Tax ID No.: _____

Signature: _____

Print Name: _____

Title (If Appropriate): _____

Street Address: _____

City, Street, Zip Code: _____

Telephone Number: _____

Date Completed: _____

This Beneficial Ballot shall not constitute or be deemed a proof of claim, an assertion of a claim, or the allowance of a claim.

UPON COMPLETION, THIS BENEFICIAL BALLOT SHOULD BE RETURNED, AS INDICATED TO BY YOUR VOTING NOMINEE, EITHER TO YOUR VOTING NOMINEE OR TO THE DEBTORS' BALLOTING AGENT, MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436. IF YOU ARE DIRECTED TO RETURN THE BENEFICIAL BALLOT TO YOUR VOTING NOMINEE, YOUR VOTING NOMINEE WILL TRANSMIT YOUR VOTE TO THE BALLOTING AGENT ON A MASTER BALLOT. IF YOUR BENEFICIAL BALLOT OR THE MASTER BALLOT CAST ON YOUR BEHALF BY YOUR VOTING NOMINEE IS NOT RECEIVED BY THE BALLOTING AGENT ON OR BEFORE THE BALLOTING DEADLINE AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN.

IF YOUR BALLOT IS DAMAGED, IF YOU NEED ADDITIONAL BALLOTS, OR IF YOU HAVE ANY QUESTIONS ABOUT VOTING PROCEDURES, YOU SHOULD CONTACT OMNI MANAGEMENT GROUP, LLC, ATTN: BRIAN OSBOURNE, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436, TELEPHONE (818) 906-8300.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGNACHIP SEMICONDUCTOR FINANCE | ) | Case No. 09-12008 (PJW) |
| COMPANY, et al.,[5] | ) | |
| Debtors. | ) | |
| | ) | |

## GENERAL BENEFICIAL HOLDER BALLOT FOR CLASS 6(E) CLAIMS TO ACCEPT OR REJECT *CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL.*

The above-captioned debtors and debtors in possession, (collectively, the "Debtors"), have filed the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan"), and the Official Committee of Unsecured Creditors (the "Creditors' Committee") has filed the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization Proposed By the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement") and the *Joint Chapter 11 Plan of Reorganization Proposed By the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Plan"). The Committee's Disclosure Statement and Committee's Plan are included with this beneficial ballot ("Beneficial Ballot"). On July 31, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order pursuant to section 1125 of the Bankruptcy Code approving the Debtors' Disclosure Statement (the "Debtors' Disclosure Statement Order"). On August 28, 2009, the Bankruptcy Court entered an order pursuant to section 1125 of the Bankruptcy Code approving the Committee's Disclosure Statement (the "Committee's Disclosure Statement Order").

Class 6(E) is comprised of the holders of approximately $250 million in aggregate principal amount of subordinated notes pursuant to that certain Indenture dated as of December 23, 2004, providing for the issuance of *8% Senior Subordinated Notes due 2014*, by and among Luxco and

---

[5] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

Finco, as issuers; the Subordinated Note Trustee; and the Subordinated Note Guarantors (together, the "Subordinated Notes"). If you are, as of, 2009, a beneficial holder of Subordinated Notes, whether held directly or through a broker, bank, dealer or other agent or nominee (each a "Voting Nominee"), please use this Beneficial Ballot to cast your vote to accept or reject the Committee's Plan. The Committee's Disclosure Statement provides information to assist you in deciding how to vote on the Committee's Plan. The Bankruptcy Court's approval of the Committee's Disclosure Statement does not indicate approval of the Committee's Plan. If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300 (the "Balloting Agent").

