# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **MAGNACHIP SEMICONDUCTOR FINANCE COMPANY**, *et al.*, | ) ) ) | Case No. 09-12008 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| | | Re: Docket Nos. 219 & 230, *248* |

## ORDER APPROVING (A) THE BACKSTOP COMMITMENT LETTER AND (B) THE REIMBURSEMENT OF CERTAIN FEES AND EXPENSES INCURRED IN CONNECTION THEREUNDER

The cause having come before the Court on the Motion of the Official Committee of Unsecured Creditors (the "Committee") of Magnachip Semiconductor Finance Company, *et al.*, (collectively, the "Debtors") for entry of an approving (a) the backstop commitment letter agreement (the "Backstop Commitment Letter Agreement") by Avenue Capital Management II, L.P. ("Avenue") and (b) the reimbursement of certain fees and expenses incurred in connection thereunder. In support of this motion (the "Motion"), it appearing that due and proper notice of the Motion having been given under the circumstances, it further appearing that the relief requested in the Motion is necessary, appropriate, and in the best interests of the Debtors, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted on the terms and conditions set forth in this Order;

2. The revised Backstop Commitment Letter Agreement attached hereto as <u>Exhibit 1</u> and the fees and expenses contemplated thereunder are approved;

3. The Backstop Purchaser reserves the right to argue that it made a substantial contribution to these cases that warrants an allowed administrative claim for reimbursement of fees and expenses, which is not contingent upon confirmation or the effectiveness of the

Committee's Plan. The First Lien Agent, the First Lien Lenders, the Debtors and all other parties in interest reserve the right to object to any such asserted administrative claim;

4. This is a final order within the meaning of 28 U.S.C. § 158, and is effective immediately upon entry; and

5. Notwithstanding Rule 6004(g) of the Federal Rules of Bankruptcy Procedure, this Order shall not be stayed.

Dated: Aug 31, 2009

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE