IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, et al.,[1] | ) ) | Case No. 09-12008 (PJW) (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF ENTRY OF ORDERS APPROVING (I) DEBTORS' DISCLOSURE STATEMENT AND COMMITTEE'S DISCLOSURE STATEMENT (II) HEARING TO CONFIRM COMPETING PLANS; AND (III) RELATED IMPORTANT DATES

**COMPETING DISCLOSURE STATEMENTS AND VOTING PROCEDURES APPROVED.** On July 31, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order pursuant to section 1125 of title 11 of the United States Code (the "Debtors' Disclosure Statement Order") approving *Disclosure Statement in Respect of Joint Chapter 11 Plan of Liquidation Proposed by MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, As Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Disclosure Statement") filed by the above captioned debtors and debtors in possession (the "Debtors") in respect of (i) the *Joint Chapter 11 Plan of Liquidation Proposed by MagnaChip Semiconductor Finance Company, et al. and UBS AG, Stamford Branch, As Credit Agreement Agent and Priority Lien Collateral Agent* (the "Debtors' Plan"). On August 28, 2009, the Bankruptcy Court entered an order approving the *Disclosure Statement in Respect of Chapter 11 Plan of Reorganization Proposed by Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.*, the Bankruptcy Court entered an order pursuant to section 1125 of the title 11 of the United States Code (the "Committee's Disclosure Statement" and, together with the Debtors' Disclosure Statement, the "Disclosure Statements") filed by the Official Committee of Unsecured Creditors appointed in the Debtors' chapter 11 cases (the "Committee") in respect of *Chapter 11 Plan of Reorganization Proposed by the Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al.*(the "Committee's Plan" and, together with the Debtors' Plan, the "Competing Plans"). On August 31, 2009, the Bankruptcy Court entered the *Order (I) Approving Voting Procedures With Respect to (A) The Joint Chapter 11 Plan of Liquidation of MagnaChip Semiconductor Finance Company, et al., And UBS AG, Stamford Branch, As Credit Agreement Agent and Priority Lien Collateral Agent, and (B) The Chapter 11 Plan of Reorganization Proposed By The Official Committee of Unsecured Creditors of MagnaChip Semiconductor Finance Company, et al. And (II) Approving the Subscription Form for Purposes of the Offering* (the "Voting Procedures Order").

**HEARING TO CONSIDER CONFIRMATION OF THE COMPETING PLANS.** A hearing to consider confirmation of the Competing Plans (the "Confirmation Hearing") will commence on September 25, 2009, at 10:00 a.m. prevailing Eastern time, before the Honorable Peter J. Walsh, United States Bankruptcy Judge for the District of Delaware, at the United States Bankruptcy Court located at 824 North Market Street, Wilmington, Delaware 19801. The Confirmation Hearing may be continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest. The Bankruptcy Court, in its discretion and prior to the Confirmation Hearing, may put in place additional procedures governing the Confirmation Hearing.

**PLAN OBJECTION DEADLINE.** The Bankruptcy Court has established September 21, 2009, at 4:00 p.m., prevailing Eastern time, as the last date and time for filing and serving objections to the confirmation of the Competing Plans (the "Plan Objection Deadline"). All objections must state with particularity the legal and factual grounds for such objection, describe the nature and amount of the objector's claim, and provide, where applicable, the specific text that the objecting party believes to be appropriate to insert into either of the Competing Plans.

In order to be considered by the Bankruptcy Court, objections, if any, to confirmation of the Competing Plans, must, in addition to being filed by the Plan Objection Deadline: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Delaware; (iii) be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801; and (iv) be served so as to be <u>actually</u> <u>received</u> by the Plan Objection Deadline by the following parties: (i) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: James O'Neill, Esq.; (ii) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, California 94132-4500, Attn: Debra Grassgreen, Esq., and Joshua M. Fried, Esq.; (iii) counsel for the Agent, Latham and Watkins LLP, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, IL 60606, Attn: David Heller, Esq., Donald Schwartz, Esq., and Josef S. Athanas, Esq.; (iv) counsel for the Official Committee of Unsecured Creditors, Lowenstein Sandler PC; 65 Livingston Avenue, Roseland, NJ

---

[1]The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

07068, Attn: John K. Sherwood, Esq. (v) counsel for the Official Committee of Unsecured Creditors, Drinker Biddle & Reath LLP 1100 N. Market Street Wilmington, Delaware 19801-1254 Attn: Howard A. Cohen, Esq. and (vi) the Office of the United States Trustee, United States Trustee's Office, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Mark Kenney, Esq.

