# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, et al.,[1] | ) ) | Case No. 09-12008 (PJW) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF (I) AMENDED CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, *ET AL.* AND (II) AMENDED DISCLOSURE STATEMENT IN RESPECT OF CHAPTER 11 PLAN OF REORGANIZATION PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, ET AL.**

PLEASE TAKE NOTICE that attached hereto as Exhibit A is the Amended *Chapter 11 Plan Of Reorganization Proposed By The Official Committee Of Unsecured Creditors Of Magnachip Semiconductor Finance Company, Et Al.* (the "Amended Plan").

PLEASE TAKE NOTICE that attached hereto as Exhibit B is the *Amended Disclosure Statement In Respect Of Chapter 11 Plan Of Reorganization Proposed By The Official Committee Of Unsecured Creditors Of Magnachip Semiconductor Finance Company, Et Al.* (the "Amended Disclosure Statement").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

Dated: September 11, 2009

/s/ Howard A. Cohen
**DRINKER BIDDLE & REATH LLP**
Howard A. Cohen, Esq. (No. 4082)
1100 N. Market Street
Wilmington, DE 19801-1254
Tel: (302) 467-4200
Fax: (302) 467-4201
E-mail: Howard.Cohen@dbr.com

- and -

**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq.
John K. Sherwood, Esq.
Jeffrey D. Prol, Esq.
Nicole Stefanelli, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Co-Counsel to the Official Committee of Unsecured Creditors*