# EXHIBIT A

## Postconfirmation Board

The Postconfirmation Board of the Reorganized Debtors shall consist of 7-9 members, the majority of which will be designated by the Backstop Purchaser. The Postconfirmation Board will also include two independent industry experts and Sang Park as Chief Executive Officer and Chairman.