IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGNACHIP SEMICONDUCTOR FINANCE | ) | Case No. 09-12008 (PJW) |
| COMPANY, et al.,[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF CANCELLATION OF HEARING
SCHEDULED FOR SEPTEMBER 23, 2009 AT 9:30 A.M.[2]**

PLEASE TAKE NOTICE that the omnibus hearing scheduled for September 23, 2009 at 9:30 a.m. prevailing Eastern Time, before the Honorable Peter J. Walsh, has been cancelled by the Court.

Dated: September 22, 2009

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ James E. O'Neill_
Laura Davis Jones (DE Bar No. 2436)
Richard M. Pachulski (CA Bar No. 90073)
Debra Grassgreen (CA Bar No. 169978)
James E. O'Neill (DE Bar No. 4042)
Joshua M. Fried (CA Bar No. 181541)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
rpachulski@pszjlaw.com
joneill@pszjlaw.com
Counsel for the Debtors and Debtors in Possession

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

[2] Please note that the confirmation hearing scheduled for September 25, 2009 at 10:00 a.m. will be going forward.