**MagnaChip, LLC Consolidated Balance Sheet**
**Projected as of September 30, 2009**
*(millions)*

### Chapter 7 Liquidation

| | Book Value | Recovery Estimate | Recovery Value | Basis and Considerations |
|---|---|---|---|---|
| Cash | $ 38.5 | 100% | $ 38.5 | Per Debtors' forecast |
| Accounts Receivable | 89.8 | 75% | 67.4 | Consistent with typical borrowing base standards |
| Inventory | 46.3 | 45% | 20.8 | Consistent with typical borrowing base standards |
| Property Plant and Equipment, net | 165.5 | 20% | 33.1 | Discounted OLV value prepared by Duff & Phelps, LLC, August 2008 by approximately $20M |
| Gross Proceeds | | | $ 159.8 | |
| Trustee Fees | | | (4.8) | 3% of Gross Proceeds |
| Korean Statutory Severance Liability | | | (30.0) | Per Debtors Plan |
| Liquidation related costs | | | (16.0) | Estimated at 10% of Gross Proceeds (legal, commissions and wind-down expenses) |
| Administrative Costs and Expenses Costs and Expenses | | | (5.0) | Estimated inclusive of KTB break-up fee of $1.2 million |
| Cash Available for Distribution | | | $ 104.0 | |
| Less: Senior Secured Claims | | | (95.0) | |
| Available to Second Lien Noteholders | | | $9.0 | |
| Available to Unsecured Creditors | | | $0.0 | |

**Assumptions:**
- Have not considered the complexity of the various intercompany arrangements and balances
- Have not considered the impact of Korean (or other country insolvency law) where substantially all of the assets are located other than Employee Severance in Korea
- Liquidation would be completed on an ordinary liquidation basis, beginning October 1, 2009
- No recovery was assumed for other and intangible assets, although some recovery is likely

### Committee's Plan

| | Claims Amount | Recovery Amount | Recovery % | |
|---|---|---|---|---|
| Senior Secured Claims | $ 95.0 | $ 95.0 | 100% | Full satisfaction in exchange for the New Term Loan |
| **Remaining Creditors** | | | | |
| Priority Claims | 1.0 | 1.0 | 100% | Full satisfaction in cash |
| Second Lien Noteholder Claims | 500.0 | 9.8 | 2.0% | 5% of estimated preliminary Total Enterprise Value less Net Debt, excludes rights offering |
| Unsecured Noteholder Claims | 250.0 | 2.0 | 0.8% | 1% of estimated preliminary Total Enterprise Value less Net Debt |
| Other Unsecured Claims | 3.2 | 0.3 | 10% | Cash payment of approximately $0.3 million |
| Total | $ 754.2 | $ 13.1 | | |

**Assumptions:**
- Estimated Total Enterprise Value of at least $225 million based on preliminary estimates
- Unsecured Noteholders Claims exclude value of warrants, if any
- Recovery value for Second Lien Noteholders excludes potential value from purchasing stock rights, which could equal $171.1 million which based on:
    Preliminary estimated minimum TEV of $225 less the cost of the rights offering of $25M les Net Debt of $28.9M. Thus the value to the second line holders is much higher.
- Net Debt at December 31, 2009 = $28.9M based on $95.0M of Senior Secured Claims less expected cash on hand at December 31, 2009 of $66.1 million.
- Cash on hand at December 31, 2009 = Company estimate of $51.1 million plus $25.0 million rights offering less $10M of Plan related Expenses