# Board of Directors Biographies

| Reorganized MagnaChip Board of Directors on the Effective Date ||
|---|---|
| *Sang Park*<br>*Chairman of the Board of Directors and Chief Executive Officer* | Mr. Park became Chairman of the Board of Directors and Chief Executive Officer of the Company on January 1, 2007, after serving as President, Chief Executive Officer and director since May 2006. Mr. Park served as an executive fellow for iSuppli Corporation from January 2005 to May 2006. Prior to joining iSuppli, he was founder and president of SP Associates, a consulting services provider for technology companies, from September 2003 to December 2004. Mr. Park served as Chief Executive Officer of Hynix from May 2002 to March 2003, and as Chief Operating Officer and President of the Semiconductor Division of Hynix from July 1999 to April 2002 |
| *Michael Elkins* | Mr. Elkins joined Avenue Capital Management ("Avenue") in 2004 and is currently a Portfolio Manager of the Avenue U.S. Funds. In such capacity, Mr. Elkins is responsible for assisting with the direction of the investment activities of the Avenue U.S. strategy. Prior to joining Avenue, Mr. Elkins was a Portfolio Manager and Trader with ABP Investments US, Inc. While at ABP, he was responsible for actively managing high yield investments using a total return-special situations overlay strategy. Prior to ABP, Mr. Elkins served as a Portfolio Manager and Trader for UBK Asset Management, after joining the company as a High Yield Credit Analyst. Previously, Mr. Elkins was a Credit Analyst for both Oppenheimer & Co., Inc. and Smith Barney, Inc. Mr. Elkins received a B.A. in Marketing from George Washington University (1990) and an M.B.A. in Finance from the Goizueta Business School at Emory University (1994). |
| *Randal Klein* | Mr. Klein joined Avenue in 2004 and is currently a Senior Vice President of the Avenue U.S. Funds. In such capacity, Mr. Klein is responsible for managing restructuring activities for the Avenue U.S. strategy. Prior to joining Avenue, Mr. Klein was a Senior Vice President at Lehman Brothers. His responsibilities at Lehman included restructuring advisory work, financial sponsors coverage, mergers and acquisitions and corporate finance. Prior to Lehman, Mr. Klein worked in sales, marketing and engineering as an aerospace engineer for The Boeing Company. Mr. Klein received a B.S. in Aerospace Engineering, with Highest Distinction from the University of Virginia (1986), and an M.B.A. in Finance, as a Palmer Scholar, from the Wharton School of the University of Pennsylvania (1994). |

| Reorganized MagnaChip Board of Directors on the Effective Date ||
|---|---|
| *Steven Tan* | Mr. Tan joined Avenue in 2005 and is currently an Associate of the Avenue U.S. Funds. In such capacity, Mr. Tan is responsible for identifying and analyzing investment opportunities for the Avenue U.S. strategy. Previously, Mr. Tan was an analyst in the Avenue Event Driven Group where he was responsible for investments related to special situations, risk arbitrage, and long/short equity with hard catalysts. Previously, Mr. Tan worked at Wasserstein Perella & Co., an investment and merchant bank, where he was a Mergers & Acquisitions analyst with the Industrial Group focusing on the automotive and other industrial sectors. Mr. Tan received a B.A. in Mathematics and Economics from Wesleyan University (2000) where he graduated Phi Beta Kappa, and an M.B.A. from the Harvard Business School (2005). |
| *Nader Tavakoli* | Mr. Tavakoli is Chairman and Chief Executive Officer of EagleRock Capital Management, a private investment firm based in New York City. Mr. Tavakoli's investment experience spans a wide range of industries, asset classes and investment strategies. Prior to founding EagleRock, Mr. Tavakoli managed high yield, special situation and event driven investment portfolios at Odyssey Partners, Highbridge Capital and Cowen and Co. Mr. Tavakoli began his professional career as an attorney with the New York City law firm of Milbank, Tweed, Hadley and McCloy, where he primarily represented a wide range of institutional clients in significant restructurings and reorganizations.. Mr. Tavakoli earned his Juris Doctor degree from the Rutgers Law School, where he was an editor of the Rutgers Law Review. |

.