# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |
|---|---|---|
| **Debtor:** | MagnaChip Semiconductor Finance Company, et al., | |
| **Case Number:** | 09-12008-PJW | **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, SEPTEMBER 25, 2009 10:00 AM   CRT#2, 6TH FL. | |
| **Bankruptcy Judge:** | PETER J. WALSH | |
| **Courtroom Clerk:** | LORA JOHNSON | |
| **Reporter / ECR:** | NICKITA BARKSDALE | |

## *Matter:*

Omnibus/Confirmation

**R / M #:**   310 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.

Agenda Items:

#1 - This will be moot upon confirmation and effectiveness of the committee plan

#2 - Continued to a date to be determined, if necessary

#3 - CNO filed and order signed

#4 - Bridge Order signed

#5 - Confirmation order signed

#6 & #7 - Addressed along with the confirmation of the Committee's plan