Arrow
CT Corporation

208 S. LaSalle Street
Chicago, IL 60604

312 345 4336 tel
www.ctlegalsolutions.com

September 09, 2009

Magnachip Semiconductor Finance Company, et al.
c/o Omni Management Group, LLC
16161 Ventura Blvd., Suite C,
Encino, CA 91436

Re: Magnachip Semiconductor Finance Company, et al., Debtors vs. Unidentified Entity

Case No.

Dear Sir/Madam:

C T Corporation System received the enclosed Order.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Jill Duffy-Baricovich
Process Specialist Mgr.

Log# 515405407

FedEx Tracking# 791506329816

cc: District of Delaware: United States Bankruptcy Court
 -,
 -, DE -