**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, <u>et al.</u>,[1] | ) ) ) | Case No. 09-12008 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF CONFIRMATION AND EFFECTIVE DATE OF
SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION
PROPOSED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, *ET AL.***

**TO: ALL CREDITORS OF MAGNACHIP SEMICONDUCTOR FINANCE COMPANY, *ET AL.*, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** on September 25, 2009, the U.S. Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") entered the Findings of Fact, Conclusions of Law, and Order (the "<u>Confirmation Order</u>") Confirming *Second Amended Chapter 11 Plan of Reorganization Proposed by the Official Committee of Unsecured Creditors of Magnachip Semiconductor Finance Company, et al.* (the "<u>Plan</u>") [Docket No. 313]. The effective date of the Plan was **November 9, 2009** (the "<u>Effective Date</u>"). Unless otherwise noted, capitalized terms used herein shall have the same meanings ascribed to them in the Plan.

**IN CONNECTION WITH THE CONFIRMATION AND THE OCCURRENCE OF THE EFFECTIVE DATE OF THE PLAN, PLEASE TAKE FURTHER NOTICE OF THE FOLLOWING IMPORTANT DATES AND EVENTS:**

1. **Cancellation of Indentures**: Pursuant to the Plan, on the Effective Date, the Second Lien Noteholder Trustee and the Subordinated Note Trustee and their respective agents shall be discharged of all their obligations associated with (i) the Second Lien Indenture, (ii) the Second Lien Noteholder Claims, (iii) the Subordinated Note Indenture, (iv) Subordinated Note Claims and (v) any related documents, and released from all Claims arising in the Reorganization Cases, except to the extent necessary to allow the Second Lien Noteholder

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, and their respective addresses, are: MagnaChip Semiconductor Finance Company (4144), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor LLC (5772), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor SA Holdings LLC, 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor, Inc. (8632), 787 N. Mary Avenue, Sunnyvale, CA 94085; MagnaChip Semiconductor S.A. (9734), 74 Rue de Merl, B.P. 709, L-2017 Luxembourg; and MagnaChip Semiconductor B.V. (9827), 1043 BW Amsterdam, Naritaweg 165, the Netherlands.

Trustee and the Subordinated Note Trustee to receive distributions pursuant to the Plan and make distributions under the Indenture on account of allowed Claims based upon the Indenture.  As of the Effective Date, the Second Lien Indenture and the Subordinated Note Indenture shall be deemed fully satisfied, discharged and cancelled, except that such cancellation shall not impair the rights of the Holders of the Second Lien Noteholder Claims or the Subordinated Note Claims to receive distributions under the Plan, or the obligations of the Second Lien Noteholder Trustee or the Subordinated Note Trustee to discharge Liens, the Second Lien Guarantees and the Subordinated Note Guarantees.  As of the Effective Date, Interests on account of MagnaChip Semiconductor LLC shall have been extinguished.

2. **Rights Offering**: Pursuant to the Plan, on the Effective Date, the Rights Offering shall have been fully funded.

3. **Release of Liens**: Pursuant to the Plan, on the Effective Date, all documents necessary to effectuate the release of the Liens, the Second Lien Guarantees, and the Subordinated Note Guarantee against the Debtors and Non-Debtor Subsidiaries, except for the Liens securing the First Lien Lender Secured Claims, which shall remain in effect for the sole purpose of securing the New Term Loan, shall have been fully executed and delivered. In addition, the Korean Guarantee shall be released as of the Effective Date.

4. **Applications by Professionals for Approval of Final Fee Applications:** Pursuant to the Confirmation Order, all final applications of Professional Persons (the "Final Fee Applications") under sections 330, 331 or 503 of the Bankruptcy Code for allowance of compensation and reimbursement of expenses in the Chapter 11 Cases must be filed with the Bankruptcy Court no later **January 8, 2010** and served on (i) counsel for the Debtors, Pachulski Stang Ziehl & Jones LLP, 150 California Street, 15th Floor, San Francisco, California 94111, Attention: Debra I. Grassgreen, Esq. and Joshua M. Fried, Esq.; (ii) counsel for the Official Committee of Unsecured Creditors, Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, NJ  07068, Attention: John K. Sherwood, Esq. and Nicole Stefanelli, Esq.; and (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attention: Mark Kenney, Esq.

5. All Final Fee Applications are subject to the approval of the Bankruptcy Court. The Debtors shall notify all Professional Persons who timely file Final Fee Applications of any hearing date fixed by the Bankruptcy Court to consider such Final Fee Applications (the "Final Fee Hearing").

6. Objections, if any, to any Final Fee Applications must be filed with the Bankruptcy Court and served on the applicant and the parties identified in paragraph 4 of this Notice and in accordance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

7. **Administrative Claims Bar Date:** Requests for payment of Administrative Claims arising as of June 12, 2009, through and including the Effective Date, must be filed with the Bankruptcy Court and served on the Debtors and the United States Trustee no later than **December 9, 2009**, provided, however, that nothing in this Notice, the Plan, or the Confirmation

Order shall be deemed to extend or otherwise affect any previously-fixed Administrative Claims Bar Date or any deadline in connection therewith ordered by the Court. If you have already filed a request for an Administrative Claim in accordance with any previously-fixed deadline ordered by the Bankruptcy Court, you do not need to file another request.

| | |
|---|---|
| Dated: November 10, 2009 | **DRINKER BIDDLE & REATH LLP** |
| | /s/ Howard A. Cohen |
| | Howard A. Cohen, Esq. (DE 4082) |
| | 1100 N. Market Street, Suite 1000 |
| | Wilmington, DE 19801-1254 |
| | Telephone: (302) 467-4200 |
| | Facsimile: (302) 467-4201 |
| | - and - |
| | **LOWENSTEIN SANDLER PC** |
| | Kenneth A. Rosen, Esq. |
| | John K. Sherwood, Esq. |
| | Jeffrey D. Prol, Esq. |
| | Nicole Stefanelli, Esq. |
| | 65 Livingston Avenue |
| | Roseland, New Jersey 07068 |
| | Telephone: (973) 597-2500 |
| | Facsimile: (973) 597-2400 |
| | *Co-Counsel to the Official Committee of Unsecured Creditors* |