**Under the Debtors' Plan, holders of claims in Class 6(E) are not entitled to receive or retain any property on account of such claims and interests in the Debtors and, therefore (i) are deemed to have rejected the Debtors' Plan and (ii) are not entitled to vote on the Debtors' Plan. As such, holders of claims in Class 6(E) are not receiving a ballot with respect to the Debtors' Plan.**

The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on such Competing Plan. Even if all classes do not accept a Competing Plan, the Bankruptcy Court may confirm such Competing Plan if the treatment afforded the class or classes rejecting such Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms either of the Competing Plans, it will be binding on you.**

**You should review the Committee's Disclosure Statement and the Committee's Plan before you vote. You may wish to seek legal advice concerning the Committee's Plan and the classification and treatment of your claim or claims under the Committee's Plan. If you hold claims in more than one class or in multiple accounts, you will receive a ballot for each class or account in which you are entitled to vote.**

**BALLOTING DEADLINE: 4:00 P.M. (PREVAILING EASTERN TIME) ON SEPTEMBER 21, 2009.**

Upon completion, this Beneficial Ballot should be returned, as indicated to you by your Voting Nominee either to your Voting Nominee or to the Debtors' Balloting Agent, **MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;**. If you are directed to return the Beneficial Ballot to your Voting Nominee, your Voting Nominee will transmit your vote to the Balloting Agent on a master ballot (a "Master Ballot"). If your Beneficial Ballot or the Master Ballot cast on your behalf by your Voting Nominee is not received by the Balloting Agent on or before the Balloting Deadline and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Committee's Plan.

**Ballots will not be accepted by facsimile transmission. If the Committee's Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

This Beneficial Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan.

### HOW TO VOTE

37.   COMPLETE STEP 1 (UNLESS YOUR BENEFICIAL BALLOT HAS BEEN PRE-VALIDATED BY YOUR VOTING NOMINEE).

38.   COMPLETE STEP 2.

39.   COMPLETE STEP 3.

40.   COMPLETE STEP 4 IF YOU HAVE VOTED TO ACCEPT THE COMMITTEE'S PLAN.

41.   COMPLETE STEP 5, IF APPLICABLE.

42.   REVIEW THE CERTIFICATIONS CONTAINED IN STEP 6.

43.   SIGN AND DATE THE BENEFICIAL BALLOT. (UNLESS YOUR BENEFICIAL BALLOT HAS ALREADY BEEN SIGNED OR PREVALIDATED BY YOUR VOTING NOMINEE).

44.   RETURN THE BENEFICIAL BALLOT IN THE PRE-ADDRESSED POSTAGE-PAID ENVELOPE SO THAT IT IS RECEIVED BEFORE THE BALLOTING DEADLINE. IF YOU ARE DIRECTED TO RETURN YOUR BENEFICIAL BALLOT TO YOUR VOTING NOMINEE, PLEASE ENSURE THAT YOUR VOTING NOMINEE RECEIVES IT WITH SUFFICIENT TIME TO TRANSMIT YOUR VOTE ON A MASTER BALLOT TO THE BALLOTING AGENT BY THE BALLOTING DEADLINE.

45.   YOU MUST VOTE THE FULL AMOUNT OF ALL YOUR SUBORDINATED NOTES, AS WELL AS OTHER CLASS 6(E) CLAIMS, EITHER TO ACCEPT OR TO REJECT THE COMMITTEE'S PLAN AND MAY NOT SPLIT YOUR VOTE.

Step 1.    **Amount of Subordinated Notes Voted**. The undersigned certifies that as of July 29 2009, the undersigned held Subordinated Notes in the following principal amount (insert amount in the box below):

$\qquad$ $ _____

Step 2.    **Vote**. Holders of Claims in Class 6 will not receive any recovery under the Debtors' Plan, and therefore are deemed to reject the Debtors' Plan. Your vote will not be counted with respect to the Committee's Plan if you do not check a box for the Committee's Plan. If you check both boxes for the Committee's Plan, your vote will not be counted. If you check both boxes for your preference, your preference will not be counted. The holder of the Subordinated Notes identified in Step 1 votes as follows:

## Committee's Plan

☐ **ACCEPT the Plan**

☐ **REJECT the Plan**

Step 3.    **Releases (Do not complete if you rejected the Plan)**. Pursuant to the Committee's Plan, if you return a Ballot and vote to ACCEPT the Committee's Plan, but do not elect to opt out of the release provision contained in Article X.E of the Committee's Plan, you are automatically deemed to have accepted the release provision contained in Article X.E of the Committee's Plan. However, if you vote to accept the Committee's Plan, you may check the box below to opt out of the release provision contained in Article X.E of the Committee's Plan.