**Objections not timely filed and served by the Plan Objection Deadline in accordance with the provisions of this Notice will not be heard and will be overruled.**

Persons may obtain copies of the Competing Disclosure Statements and Competing Plans from Omni Management Group, LLC by visiting **http://www.omnimgt.com/magnachip** or by requesting copies (a) telephonically by calling (818) 906-8300, or (b) by writing to MagnaChip Semiconductor Finance Company, et al., c/o Omni Management Group, LLC, Attn: Balloting Center, 16161 Ventura Blvd., Suite C, PMB 448, Encino, CA 91436. All documents that are filed with the Bankruptcy Court may be reviewed during regular business hours at the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

**VOTING RECORD DATE.** July 29, 2009 is the record date for purposes of determining which parties are entitled to vote on the Competing Plans pursuant to the Voting Procedures Order.

**VOTING DEADLINE.** September 21, 2009 at 4:00 p.m. prevailing Eastern time (the "Voting Deadline") is the deadline for casting a ballot ("Ballot") to accept or reject the Competing Plans in accordance with procedures set forth in the Voting Procedures Order. All Ballots accepting or rejecting either of the Competing Plans must be received by Omni Management Group, LLC (the "Claims Agent") by the Voting Deadline at the following address: MagnaChip Semiconductor Finance Company et. al., c/o Omni Management Group, LLC, Attn: Balloting Center, 16161 Ventura Blvd., Suite C, PMB 448, Encino, CA 91436.

**NON-VOTING STATUS FOR MEMBERS OF CLASS 6 (A-F)(Subordinated Debt Claims) with respect to the Debtors' Plan only; CLASS 7 (A-F) (Intercompany Claims Against Debtors) with respect to each of the Competing Plans; and CLASS 8 (A-F) (Interests In Debtors) with respect to each of the Competing Plans.** Under the Debtors' Plan, holders of claims in Class 6 (A-F) are not entitled to receive or retain any property on account of such claims and interests in the Debtors and, therefore (i) are deemed to have rejected the Debtors' Plan and (ii) are not entitled to vote on the Debtors' Plan. As such, holders of claims in Class 6 (A-F) are not receiving a ballot with respect to the Debtors' Plan and are only receiving this notice. Holders of Class 6 (A-F) claims are entitled to vote under the Committee's Plan and are receiving a ballot to vote thereon. Under each of the Competing Plans, holders of claims in Class 7 (A-F) and holders of interests in Class 8 (A-F) are not entitled to receive or retain any property on account of such claims and interests in the Debtors and, therefore, (i) are deemed to have rejected each of the Competing Plans and (ii) are not entitled to vote on either of the Competing Plans. As such, holders of claims in Class 7 (A-F) and holders of interests in Class 8 (A-F) are not receiving a ballot with respect to the Competing Plans and are only receiving this notice. In addition, any party who is listed on Schedule G of the bankruptcy schedules of any Debtor, which schedules were initially filed in the Bankruptcy Court on June 29, 2009 and subsequently amended, and who has not timely filed a proof of claim in the Debtors' cases, will not receive a ballot with respect to the Competing Plans.

Dated: August 31, 2009

| | |
|---|---|
| */s/ James E. O'Neill* | */s/ Howard A. Cohen* |
| **PACHUSKI STANG ZIEHL & JONES LLP** | **DRINKER BIDDLE & REATH LLP** |
| Richard M. Pachulski (CA Bar No. 90073) | Howard A. Cohen, Esq. (DE #4082) |
| Debra Grassgreen (CA Bar No. 169978) | 1100 N. Market Street |
| Joshua M. Fried (CA Bar No. 181541) | Wilmington, DE 19801-1254 |
| James E. O'Neill (DE Bar No. 4042) | Tel: (302) 467-4213 Fax: (302) 467-4201 |
| 919 North Market Street, 17th Floor | E-mail: Howard.Cohen@dbr.com |
| P.O. Box 8705 | |
| Wilmington, DE 19899-8705 (Courier 19801) | and |
| Tel: (302) 652-4100 | |
| Fax: (302) 652-4400 | **LOWENSTEIN SANDLER PC** |
| E-mail: rpachulski@pszjlaw.com | Kenneth A. Rosen, Esq. |
| dgrassgreen@pszjlaw.com | John K. Sherwood, Esq. |
| jfried@pszjlaw.com | Jeffrey D. Prol, Esq. |
| joneill@pszjlaw.com | Nicole Stefanelli, Esq. |
| | 65 Livingston Avenue |
| *Counsel for the Debtors and Debtors in Possession* | Roseland, New Jersey 07068 |
| | Tel: (973) 597-2500 |
| | Fax: (973) 597-2400 |
| | |
| | *Co-Counsel to the Official Committee of Unsecured Creditors* |