☐    **Undersigned ELECTS TO OPT OUT of Plan Release**

Step 4.    **U.S. Citizen**. The holder of the Subordinated Notes identified in Step 1 must check the box below to indicate whether he/she/it is a citizen of the United States of America as defined in section 40 102(15) of title 49 of the United States Code, in accordance with applicable precedent of the U.S. Department of Transportation.

☐ Yes, I am a U.S. Citizen.        OR        ☐ No, I am not a U.S. Citizen.

The term "Citizen of the United States," as defined in section 40102 of title 49 of the United States Code, means "(A) an individual who is a citizen of the United States; (B) a partnership each of whose partners is an individual who is a citizen of the United States; or (C) a corporation or association organized under the laws of the United States or a State, the District of Columbia, or a territory or possession of the United States, of which the president and at least two-thirds of the board of directors and other managing officers are citizens of the United States, and in which at least 75 percent of the voting interest is owned or controlled by persons that are citizens of the United States." In addition, the U.S. Department of Transportation has interpreted subsection (B) to permit any entity other than an individual to be a partner so long as the entity is a citizen of the United States.

**Step 5.** By returning this Beneficial Ballot, the holder of the Subordinated Notes identified in Step 1 certifies that (a) this Beneficial Ballot is the only ballot submitted for Class 6 Notes owned by such holder, except for any other Subordinated Notes identified in the following table, and (b) all ballots for any other Subordinated Notes submitted by the holder indicate the same vote to accept or reject the Committee's Plan that the holder has indicated in Step 2 of this Beneficial Ballot (please use additional sheets of paper if necessary):

### ONLY COMPLETE THIS TABLE IF YOU HAVE VOTED OTHER CLASS 6(E) BALLOTS

| Account Number | Name or Registered Holder or Nominee | CUSIP Number of other Class 6(E) Notes Voted | Principal Amount of other Class 6(E) Notes Claims |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

**Step 6.** **Certification.** By returning this Beneficial Ballot, the holder of the Subordinated Notes identified in Step 1 certifies that (a) it has full power and authority to vote to accept or reject the Committee's Plan with respect to the Subordinated Notes listed in Step 1, (b) it was the holder of the Subordinated Notes described in Step 1 as of July 29, 2009, (c) all ballots to vote Claims against the Debtors placed in Class 6(E) submitted by the holder indicate the same vote to accept or reject the Committee's Plan that the holder has indicated on this Beneficial Ballot, (d) it has received a copy of the Committee's Disclosure Statement (including the exhibits thereto) and understands that the solicitation of votes for the Committee's Plan is subject to all the terms and conditions set forth in the Committee's Disclosure Statement and the Committee's Plan, and (e) under penalty of perjury, its election in Step 4 is truthful and correct.

YOUR RECEIPT OF THIS BENEFICIAL BALLOT DOES NOT SIGNIFY THAT YOUR CLAIM HAS BEEN OR WILL BE ALLOWED.

Name of Creditor (Print or Type): _____

Social Security or Federal Tax ID No.: _____

Signature: _____

Print Name: _____

Title (If Appropriate): _____

Street Address: _____

City, Street, Zip Code: _____

Telephone Number: _____

Date Completed: _____

This Beneficial Ballot shall not constitute or be deemed a proof of claim, an assertion of a claim, or the allowance of a claim.

UPON COMPLETION, THIS BENEFICIAL BALLOT SHOULD BE RETURNED, AS INDICATED TO BY YOUR VOTING NOMINEE, EITHER TO YOUR VOTING NOMINEE OR TO THE DEBTORS' BALLOTING AGENT, MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436. IF YOU ARE DIRECTED TO RETURN THE BENEFICIAL BALLOT TO YOUR VOTING NOMINEE, YOUR VOTING NOMINEE WILL TRANSMIT YOUR VOTE TO THE BALLOTING AGENT ON A MASTER BALLOT. IF YOUR BENEFICIAL BALLOT OR THE MASTER BALLOT CAST ON YOUR BEHALF BY YOUR VOTING NOMINEE IS NOT RECEIVED BY THE BALLOTING AGENT ON OR BEFORE THE BALLOTING DEADLINE AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN.

IF YOUR BALLOT IS DAMAGED, IF YOU NEED ADDITIONAL BALLOTS, OR IF YOU HAVE ANY QUESTIONS ABOUT VOTING PROCEDURES, YOU SHOULD CONTACT OMNI MANAGEMENT GROUP, LLC, ATTN: BRIAN OSBOURNE, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436, TELEPHONE (818) 906-8300.

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGNACHIP SEMICONDUCTOR FINANCE | ) | Case No. 09-12008 (PJW) |
| COMPANY, et al.,[6] | ) | |
| Debtors. | ) | |
| | ) | |

## GENERAL BENEFICIAL HOLDER BALLOT FOR CLASS 6(F) CLAIMS TO ACCEPT OR REJECT *CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL.*

The above-captioned debtors and debtors in possession, (collectively, the "Debtors"), have filed the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") and the *Joint Chapter 11 Plan of Liquidation for MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, as Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan"), and the Official Committee of Unsecured Creditors (the "Creditors' Committee") has filed the *Disclosure Statement in Respect of Joint Chapter 11 Plan of Reorganization Proposed By the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Disclosure Statement") and the *Joint Chapter 11 Plan of Reorganization Proposed By the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.* (the "Committee's Plan"). The Committee's Disclosure Statement and Committee's Plan are included with this beneficial ballot ("Beneficial Ballot"). On July 31, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order pursuant to section 1125 of the Bankruptcy Code approving the Debtors' Disclosure Statement (the "Debtors' Disclosure Statement Order"). On August 28, 2009, the Bankruptcy Court entered an order pursuant to section 1125 of the Bankruptcy Code approving the Committee's Disclosure Statement (the "Committee's Disclosure Statement Order").

Class 6(F) is comprised of the holders of approximately $250 million in aggregate principal amount of subordinated notes pursuant to that certain Indenture dated as of December 23, 2004, providing for the issuance of *8% Senior Subordinated Notes due 2014*, by and among Luxco and

---

[6] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

Finco, as issuers; the Subordinated Note Trustee; and the Subordinated Note Guarantors (together, the "Subordinated Notes"). If you are, as of, 2009, a beneficial holder of Subordinated Notes, whether held directly or through a broker, bank, dealer or other agent or nominee (each a "Voting Nominee"), please use this Beneficial Ballot to cast your vote to accept or reject the Committee's Plan. The Committee's Disclosure Statement provides information to assist you in deciding how to vote on the Committee's Plan. The Bankruptcy Court's approval of the Committee's Disclosure Statement does not indicate approval of the Committee's Plan. If your ballot is damaged, if you need additional ballots, or if you have any questions about voting procedures, you should contact Omni Management Group, LLC, Attn: Brian Osbourne, 16161 Ventura Blvd., Ste C, PMB 448, Encino, CA 91436, telephone (818) 906-8300 (the "Balloting Agent").

**Under the Debtors' Plan, holders of claims in Class 6(F) are not entitled to receive or retain any property on account of such claims and interests in the Debtors and, therefore (i) are deemed to have rejected the Debtors' Plan and (ii) are not entitled to vote on the Debtors' Plan. As such, holders of claims in Class 6(F) are not receiving a ballot with respect to the Debtors' Plan.**

The Bankruptcy Court may confirm either of the Competing Plans if, among other things, it has been accepted by creditors holding claims totaling at least two-thirds in amount and more than one-half in number of all claims in each class voting on such Competing Plan. Even if all classes do not accept a Competing Plan, the Bankruptcy Court may confirm such Competing Plan if the treatment afforded the class or classes rejecting such Competing Plan satisfies the Bankruptcy Code section 1129(b) standard for nonconsensual confirmation. **If the Bankruptcy Court confirms either of the Competing Plans, it will be binding on you.**

**You should review the Committee's Disclosure Statement and the Committee's Plan before you vote. You may wish to seek legal advice concerning the Committee's Plan and the classification and treatment of your claim or claims under the Committee's Plan. If you hold claims in more than one class or in multiple accounts, you will receive a ballot for each class or account in which you are entitled to vote.**

**BALLOTING DEADLINE: 4:00 P.M. (PREVAILING EASTERN TIME) ON SEPTEMBER 21, 2009.**

Upon completion, this Beneficial Ballot should be returned, as indicated to you by your Voting Nominee either to your Voting Nominee or to the Debtors' Balloting Agent, **MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436;**. If you are directed to return the Beneficial Ballot to your Voting Nominee, your Voting Nominee will transmit your vote to the Balloting Agent on a master ballot (a "Master Ballot"). If your Beneficial Ballot or the Master Ballot cast on your behalf by your Voting Nominee is not received by the Balloting Agent on or before the Balloting Deadline and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Committee's Plan.

**Ballots will not be accepted by facsimile transmission. If the Committee's Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

This Beneficial Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan.

### HOW TO VOTE

46. COMPLETE STEP 1 (UNLESS YOUR BENEFICIAL BALLOT HAS BEEN PRE-VALIDATED BY YOUR VOTING NOMINEE).

47. COMPLETE STEP 2.

48. COMPLETE STEP 3.

49. COMPLETE STEP 4 IF YOU HAVE VOTED TO ACCEPT THE COMMITTEE'S PLAN.

50. COMPLETE STEP 5, IF APPLICABLE.

51. REVIEW THE CERTIFICATIONS CONTAINED IN STEP 6.

52. SIGN AND DATE THE BENEFICIAL BALLOT. (UNLESS YOUR BENEFICIAL BALLOT HAS ALREADY BEEN SIGNED OR PREVALIDATED BY YOUR VOTING NOMINEE).

53. RETURN THE BENEFICIAL BALLOT IN THE PRE-ADDRESSED POSTAGE-PAID ENVELOPE SO THAT IT IS RECEIVED BEFORE THE BALLOTING DEADLINE. IF YOU ARE DIRECTED TO RETURN YOUR BENEFICIAL BALLOT TO YOUR VOTING NOMINEE, PLEASE ENSURE THAT YOUR VOTING NOMINEE RECEIVES IT WITH SUFFICIENT TIME TO TRANSMIT YOUR VOTE ON A MASTER BALLOT TO THE BALLOTING AGENT BY THE BALLOTING DEADLINE.

54. YOU MUST VOTE THE FULL AMOUNT OF ALL YOUR SUBORDINATED NOTES, AS WELL AS OTHER CLASS 6(F) CLAIMS, EITHER TO ACCEPT OR TO REJECT THE COMMITTEE'S PLAN AND MAY NOT SPLIT YOUR VOTE.

**Step 1.**      **Amount of Subordinated Notes Voted.** The undersigned certifies that as of July 29 2009, the undersigned held Subordinated Notes in the following principal amount (insert amount in the box below):

$$\boxed{\$\text{_____}}$$

**Step 2.**      **Vote.** Holders of Claims in Class 6 will not receive any recovery under the Debtors' Plan, and therefore are deemed to reject the Debtors' Plan.  Your vote will not be counted with respect to the Committee's Plan if you do not check a box for the Committee's Plan. If you check both boxes for the Committee's Plan, your vote will not be counted.  If you check both boxes for your preference, your preference will not be counted.  The holder of the Subordinated Notes identified in Step 1 votes as follows:

### Committee's Plan

☐ **ACCEPT the Plan**

☐ **REJECT the Plan**

**Step 3.**      **Releases (Do not complete if you rejected the Plan).** Pursuant to the Committee's Plan, if you return a Ballot and vote to ACCEPT the Committee's Plan, but do not elect to opt out of the release provision contained in Article X.E of the Committee's Plan, you are automatically deemed to have accepted the release provision contained in Article X.E of the Committee's Plan.  However, if you vote to accept the Committee's Plan, you may check the box below to opt out of the release provision contained in Article X.E of the Committee's Plan.

☐      **Undersigned ELECTS TO OPT OUT of Plan Release**

**Step 4.**      **U.S. Citizen.** The holder of the Subordinated Notes identified in Step 1 must check the box below to indicate whether he/she/it is a citizen of the United States of America as defined in section 40 102(15) of title 49 of the United States Code, in accordance with applicable precedent of the U.S. Department of Transportation.

☐ Yes, I am a U.S. Citizen.          OR          ☐ No, I am not a U.S. Citizen.

The term "Citizen of the United States," as defined in section 40102 of title 49 of the United States Code, means "(A) an individual who is a citizen of the United States; (B) a partnership each of whose partners is an individual who is a citizen of the United States; or (C) a corporation or association organized under the laws of the United States or a State, the District of Columbia, or a territory or possession of the United States, of which the president and at least two-thirds of the board of directors and other managing officers are citizens of the United States, and in which at least 75 percent of the voting interest is owned or controlled by persons that are citizens of the United States." In addition, the U.S. Department of Transportation has interpreted subsection (B) to permit any entity other than an individual to be a partner so long as the entity is a citizen of the United States.

Step 5.    By returning this Beneficial Ballot, the holder of the Subordinated Notes identified in Step 1 certifies that (a) this Beneficial Ballot is the only ballot submitted for Class 6 Notes owned by such holder, except for any other Subordinated Notes identified in the following table, and (b) all ballots for any other Subordinated Notes submitted by the holder indicate the same vote to accept or reject the Committee's Plan that the holder has indicated in Step 2 of this Beneficial Ballot (please use additional sheets of paper if necessary):

### ONLY COMPLETE THIS TABLE IF YOU HAVE VOTED <u>OTHER</u> CLASS 6(F) BALLOTS

| Account Number | Name or Registered Holder or Nominee | CUSIP Number of other Class 6(F) Notes Voted | Principal Amount of other Class 6(F) Notes Claims |
|---|---|---|---|
|  |  |  | $ |
|  |  |  | $ |
|  |  |  | $ |

Step 6.    **Certification.** By returning this Beneficial Ballot, the holder of the Subordinated Notes identified in Step 1 certifies that (a) it has full power and authority to vote to accept or reject the Committee's Plan with respect to the Subordinated Notes listed in Step 1, (b) it was the holder of the Subordinated Notes described in Step 1 as of July 29, 2009, (c) all ballots to vote Claims against the Debtors placed in Class 6(F) submitted by the holder indicate the same vote to accept or reject the Committee's Plan that the holder has indicated on this Beneficial Ballot, (d) it has received a copy of the Committee's Disclosure Statement (including the exhibits thereto) and understands that the solicitation of votes for the Committee's Plan is subject to all the terms and conditions set forth in the Committee's Disclosure Statement and the Committee's Plan, and (e) under penalty of perjury, its election in Step 4 is truthful and correct.

YOUR RECEIPT OF THIS BENEFICIAL BALLOT DOES NOT SIGNIFY THAT YOUR CLAIM HAS BEEN OR WILL BE ALLOWED.

Name of Creditor (Print or Type): _____

Social Security or Federal Tax ID No.: _____

Signature: _____

Print Name: _____

Title (If Appropriate): _____

Street Address: _____

City, Street, Zip Code: _____

Telephone Number: _____

Date Completed: _____

This Beneficial Ballot shall not constitute or be deemed a proof of claim, an assertion of a claim, or the allowance of a claim.

UPON COMPLETION, THIS BENEFICIAL BALLOT SHOULD BE RETURNED, AS INDICATED TO BY YOUR VOTING NOMINEE, EITHER TO YOUR VOTING NOMINEE OR TO THE DEBTORS' BALLOTING AGENT, MAGNACHIP SEMICONDUCTOR, C/O OMNI MANAGEMENT GROUP, LLC, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436. IF YOU ARE DIRECTED TO RETURN THE BENEFICIAL BALLOT TO YOUR VOTING NOMINEE, YOUR VOTING NOMINEE WILL TRANSMIT YOUR VOTE TO THE BALLOTING AGENT ON A MASTER BALLOT. IF YOUR BENEFICIAL BALLOT OR THE MASTER BALLOT CAST ON YOUR BEHALF BY YOUR VOTING NOMINEE IS NOT RECEIVED BY THE BALLOTING AGENT ON OR BEFORE THE BALLOTING DEADLINE AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN.

IF YOUR BALLOT IS DAMAGED, IF YOU NEED ADDITIONAL BALLOTS, OR IF YOU HAVE ANY QUESTIONS ABOUT VOTING PROCEDURES, YOU SHOULD CONTACT OMNI MANAGEMENT GROUP, LLC, ATTN: BRIAN OSBOURNE, 16161 VENTURA BLVD., STE C, PMB 448, ENCINO, CA 91436, TELEPHONE (818) 906-8300.